# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT FOR NEW YORK

NOALA FRITZ; TERRY ABBOTT; JOHN
ROBERT ALLMAN; RONNY KENT BATES;
JAMES BAYNARD; JESS W. BEAMON;
ALVIN BURTON BELMER; RICHARD D.
BLANKENSHIP; JOHN W. BLOCKER;
JOSEPH JOHN BOCCIA JR.; LEON
BOHANNON; JOHN BONK JR.; JEFFREY
JOSEPH BOULOS; JOHN NORMAN
BOYETT; WILLIAM BURLEY; PAUL
CALLAHAN; MECOT CAMARA; BRADLEY
CAMPUS; JOHNNIE CEASAR; ROBERT
ALLEN CONLEY; CHARLES DENNIS
COOK; JOHNNY LEN COPELAND; DAVID
COSNER; KEVIN COULMAN; RICK
CRUDALE; RUSSELL CYZICK; MICHAEL
DEVLIN; NATHANIEL DORSEY; TIMOTHY
DUNNIGAN; BRYAN EARLE; DANNY R.
ESTES; RICHARD ANDREW FLUEGEL;
MICHAEL D. FULCHER; SEAN
GALLAGHER; GEORGE GANGUR;
RANDALL GARCIA; HAROLD GHUMM;
TIMOTHY GIBLIN; MICHAEL
GORCHINSKI; RICHARD GORDON; DAVIN
M. GREEN; THOMAS HAIRSTON;
MICHAEL HASKELL; MARK ANTHONY
HELMS; STANLEY G. HESTER; DONALD
WAYNE HILDRETH; RICHARD
HOLBERTON; DR. JOHN HUDSON;
MAURICE EDWARD HUKILL; EDWARD
IACOVINO JR.; PAUL INNOCENZI III;
JAMES JACKOWSKI; JEFFREY WILBUR
JAMES; NATHANIEL WALTER JENKINS;
EDWARD ANTHONY JOHNSTON; STEVEN
JONES; THOMAS ADRIAN JULIAN;
THOMAS KEOWN; DANIEL KLUCK;
JAMES C. KNIPPLE; FREAS H. KREISCHER

Civil Action No. ___25-cv-7093___

**COMPLAINT FOR EXECUTION AND
TURNOVER**

III; KEITH LAISE; JAMES LANGON IV;
MICHAEL SCOTT LARIVIERE; STEVEN
LARIVIERE; RICHARD LEMNAH; JOSEPH
R.  LIVINGSTON III; PAUL D. LYON JR.;
JOHN MACROGLOU; SAMUEL MAITLAND
JR.; CHARLIE ROBERT MARTIN; DAVID
MASSA; JOHN MCCALL; JAMES E.
MCDONOUGH; TIMOTHY R. MCMAHON;
RICHARD MENKINS II; RONALD
MEURER; JOSEPH PETER MILANO;
JOSEPH MOORE; HARRY DOUGLAS
MYERS; DAVID NAIRN; JOHN ARNE
OLSON; JOSEPH ALBERT OWENS; CONNIE
RAY PAGE; ULYSSES GREGORY PARKER;
JOHN L. PEARSON; THOMAS S. PERRON;
JOHN ARTHUR PHILLIPS JR.; WILLIAM
ROY POLLARD; VICTOR MARK PREVATT;
JAMES PRICE; PATRICK KERRY
PRINDEVILLE; DIOMEDES J. QUIRANTE;
WARREN RICHARDSON; LOUIS J.
ROTONDO; MICHAEL CALEB SAULS;
CHARLES JEFFREY SCHNORF; SCOTT LEE
SCHULTZ; PETER SCIALABBA; GARY
RANDALL SCOTT; THOMAS ALAN SHIPP;
JERRY L. SHROPSHIRE; LARRY H.
SIMPSON JR.; KIRK HALL SMITH;
THOMAS GERARD SMITH; VINCENT
SMITH; WILLIAM SCOTT SOMMERHOFF;
STEPHEN EUGENE SPENCER; WILLIAM
STELPFLUG; HORACE RENARDO
STEPHENS JR.; CRAIG STOCKTON;
JEFFREY STOKES; ERIC D. STURGHILL;
DEVON SUNDAR; THOMAS PAUL
THORSTAD; STEPHEN TINGLEY; DONALD
H. VALLONE JR.; ERIC GLENN
WASHINGTON; DWAYNE
WIGGLESWORTH; RODNEY J. WILLIAMS;
RODNEY J. WILLIAMS; SCIPIO WILLIAMS
JR.; JOHNNY ADAM WILLIAMSON;
WILLIAM ELLIS WINTER; DONALD

ELBERAN WOLLETT; CRAIG WYCHE;
JEFFREY D. YOUNG; MARVIN ALBRIGHT;
PABLO ARROYO; ANTHONY BANKS;
RODNEY DARRELL BURNETTE; FRANK
COMES JR.; GLENN DOLPHIN;
FREDERICK DANIEL EAVES; CHARLES
FRYE; TRUMAN DALE GARNER;  LARRY
GERLACH; JOHN HLYWIAK; ORVAL
HUNTER; JOSEPH P. JACOBS; BRIAN
KIRKPATRICK; BURNHAM MATTHEWS;
TIMOTHY MITCHELL; LOVELLE
"DARRELL" MOORE; JEFFREY NASHTON;
JOHN OLIVER; PAUL RIVERS; STEPHEN
RUSSELL; DANA SPAULDING; CRAIG
JOSEPH SWINSON; MICHAEL TOMA;
DANNY WHEELER; THOMAS D. YOUNG;
LILLA WOOLLETT ABBEY; JAMES
ABBOTT; ESTATE OF MARY ABBOTT;
ELIZABETH ADAMS; EILEEN
PRINDEVILLE AHLQUIST; MIRALDA
ALARCON (JUDITH MAITLAND); ANNE
ALLMAN; ROBERT ALLMAN; ESTATE OF
THEODORE ALLMAN; DIANNE
MARGARET ALLMAN; MARGARET E.
ALVAREZ; KIMBERLY F. ANGUS; DONNIE
BATES; JOHNNY BATES; LAURA BATES;
MARGIE BATES; MONTY BATES; THOMAS
BATES JR.; THOMAS C. BATES SR.; MARY
E. BAUMGARTNER; ANTHONY BAYNARD;
BARRY BAYNARD; EMERSON BAYNARD;
PHILIP BAYNARD; THOMASINE
BAYNARD; TIMOTHY BAYNARD; WAYNE
BAYNARD; STEPHEN BAYNARD; ANNA
BEARD; MARY ANN BECK; ALUE
BELMER; ANNETTE BELMER; CLARENCE
BELMER; COLBY KEITH BELMER;
DENISE BELMER; DONNA BELMER; FAYE
BELMER; KENNETH BELMER; LUDDIE
BELMER; SHAWN BIELLOW; MARY
FRANCES BLACK; DONALD

BLANKENSHIP JR.; DONALD
BLANKENSHIP SR.; ESTATE OF MARY
BLANKENSHIP; ALICE BLOCKER;
DOUGLAS BLOCKER; JOHN R. BLOCKER;
ROBERT BLOCKER; JAMES BOCCIA;
JOSEPH BOCCIA SR.; PATRICIA BOCCIA;
RAYMOND BOCCIA; RICHARD BOCCIA;
RONNIE (VERONICA) BOCCIA; LETICIA
BODDIE; ANGELA BOHANNON;
ANTHONY BOHANNON; CARRIE
BOHANNON; DAVID BOHANNON; EDNA
BOHANNON; LEON BOHANNON SR.;
RICKI BOHANNON; BILLIE JEAN
BOLINGER; JOSEPH BOULOS; LYDIA
BOULOS; MARIE BOULOS; REBECCA
BOWLER; LAVON BOYETT; ESTATE OF
NORMAN E. BOYETT JR.; THERESA U.
ROTH BOYETT; WILLIAM A. BOYETT;
SUSAN SCHNORF BREEDEN; DAIMON
BRISCOE; CHRISTINE BROWN; ROSANNE
BRUNETTE; MARY LYNN BUCKNER;
ESTATE OF CLAUDE BURLEY; ESTATE OF
WILLIAM DOUGLAS BURLEY; MYRA
BURLEY; KATHLEEN CALABRO; RACHEL
CALDERA; AVENELL CALLAHAN;
MICHAEL CALLAHAN; PATRICIA ("PATSY
ANN") CALLOWAY; ELISA ROCK
CAMARA; THERESA RIGGS CAMARA;
CANDACE CAMPBELL; CLARE CAMPUS;
ELAINE CAPOBIANCO; FLORENCE
MARTIN CARTER; PHYLLIS A. CASH;
THERESA CATANO; BRUCE CEASAR;
FRANKLIN CEASAR; FREDRICK CEASAR;
ROBBIE NELL CEASAR; ROBBIE NELL
CEASAR; SYBIL CEASAR; CHRISTINE
DEVLIN CECCA; TAMMY CHAPMAN;
JAMES CHERRY; SONIA CHERRY; ADELE
H. CHIOS; JANA M. CHRISTIAN; SHARON
ROSE CHRISTIAN; SUSAN CIUPASKA;
LESHUNE STOKES CLARK; ROSEMARY

CLARK; MARY ANN COBBLE; KAREN
SHIPP COLLARD; JENNIFFER COLLIER;
MELIA WINTER COLLIER; DEBORAH M.
COLTRANE; JAMES N. CONLEY JR.;
ROBERTA LI CONLEY; CHARLES F. COOK;
ELIZABETH A. COOK; ESTATE OF MARY A
COOK; ALAN TRACY COPELAND; BETTY
COPELAND; DONALD COPELAND;
BLANCHE CORRY; HAROLD COSNER;
JEFFREY COSNER; LEANNA COSNER;
ESTATE OF MARVA LYNN COSNER;
CHERYL COSSABOOM; BRYAN THOMAS
COULMAN; CHRISTOPHER J. COULMAN;
DENNIS P. COULMAN; LORRAINE M.
COULMAN; ROBERT D. COULMAN;
ROBERT LOUIS COULMAN; CHARLITA
MARTIN COVINGTON; AMANDA
CROUCH; MARIE CRUDALE; EUGENE
CYZICK; LYNN DALLACHIE; ANNE DEAL;
LYNN SMITH DERBYSHIRE; THERESA
DESJARDINS; CHRISTINE DEVLIN;
DANIEL DEVLIN; GABRIELLE DEVLIN;
RICHARD DEVLIN; SEAN DEVLIN;
ROSALIE DONAHUE (MILANO); ASHLEY
DORAY; REBECCA DOSS; CHESTER
DUNNIGAN; ELIZABETH ANN
DUNNIGAN; MICHAEL DUNNIGAN;
WILLIAM DUNNIGAN; CLAUDINE
DUNNIGAN; JANICE THORSTAD
EDQUIST; MARY RUTH ERVIN; BARBARA
ESTES; CHARLES ESTES; FRANK ESTES;
LORI FANSLER;  ANGELA DAWN
FARTHING; ARLINGTON FERGUSON;
HILTON FERGUSON; LINDA SANDBACK
FISH; NANCY BROCKSBACK FOX; TIA
FOX, TAMMY FRESHOUR; RUBY
FULCHER; BARBARA GALLAGHER;
BRIAN GALLAGHER; ESTATE OF JAMES
GALLAGHER; JAMES GALLAGHER JR.;
KEVIN GALLAGHER; MICHAEL

GALLAGHER; DIMITRI GANGUR; MARY
GANGUR; JESS GARCIA; RONALD
GARCIA; ROXANNE GARCIA; RUSSELL
GARCIA; VIOLET GARCIA; SUZANNE
PERRON GARZA; JEANNE GATTEGNO;
ARLENE GHUMM; ASHLEY GHUMM; BILL
GHUMM; EDWARD GHUMM; HILDEGARD
GHUMM; ESTATE OF JEDAIAH GHUMM;
JESSE GHUMM; LEROY GHUMM;
MORONICA GHUMM; DONALD GIBLIN;
JEANNE GIBLIN; MICHAEL GIBLIN;
TIFFANY GIBLIN; VALERIE GIBLIN;
WILLIAM GIBLIN; THAD GILFORD-
SMITH; REBECCA GINTONIO; DAWN
GOFF; CHRISTINA GORCHINSKI; JUDY
GORCHINSKI; KEVIN GORCHINSKI;
VALERIE GORCHINSKI; ALICE GORDON;
JOSEPH GORDON; LINDA GORDON;
ESTATE OF NORRIS GORDON; PAUL
GORDON; ANDREA GRANT; DEBORAH
GRAVES; DEBORAH GREEN; LIBERTY
QUIRANTE GREGG; ALEX GRIFFIN;
CATHERINE E. GRIMSLEY; MEGAN
GUMMER; LYDA WOLLETT GUZ;
DARLENE HAIRSTON; TARA HANRAHAN;
MARY CLYDE HART; BRENDA HASKILL;
JEFFREY HASKELL; KATHLEEN S.
HEDGE; CHRISTOPHER TODD HELMS;
MARVIN R. HELMS; DORIS HESTER;
CLIFTON HILDRETH; JULIA HILDRETH;
MARY ANN HILDRETH; MICHAEL WAYNE
HILDRETH; SHARON A HILTON; DONALD
HOLBERTON; PATRICIA LEE HOLBERTON;
THOMAS HOLBERTON; TANGIE
HOLLIFIELD; DEBRA HORNER;
ELIZABETH HOUSE; JOYCE A HOUSE;
TAMMY CAMARA HOWELL; LISA H.
HUDSON; LORENZO HUDSON; LUCY
HUDSON; RUTH HUDSON; ESTATE OF
SAMUEL HUDSON; WILLIAM J. HUDSON;

ESTATE OF SUSAN THORSTAD HUGIS;
NANCY TINGLEY HURLBERT; CYNTHIA
PERRON HURSTON; ESTATE OF EDWARD
IACOVINO SR.; ELIZABETH IACOVINO;
DEBORAH INNOCENZI; KRISTIN
INNOCENZI; MARK INNOCENZI; PAUL
INNOCENZI IV; BERNADETTE JACCOM;
JOHN JACKOWSKI JR.; JOHN JACKOWSKI
SR.; VICTORIA JACOBUS; ELAINE JAMES;
NATHALIE C. JENKINS; STEPHEN
JENKINS; REBECCA JEWETT; LINDA
MARTIN JOHNSON; RAY JOHNSON;
RENNITTA STOKES JOHNSON; SHERRY
JOHNSON; CHARLES JOHNSTON; EDWIN
JOHNSTON; MARY ANN JOHNSTON;
ZANDRA LARIVIERE JOHNSTON; ALICIA
JONES; CORENE MARTIN JONES; KIA
BRISCOE JONES; MARK JONES; OLLIE
JONES; SANDRA D. JONES; ESTATE OF
SYNOVURE JONES; ROBIN COPELAND
JORDAN; SUSAN SCOTT JORDAN; JOYCE
JULIAN; KARL JULIAN; NADA JURIST;
ADAM KEOWN; BOBBY KEOWN JR.;
BOBBY KEOWN SR.; DARREN KEOWN;
WILLIAM KEOWN; MARY JOE KRIKER;
KELLY KLUCK; MICHAEL KLUCK;
ESTATE OF JOHN D. KNIPPLE; JOHN R.
KNIPPLE; ESTATE OF PAULINE KNIPPLE;
SHIRLEY L. KNOX; DOREEN KREISCHER;
FREAS H. KREISCHER JR.; CYNTHIA D.
LAKE; WENDY L. LANGE; JAMES
LANGON III; EUGENE LARIVIERE; JANET
LARIVIERE; JOHN M. LARIVIERE; LESLEY
LARIVIERE; MICHAEL LARIVIERE;
NANCY LARIVIERE; RICHARD
LARIVIERE; ESTATE OF RICHARD G.
LARIVIERE; ROBERT LARIVIERE;
WILLIAM LARIVIERE; CATHY L.
LAWTON; HEIDI CRUDALE LEGAULT;
ESTATE OF CLARENCE LEMNAH; ETTA

LEMNAH; FAY LEMNAH; HAROLD
LEMNAH; MARLYS LEMNAH; ROBERT
LEMNAH; RONALD LEMNAH; ANNETTE
R. LIVINGSTON; JOSEPH R. LIVINGSTON
IV; ESTATE OF JOSEPH R. LIVINGSTON
JR.; ROBIN M. LYNCH; EARL LYON;
FRANCISCO LYON; JUNE LYON; MARIA
LYON; PAUL D. LYON SR.; VALERIE LYON;
HEATHER MACROGLOU; KATHLEEN
DEVLIN MAHONEY; KENTY MAITLAND;
LEYSNAL MAITLAND; SAMUEL
MAITLAND SR.; SHIRLA MAITLAND;
VIRGINIA BOCCIA MARSHALL; JOHN
MARTIN; PACITA MARTIN; RENEIRO
MARTIN; RUBY MARTIN; SHIRLEY
MARTIN; MARY MASON; CRISTINA
MASSA; EDMUND MASSA; JOAO ("JOHN")
MASSA; JOSE ("JOE") MASSA; MANUEL
MASSA JR.; RAMIRO MASSA; MARY
MCCALL; ESTATE OF THOMAS MCCALL;
VALERIE MCCALL; GAIL MCDERMOTT;
JULIA A. MCFARLIN; GEORGE
MCMAHON; MICHAEL MCMAHON; PATTY
MCPHEE; DARREN MENKINS; GREGORY
MENKINS; MARGARET MENKINS;
RICHARD H. MENKINS; JAY T. MEURER;
JOHN MEURER; JOHN THOMAS MEURER;
MARY LOU MEURER; MICHAEL MEURER;
PENNY MEYER; ANGELA MILANO; PETER
MILANO JR.; EARLINE MILLER; HENRY
MILLER; PATRICIA MILLER; HELEN
MONTGOMERY; BETTY MOORE; HARRY
MOORE; KIMBERLY MOORE; MARY
MOORE; MELISSA LEA MOORE; ESTATE
OF MICHAEL MOORE; ELIZABETH
PHILLIPS MOY; DEBRA MYERS; GENEVA
MYERS; HARRY A. MYERS; BILLIE ANN
NAIRN; CAMPBELL J. NAIRN III; ESTATE
OF CAMPBELL J. NAIRN JR.; WILLIAM P.
NAIRN; RICHARD NORFLEET; DEBORAH

O'CONNOR; PEARL OLANIJI; ESTATE OF
BERTHA OLSON; KAREN L. OLSON;
RANDAL D. OLSON; ROGER S. OLSON;
RONALD J. OLSON; ESTATE OF SIGURD
OLSON; DAVID OWENS; DEANNA OWENS;
FRANCES OWENS; ESTATE OF JAMES
OWENS; STEVEN OWENS; CONNIE MACK
PAGE; JUDITH K. PAGE; LISA MENKINS
PALMER; GERALDINE PAOLOZZI;
MAUREEN PARE; HENRY JAMES PARKER;
SHARON PARKER; HELEN M. PEARSON;
JOHN L. PEARSON JR.; SONIA PEARSON;
BRETT PERRON; DEBORAH JEAN
PERRON; MICHELLE PERRON; RONALD
R. PERRON; MURIEL PERSKY; DEBORAH
D. PETERSON; SHARON CONLEY PETRY;
SANDRA PETRICK; DONNA VALLONE
PHELPS; HAROLD PHILLIPS; JOHN
ARTHUR PHILLIPS SR.; DONNA TINGLEY
PLICKYS; MARGARET AILEEN POLLARD;
STACEY YVONNE POLLARD; LEE
HOLLAN PREVATT; JOHN PRICE; JOSEPH
PRICE; ESTATE OF BARBARA D.
PRINDEVILLE; KATHLEEN TARA
PRINDEVILLE; MICHAEL PRINDEVILLE;
PAUL PRINDEVILLE; SEAN PRINDEVILLE;
BELINDA J. QUIRANTE; EDGAR
QUIRANTE; ESTATE OF GODOFREDO
QUIRANTE; MILTON QUIRANTE;
SABRIDA QUIRANTE; SUSAN RAY;
LAURA M. RENINGER; ALAN
RICHARDSON; BEATRICE RICHARDSON;
CLARENCE RICHARDSON; ERIC
RICHARDSON; LYNETTE RICHARDSON;
VANESSA RICHARDSON; PHILIECE
RICHARDSON-MILLS; MELROSE RICKS;
BELINDA QUIRANTE RIVA; BARBARA
ROCKWELL; LINDA ROONEY; TARA ROSE
SMITH; TAMMI RUARK; JULIANA
RUDKOWSKI; MARIE MCMAHON

RUSSELL; ALICIA LYNN SANCHEZ;
ANDREW SAULS; HENRY CALEB SAULS;
RILEY A. SAULS; MARGARET MEDLER
SCHNORF; RICHARD SCHNORF
(BROTHER); RICHARD SCHNORF
(FATHER); ROBERT SCHNORF; BEVERLY
SCHULTZ; DENNIS JAMES SCHULTZ;
DENNIS RAY SCHULTZ; FRANK
SCIALABBA; JACQUELINE SCIALABBA;
SAMUEL SCOTT SCIALABBA; JON
CHRISTOPHER SCOTT; KEVIN JAMES
SCOTT; ESTATE OF LARRY L. SCOTT;
MARY ANN SCOTT; SHERIA SCOTT;
STEPHEN ALLEN SCOTT; JACKLYN
SEGUERRA; BRYAN RICHARD SHIPP;
JAMES DAVID SHIPP; JANICE SHIPP;
MAURICE SHIPP; PAULINE SHIPP;
RAYMOND DENNIS SHIPP; RUSSELL
SHIPP; SUSAN J. SINSIOCO; ANA SMITH-
WARD; ESTATE OF ANGELA JOSEPHINE
SMITH; BOBBIE ANN SMITH; CYNTHIA
SMITH; DONNIA MARIE SMITH; ERMA
SMITH; HOLLY SMITH; IAN SMITH; JANET
SMITH; JOSEPH K. SMITH III; JOSEPH K.
SMITH JR.; KEITH SMITH; KELLY B.
SMITH; SHIRLEY L. SMITH; TADGH
SMITH; TERRENCE SMITH; TIMOTHY B.
SMITH; JOCELYN J. SOMMERHOF; JOHN
SOMMERHOFF; WILLIAM J.
SOMMERHOF; DOUGLAS SPENCER;
CHRISTY WILLIFORD STELPFLUG;
JOSEPH STELPFLUG; KATHY NATHAN
STELPFLUG; LAURA BARFIELD
STELPFLUG; PEGGY STELPFLUG;
WILLIAM STELPFLUG; HORACE
STEPHENS SR.; JOYCE STEPHENS; KEITH
STEPHENS; DONA STOCKTON; ESTATE OF
DONALD STOCKTON; RICHARD
STOCKTON; IRENE STOKES; NELSON
STOKES JR.; ESTATE OF NELSON STOKES

SR.; ROBERT STOKES; GWENN STOKES-
GRAHAM; MARCUS D. STURGHILL;
MARCUS L. STURGHILL JR.; NAKEISHA
LYNN STURGHILL; DOREEN SUNDAR;
MARGARET TELLA; SUSAN L. TERLSON;
MARY ELLEN THOMPSON; ADAM
THORSTAD; MARY ELLEN THOMPSON;
ADAM THORSTAD; BARBARA
THORSTAD; JAMES THORSTAD JR.;
JAMES THORSTAD SR.; JOHN THORSTAD;
RYAN THORSTAD; BETTY ANN
THURMAN; BARBARA TINGLEY;
RICHARD L. TINGLEY; RUSSELL
TINGLEY; KEYSHA TOLLIVER; MARY
ANN TUREK; KAREN VALENTI; ANTHONY
VALLONE; DONALD H. VALLONE;
TIMOTHY VALLONE; LEONA MAE
VARGAS; DENISE VOYLES; ILA
WALLACE; KATHRYN THORSTAD
WALLACE; RICHARD J. WALLACE;
BARBARA THORSTAD WARWICK; LINDA
WASHINGTON; VANCINE WASHINGTON;
KENNETH WATSON; DIANE WHITENER;
DARYL WIGGLESWORTH; DARRIN A.
WIGGLESWORTH; HENRY
WIGGLESWORTH; MARK
WIGGLESWORTH; ROBYN
WIGGLESWORTH; SANDRA
WIGGLESWORTH; SHAWN
WIGGLESWORTH; DIANNE STOKES
WILLIAMS; GUSSIE MARTIN WILLIAMS;
JANET WILLIAMS; JOHNNY WILLIAMS;
RHONDA WILLIAMS, RONALD
WILLIAMS; RUTH WILLIAMS; SCIPIO J.
WILLIAMS; WESLEY WILLIAMS; DELMA
WILLIAMS-EDWARDS; TONY
WILLIAMSON; JEWELENE WILLIAMSON;
MICHAEL WINTER; BARBARA WISEMAN;
PHYLLIS WOODFORD; JOYCE WOODLE;
BEVERLY WOOLLETT; PAUL WOLLETT;

MELVINA STOKES WRIGHT; PATRICIA
WRIGHT; GLENN WYCHE; JOHN WYCHE;
JOHN F. YOUNG; JOHN W. YOUNG;
JUDITH CAROL YOUNG; SANDRA
RHODES YOUNG; JOANNE ZIMMERMAN;
STEPHEN THOMAS ZONE; PATRICIA
THORSTAD ZOSSO; JAMAAL MUATA ALI;
MARGARET ANGELONI; JESUS AROYO;
MILAGROS ARROYO; OLYMPIA
CARLETTA; KIMBERLY CARPENTER;
JOAN COMES; PATRICK COMES;
CHRISTOPHER COMES; FRANK COMES
SR.; DEBORAH CRAWFORD; BARBARA
DAVIS; ALICE WARREN FRANKLIN;
PATRICIA GERLACH; TRAVIS GERLACH;
MEGAN GERLACH; ARMINDA
HERNANDEZ; MARGARET HLYWIAK;
PETER HLYWIAK JR.; PETER HLYWIAK
SR.; PAUL HLYWIAK; JOSEPH HLYWIAK;
CYNTHIA LOU HUNT; ROSA IBARRO;
ANDREW SCOTT JACOBS; DANIEL
JOSEPH JACOBS; DANITA JACOBS;
KATHLEEN KIRKPATRICK; GRACE LEWIS;
LISA MAGNOTTI; WENDY MITCHELL;
ESTATE OF JAMES OTIS MOORE; ESTATE
OF JOHNNEY S. MOORE; MARVIN S.
MOORE; ALIE MAE MOORE; JONNIE MAE
MOORE-JONES; ESTATE OF ALEX W.
NASHTON; PAUL OLIVER; RILEY OLIVER;
MICHAEL JOHN OLIVER; ASHLEY E.
OLIVER; PATRICK S. OLIVER; KAYLEY
OLIVER; TANYA RUSSELL; WANDA
RUSSELL; JASON RUSSELL; CLYDIA
SHAVER; SCOTT SPAULDING; CECILIA
STANLEY; MARY STILPEN; KELLY
SWANK; ESTATE OF KENNETH J.
SWINSON; ESTATE OF INGRID M.
SWINSON; DANIEL SWINSON; WILLIAM
SWINSON; DAWN SWINSON; TERESA
SWINSON; BRONZELL WARREN; JESSICA

WATSON; AUDREY WEBB; JONATHAN
WHEELER; BENJAMIN WHEELER; ESTATE
OF MARLIS ("MOLLY") WHEELER; KERRY
WHEELER; ANDREW WHEELER; BRENDA
JUNE WHEELER; JILL WOLD; ESTATE OF
NORA YOUNG; JAMES YOUNG; ESTATE
OF ROBERT YOUNG; EMMA JEAN
ANDERSON; ESTATE OF DENNIS
ANDERSON, SR.; MELVIN OLEY
THOMPSON; ALAN C. ANDERSON;
THELMA ANDERSON; ESTATE OF
STEPHEN B. BLAND; ESTATE OF FRANK
BLAND; JAMES BLAND; RUTH ANN
BLAND; ESTATE OF LAURA V.
COPELAND; RONALD DUPLANTY;
ESTATE OF SEAN F. ESTLER; KEITH
ESTLER; MARY ELLEN ESTLER; LOUIS C.
ESTLER, JR.; ESTATE OF BENJAMIN E.
FULLER; ELAINE ALLEN; ERNEST C.
FULLER; JOHN GIBSON; HOLLY GIBSON;
MAURICE GIBSON; ESTATE OF MICHAEL
HASTINGS; JOYCE HASTINGS; ESTATE OF
PAUL HEIN; CHRISTOPHER HEIN; JO ANN
HEIN; KAREN HEIN; VICTOR HEIN;
JACQUELINE M. KUNCYZ; ESTATE OF
JOHN HENDRICKSON; JOHN
HENDRICKSON; TYSON HENDRICKSON;
DEBORAH RYAN; ESTATE OF BRUCE
HOLLINGSHEAD; MELINDA
HOLLINGSHEAD; RENARD MANLEY;
ESTATE OF MICHAEL R. MASSMAN;
ANGELA MASSMAN; KRISTOPHER
MASSMAN; LYDIA MASSMAN; NICOLE
GOMEZ; PATRICIA LOU SMITH; ESTATE
OF LOUIS MELENDEZ; DOUGLAS J.
MELENDEZ; JOHNNY MELENDEZ; ZAIDA
MELENDEZ; JOHNNY MELENDEZ, JR.;
ESTATE OF MICHAEL D. MERCER; SARAH
MERCER; SAMUEL PALMER; ROBIN
NICELY; ESTATE OF JUAN RODRIGUEZ;

LOUISA PUNTONET; ROBERT RUCKER;
ESTATE OF BILLY SAN PEDRO; CESAR
SAN PEDRO; GUILLERMO SAN PEDRO;
JAVIER SAN PEDRO; SILA SAN PEDRO;
THURNELL SHIELDS; EMMANUEL
SIMMONS; ESTATE OF JAMES SURCH;
WILL SURCH; PATTY BARNETT;
BRADLEY ULICH; JEANETTE
DOUGHERTY; MARILYN PETERSON;
ESTATE OF ERIC WALKER; TENA
WALKER-JONES; RONALD E. WALKER;
RONNIE WALKER; GALEN WEBER;
ESTATE OF OBRIAN WEEKES; IANTHE
WEEKES; KEITH WEEKES; META
WEEKES; ANSON EDMOND; ARNOLD
EDMOND; HAZEL EDMOND; WENDY
EDMOND; ESTATE OF DENNIS L. WEST;
KATHY WEST; ESTATE OF JOHN WEYL;
SHARON ROWAN; KELLY BACHLOR;
ROBIN BROCK; MORGAN W. ROWAN;
NELSON WEYL; ARMANDO J. YBARRA;
JOHN E. L'HEUREUX; ESTATE OF
TERRANCE RICH; ELIZABETH MURPHY;
BRYAN HARRIS; MARY E. WELLS; KERRY
M. L'HEUREUX; JANE L. L'HEUREUX;
AMY BATTLE TAYLOR; ESTATE OF
CORINNE COLLINS; BETH HOLLOWAY;
JUANITA R. GOLDFARB; MARY
HERNANDEZ; JAMES HERNANDEZ;
MARCUS A. HERNANDEZ; MATILDE
HERNANDEZ III; VERONICA
HERNANDEZ; DELFINA ARRIOLA;
HORTENCIA ORTUNIO; MARGARET
SANTIAGO; RODOLFO-RUDY
HERNANDEZ; RICHARD HERNANDEZ;
JOSIE CORTEZ; ESTATE OF LEONARDO
HERNANDEZ; ROBERT MUFFLER, JR.;
RONALD TISHMACK; LESLIE TISHMACK;
ESTATE OF TERESA TISHMACK; CELIA
WALKER; ANNISE CRAWFORD;

ELIZABETH JAMES; DOROTHY C. WINT;
KENNETH C. WINT; LINDA VALANIA;
ROBERT WINT; SHEILA FEATHERSTONE;
ESTATE OF WALTER EMERSON WINT, SR.;
JUTTA YARBER; DAVID YARBER;
DEBORAH YARBER; ROBERT YARBER;
HAZEL RENTON; ALENE MASTERSON;
CLIFFORD YARBER; CATHERINE
ARNOLD; CATHY WENDY ARNOLD;
MARK ARNOLD; MOSES ARNOLD, SR.;
MOSES BERNARD ARNOLD; ROSALIND
ARNOLD; SANDY CHRISTINE ACKLEY;
TIMOTHY DION ARNOLD; PEDRO
ALVARADO, JR.; DENNIS JACK
ANDERSON; TIMOTHY BROOKS;
MICHAEL HARRIS; DONALD R.
PONTILLO; JOHN E. SELBE; WILLY G.
THOMPSON; TERANCE J. VALORE; NEALE
SCOTT BOLEN; PEDRO ALVARADO, JR.;
TERANCE J. VALORE; ESTATE OF DAVID
L. BATTLE; ESTATE OF MATILDE
HERNANDEZ, JR.; ESTATE OF JOHN
MUFFLER; ESTATE OF JOHN JAY
TISHMACK; ESTATE OF LEONARD
WARREN WALKER; ESTATE OF WALTER
EMERSON WINT, JR.; ESTATE OF JAMES
YARBER; ESTATE OF MOSES ARNOLD, JR.
ESTATE OF JAMES SILVIA; ANGEL
ALVARADO; GERALDO ALVARADO;
GRISSELLE ALVARADO; LUIS ALVARADO;
LUISA ALVARADO; MARIA ALVARADO;
MARTA ALVARADO; MINERVA
ALVARADO; YOLANDA ALVARADO;
ZORAIDA ALVARADO; ANDRES
ALVARADO TULL; CHERYL BASS;
EDWARD J. BROOKS; PATRICIA A.
BROOKS; WANDA FORD; BENNIE HARRIS;
ROSE HARRIS; MARCY LYNN PARSON;
DOUGLAS PONTILLO; DON SELBE;
ELOISE F. SELBE; JAMES SELBE;

BELINDA SKARKA; ALLISON THOMPSON; ISALINE THOMPSON; JOHNNY THOMPSON; DEBORAH TRUE; JANICE VALORE; ORLANDO M. VALORE, JR.; ORLANDO MICHAEL VALORE, SR.; LOLITA M. ARNOLD; LISA ANN BECK; BETTY J. BOLEN; KEITH EDWIN BOLEN; SHELDON H. BOLEN; SHARLA M. KORZ; LYNNE MICHOL SPENCER; CATHERINE BONK; KEVIN BONK; THOMAS BONK; JOHN BONK, SR.; MARION DIGIOVANNI; SHERRY LYNN FIEDLER; MARILOU FLUEGEL; ROBERT FLUEGEL; THOMAS A. FLUEGEL; EVANS HAIRSTON; FELICIA HAIRSTON; JULIA BELL HAIRSTON; HENRY DURBAN HUKILL; MARK ANDREW HUKILL; MATTHEW SCOTT HUKILL; MELISSA HUKILL; MEREDITH ANN HUKILL; MITCHELL CHARLES HUKILL; MONTE HUKILL; VIRGINIA ELLEN HUKILL; CATHERINE BONK HUNT STORM JONES; PENNI JOYCE; JEFF KIRKWOOD; SHIRLEY KIRKWOOD; CARL ARNOLD KIRKWOOD, JR.; CARL KIRKWOOD, SR.; PATRICIA KRONENBITTER; BILL LAISE; BETTY LAISE; KRIS LAISE; BILL MACROGLOU; JAMES MACROGLOU; LORRAINE MACROGLOU; KATHY MCDONALD; EDWARD JOSEPH MCDONOUGH; EDWARD W. MCDONOUGH; SEAN MCDONOUGH; DEBORAH SPENCER RHOSTO; ESTATE OF LUIS ROTONDO; ESTATE OF ROSE ROTONDO; ESTATE OF PHYLLIS SANTOSERRE; ANNA MARIE SIMPSON; RENEE EILEEN SIMPSON; ROBERT SIMPSON; LARRY H. SIMPSON, SR.; SALLY JO WIRICK; FAITH ALBRIGHT; GARY WAYNE ALLISON; C. KEITH BAILEY; CHARLES E. BAILEY; VINA S.

BAILEY; KAREN L. COOPER; MARK
BARTHOLOMEW; TERESA
BARTHOLOMEW; CRYSTAL
BARTHOLOMEW; JERRY
BARTHOLOMEW; JOYCE
BARTHOLOMEW; ARTHUR JOHNSON;
ROBERT BRAGG; THOMAS D. BROWN,
JR.; JEANETTE ODOM; DEBORAH VOGT;
CHRISTOPHER BURNETTE; CONNIE
DECKER; GWEN BURNETTE; GWEN
WOODCOCK; LISA BURLEYSON; MECOT
ECHO CAMARA; DALE COMES; TOMMY
COMES; ESTATE OF BERT DANIEL
CORCORAN; KATHLEEN COLLINS;
CATHERINE CORCORAN; ESTATE OF
ROBERT ALTON CORCORAN; ESTATE OF
KEITH ALTON CORCORAN; ROBERT
BRIAN CORCORAN; ELIZABETH ANN
ORTIZ; MICHAEL CORRIGAN; ESTATE OF
ANDREW DAVIS; CAROLYN DAVIS;
JENNIFER DAVIS; ESTATE OF FREDERICK
DOUGLASS; SHIRLEY DOUGLASS
MILLER; SUSAN BAKER; REGINA
PERIERA; RICHARD DUDLEY; TOLEDO
DUDLEY; SHERRY LATOZ; CYNTHIA
BLANKENSHIP; GINGER TUTON; SCOTT
DUDLEY; DAVID EAVES; ESTATE OF ROY
EDWARDS; CINDY COLASANTI; ESTATE
OF BARBARA EDWARDS; ESTATE OF
PENNY GARNER; ESTATE OF DAVID D.
GAY; GAIL BLACK; ESTATE OF NEVA
JEAN GAY; RONALD GAY; TIMOTHY GAY;
REBECCA CORDELL; STATE OF DAVID D.
GAY, SR.; ESTATE OF WARNER GIBBS, JR.;
FREDA GIBBS HUTCHERSON; LARRY
GIBBS; MARCUS A. LEWIS; ESTATE OF
WARNER GIBBS, SR.; ESTATE OF JANET
YVONNE LEWIS; EARL GUY; JOAN M.
CRAWFORD; IAN GUY; EDDIE GUY, JR.;
ADAM GUY; ESTATE OF DOUGLAS HELD;

ESTATE OF SONDRA LOU HELD; PATRICK HELD; THOMAS HELD; THOMAS HOKE; GLENN W. HOLLIS; JANE COSTA; ESTATE OF ANN HOLLIS; JACK DARRELL HUNT; MENDY LEIGHT HUNT; MOLLY FAY HUNT; ESTATE OF JOHN INGALLS; JAMES INGALLS; JOSEPH INGALLS; KEVIN JIGGETTS; DONALD LONG; ROBERT LYNCH; ESTATE OF MANUAL MASSA, SR.; TIM MCCOSKEY; RONALD L. MOORE; JOHN W. NASH; ROSE ANN NASH; ESTATE OF FRANK E. NASH; WILLIAM H. NASH; MARK S. NASH; FRANK E. NASH, JR.; JAKLYN MILLIKEN; ROSEMARIE VLIET; CATALDO ANTHONY NASHTON; CLAUDIA COMINO; MARK NASHTON; MYLES NASHTON; JENNIFER PAGE NELSON; TIMOTHY PRICE; ESTATE OF BETTY LOU PRICE; JAMES M. PUCKETT; RONALD PUTNAM; BRUCE H. RICHARDSON; BERNICE RIVERS; BARBARA ANN RUSSELL; ROBERT EMMETT RUSSELL; GLENN EDWARD RUSSELL; CHARLES EDWARD RUSSELL, JR.; JEAN LOUIS BROWN; NANCY MACDONALD; DIANE CAROL HIGGINS; ESTATE OF THOMAS RUSSELL; THOMAS RUTTER; JOHN SANTOS; RAOUL SANTOS; MARY SANTOS; DONNA DUFFY; MARY CROPPER; DOREEN CALLANAN; JEAN WINNER; KEVIN SANTOS; RAOUL SANTOS; JOSEPH RICHARD SCHNEIDER; MORRIS SCHNEIDER; JACQUELINE GIBSON; PAUL SEGARRA; STEVEN SHAPURAS; DAVID W. SHARP; CHARLES SIMMONS; ESTATE OF THOMAS D. STOWE; DAVID STOWE; BARBARA STOWE; PRISCILLA STOWE; SAMANTHA STOWE; DONNA BALOGA; EDWARD J. STREKER; ESTATE OF HENRY

TOWNSEND, JR.; LILLIAN TOWNSEND;
HENRY TOWNSEND; MARCIA C.
TOWNSEND-TIPPETT; VALERIE TATUM;
CYNTHIA GREEN; KAWANNA DUNCAN;
JOHN TURNER; JUDITH TURNER;
THOMAS ANDREW WALSH; CHARLES
WALSH; RUTH WALSH; PAT CAMPBELL;
RACHEL WALSH; TIMOTHY WALSH;
MICHAEL WALSH; ESTATE OF SEAN
WALSH; PATRICIA FITZGERALD
WASHINGTON; GERALD FOISTER;
ESTATE OF TANDY W. WELLS; DANNY
HOLLAND WELLS; EDITH HOLLAND
WELLS; ESTATE OF HAROLD DEAN
WELLS; FRANCES MANGRUM; STELLA
WELLS GEORGE; CLETA WELLS;
TIMOTHY SHON WELLS; MICHAEL
SHANE WELLS; PERRY GLENN WELLS;
BRYAN K. WESTRICK; JOHN WESTRICK;
PATRICIA WESTRICK; WHITNEY R.
WESTRICK; GERALD WILKES, JR.;
GERALD WILKES, SR.; ESTATE OF PEGGY
WILKES; ESTATE OF DOROTHY
WILLIAMS; BILL WILLIAMSON;
DEBORAH WISE; MICHAEL ZILKA; SUE
ZILKA; JOSEPH A. BARILE; ANGELA E.
BARILE; MICHAEL BARILE; ANDREA
CIARLA; ANN MARIE MOORE; ANGELA
YOAK; JOHN BECKER; ESTATE OF
ANTHONY K. BROWN; JOHN BROWN;
ROWEL BROWN; SULBA BROWN; VARA
BROWN; MARVINE MCBRIDE; LAJUANA
SMITH; RODNEY E. BURNS; EUGENE
BURNS; DAVID BURNS; JEANNIE
SCAGGS; DANIEL CUDDEBACK, JR.;
BARBARA CUDDEBACK; DANIEL
CUDDEBACK, SR.; MICHAEL EPISCOPO;
RANDY GADDO; LOUISE GADDO
BLATTLER; PETER GADDO; TIMOTHY
GADDO; ESTATE OF WILLIAM R. GAINES

JR.; MICHAEL A. GAINES; WILLIAM R.
GAINES SR.; CAROLYN SPEARS; CAROLE
WEAVER; ESTATE OF VIRGEL HAMILTON;
GLORIA HAMILTON; BRUCE S.
HASTINGS; MAYNARD HODGES; MARY
JEAN HODGES; KATHY HODGES;
LORETTA BROWN; CINDY HOLMES;
SHANA SAUL; DANIEL JOY; DANIEL
KREMER; ESTATE OF THOMAS KREMER;
ESTATE OF CHRISTINE KREMER; JOSEPH
T. KREMER; JACQUELINE STAHRR;
ESTATE OF DAVID A. LEWIS; BETTY
LEWIS; JERRY L. LEWIS; SCOTT M.
LEWIS; PAUL MARTINEZ SR.; TERESA
GUNTHER; ALPHONSO MARTINEZ;
DANIEL L. MARTINEZ; MICHAEL
MARTINEZ; PAUL MARTINEZ JR.;
TOMASITA L. MARTINEZ; ESTHER
MARTINEZ-PARKS; SUSANNE YEOMAN;
ESTATE OF JEFFREY B. OWEN; JEAN G.
OWEN; STEVEN OWEN; ESTATE OF
MICHAEL L. PAGE; ALBERT PAGE; JANET
PAGE; JOYCE CLIFFORD; DAVID
PENOSKY; JOSEPH PENOSKY; CHRISTIAN
R. RAUCH; LEONARD PAUL TICE; ESTATE
OF BURTON WHERLAND; GREGORY
WHERLAND; KIMMY WHERLAND;
SARAH WHERLAND; SHARON DAVIS;
CHARLES F. WEST; CHARLES H. WEST;
RICK WEST; EVAN FAIN III; MARIA FAIN;
MARIA AMOSA; EVAN FAIN IV; JOSEPH
EDWARD FAIN; KENNETH SPENCER JR.;
SAMUEL P. RICE; STEVEN JOSEPH DIAZ;
ESTATE OF DAVID BROWN; ESTATE OF
JESSE JAMES ELLISON; ROBERT SWORD;
STEVEN SIBILLE; DONALD HOWELL;
FRANCES SPENCER; ESTATE OF
KENNETH SPENCER, SR.; AMY MORROW;
KAREN BROWN; KRIS BOERGER;
SAMUEL O. RICE; BELINDA RICE; AMY

COGSWELL; DAVID RICE; TODD RICE; VALERIE TRAIL; DANIEL RICE; LISA SCHULTZ; STEVEN JAMES DIAZ; JANE ASTRID DIAZ; ROBERT DIAZ; TERESA DIAZ; MAGDALENA MARY DIAZ; RAUL DIAZ; EDWARD DIAZ; ESTATE OF DANIEL P. DIAZ; CARMELLA WOOD; PATSY MCENTIRE; LEWIS BROWN; LISA MAYBIN; RONNY BROWN; CYNTHIA BURT; ESTATE OF THERISA EDWARDS; ESTATE OF ANDRES ALVARADO MIRBAL; ESTATE OF NERIDA TULL BAEZ; ESTATE OF MARGARET O'BRIEN; MITCHELL ANDERSON; ESTATE OF VIRGINIA ELLISON; ESTATE OF KENNETH ELLISON; KIMBERLY CARLSON; GARY CARLSON; DANIEL CARLSON; WILLIAM CARLSON; PENNY NELSON; BEULAH SWORD; WILLIAM SWORD; JOHN SWORD; JERRY SWORD; CAROLINE BROADWINE; ESTATE OF VERIAN SIBILLE; ESTATE OF VICTOR SIBILLE JR.; VICTOR SIBILLE IV; KEVIN SIBILLE; VALERIE UNKEL; PAMELA SCHULTZ; STEPHANIE HARDY; MARY JANE HOWELL; RONALD HOWELL; DONNA BLACK; MARIO H. VASQUEZ; DENNY WEST; ESTATE OF JOHN CHIPURA; EILEEN CHIPURA; NANCY CHIPURA; GERARD CHIPURA; SUSAN COHEN; ESTATE OF ROSCOE HAMILTON; FREDA SUE GAYHEART; RAMONA GREEN; ROBERT HAMILTON; JAMES EDWARDS; RAY EDWARDS; BETTY SUE ROWE; GARY EDWARDS; RALPH EDWARDS; ESTATE OF LARRY EDWARDS; ESTATE OF DAVID WORLEY; NANCY WORLEY; DAVID WORLEY; RYAN WORLEY; ESTATE OF JOHN BUCKMASTER; ESTHER BUCKMASTER; GREGG BUCKMASTER; VICKIE

BUCKMASTER; ARLEY BUCKMASTER; ESTATE OF MALKA ROTH; FRIMET ROTH; PESIA ROTH; RIVKA ROTH RAPPAPORT; ZVI ROTH; SHAYA ROTH; PINCHAS ROTH; STEVEN BOVA; ESTATE OF NICHOLAS BAKER; RICHIE BAKER; CORA FRYE; GARY BERGMAN; ESTATE OF WILLIAM BERGMAN; ESTATE OF MARY BERGMAN; JAMES E. BROWN; JACK EARN BROWN; ALBERT R. BURTON; MARGARET BURTON; ESTATE OF GARLAND BURTON; KATHERINE BURTON; ESTATE OF JIMMY CAIN; KATHERINE CAIN; DORIS MCDOWELL; ESTATE OF HUGH J. CAIN JR.; JOHN CAIN; CANDACE PALMER; ESTATE OF MARC L. COLE; JODIE COLE; ESTATE OF SANDRA COLE; JOSEPH CORTNER II; ALICE BUNTE; ESTATE OF SAUNDRA HILLMAN; PAUL J. DWYER; HELEN DWYER; DANIEL DWYER; KATHLEEN ROBINSON; ESTATE OF WILLIAM D. ELLIOT JR.; ANTHONY ELLIOT; ESTATE OF WILLIAM D. ELLIOT SR.; ESTATE OF MARGARET S. ELLIOT; MATTHEW C. ELLIOT MILLER; JONATHAN PAUL MILLER; WILLIAM DANIEL ELLIOT III; SUZANNE ELLIOT; JOAN ELLIOT WARFEL; MAUREEN HENRY; MARY BETH SEIBER; MARGARET BEAVER; ESTATE OF JAMES ELLIS FAULK; KATHLEEN FAULK; SHAWN MICHAEL FAULK; CHARLES FRYE; DONNA HELD; GORDON HICKMAN; ANTONIO HICKMAN; JAMES K. HINES; ELOISE HINES; MALCOLM HOWELL; SCOTT INNOCENZI; ESTATE OF PAUL INNOCENZI JR.; GARY K. JONES; KELLY GORMAN; DAMON JONES; TINA JAMES; ESTATE OF EDWARD E. KIMM; ANNA MARIE KIMM; JUNE B. GRIGGS KIMM;

JOHN L. KINSLOW; ANNA PATRICIA
MALEC; JACK R. MACDONALD III;
MICHELL MANLEY; ESTATE OF ALICE
MANLEY; ESTATE OF OCIE SHELL;
ESTATE OF JOSEPH MATTACHIONE;
ANTHONY MATTACCHIONE; JANET
MARGARET ROUSSEAU CHILDRESS;
ANNE MARIE MATTACCHIONE CHESSER;
NICHOLAS MATTACCHIONE; VINCENT
MATTACCHIONE; ESTATE OF TIMOTHY
MCNEELY; ESTATE OF DAVID S.
MCNEELY JR.; ESTATE OF DOROTHY E.
MCNEELY; VICKI C. MCNEELY BRAWLEY;
JOE GOODNIGHT JR.; HARRY A. MINCER;
ELLEN CRON; FAY CRON; HOWARD R.
NASH; ALAN OPRA; DRUCILLA PALMER
SCHREWSBURY; ADRIAN SAMUEL
MACKOWSKI RIEGA; ARIADNA FALCO;
PHILLIP RITTER; CRAIG RITTER; KEVIN
RITTER; GREGORY ROSENBERG;
MEREDYTH ROSENBERG; CASSIE
LEMIRE SANTOS; KAREN SCHNEIDER
THEONNES; ESTATE OF CREIGHTON
SCHNEIDER; LISBETH SUSAN MULLEN;
DANIEL TURNER; GARRY D. VASSER;
JOSEPH L. VINCENT; EDNA VINCENT-
CASON; MARK WOLCOTT; MARY C.
WOLCOTT; JOSEPH E. WOLCOTT SR.;
ESTATE OF MATTHEW DAVID WOLCOTT;
BRIAN JAY WOLCOTT; JOSEPH E.
WOLCOTT JR.; BECKY WOLCOTT;
WENDY GOWAN; MARK A. COOK; LINDA
RESINGER; TRACY L. COOK; CHERYL
FELLOWS; KEVIN COOK; BETTY
SIMMONS; ESTATE OF WILLIAM
SIMMONS; ALLEN BROWN; ESTATE OF
EMMA V. GOWEN; ESTATE OF CARROLL
BROWN; LINDA EITEL; MARGARET
SEVERIO; JESSIE BROWN; LEONARD
HAMILTON; ROSA DOBBS; GILBERT

HORNE; NANNIE BROOKS; PATRICIA
HORNE; MICHAEL HORNE; TRACY
HORNE; CHARLES HORNE; EDGAR
HORNE JR.; SABRINA HORNE; SHIRLEY
HORNE; LESLIE KAMECK; LINDA
KAMECK; JEREMY KAMECK; WILLIE
RIDDLE; MELINDA RIDDLE; STEVEN
RIDDLE; BRIAN RIDDLE; JOHN
WELLMAN; DEBORAH MEURER; ESTATE
OF JUAN MIGUEL COMAS; JUAN
ANTONIO COMAS; RODNEY RHODAN;
ESTATE OF VALERIE RHODAN; ESTATE
OF CLARENCE RHODAN; KEVIN
RHODAN; VERNON RHODAN; JONATHAN
RHODAN; TOMMY LASTER; CAROLYN
MUMPHERY; NATHANIEL LASTER;
ELOISE LASTER; OTIS LASTER; ESTATE
OF CARL LASTER; WOODROW LASTER;
JOHN LASTER; PHILIP AMRHEIN; TRUDY
BACINO; ESTATE OF JANE CHIPURA;
ESTATE OF ANTHONY CHIPURA; JEFF
DADICH; JEAN DADICH; ROBERT
DADICH; DANIELLE KROH; TRACEY
PERKINS; CHARLES A. WEST; JEREMIAH
WEST; ESTATE OF JOHN WORLEY; MARIO
I. VASQUEZ; SARA VASQUEZ; ESTATE OF
RICHARD A. MORROW; KAREN
CONTRILLO; PATRICIA ULAKOVICH;
DEBORAH LOCKNER; COLLEEN
ODENTHAL; MARCY HUNT DUFF;
RICHARD DAVID GRUBBS; MARK
VAUGHN; BRET GRUBS; MICHAEL
ZAWACKI; VERONICA ZAWACKI; TRACI
ZAWACKI MACCAULEY; STANLEY
ZAWACKI JR.; TERESA ZAWACKI
CHAPMAN; ANTHONY FRANKS; FANNIE
LOUISE FRANKS; MARILYN FRAZIER;
ESTATE OF SHARON THORNE; TINA
CADLE; RICHARD FRANK; RODNEY
CLIFF; RHONDA LITTLE; ESTATE OF

EUGENE CLIFF; RANDY CLIFF; RICKY
CLIFF; RANAEE CROZIER; ROXANNE
CLIFF; DAVID LAWSON; SHIRLEY
LENARTOWICZ; PHYLLIS MOZITIS; JOAN
MUFFLER; MARK WILLIAMS; DORIS
ALLINGER; DONNA WILLIAMS; RICHARD
EVERHART; MARIE EVERHART;
CHRISTINE CHINARIS; CYNTHIA BACON;
WILLIAM HARRISON; EMILIE HARRISON;
ESTATE OF JACOB FRITZ; ESTATE OF
LYLE FRITZ; ETHAN FRITZ; DANIEL
FRITZ; ESTATE OF BRYAN CHISM;
ELIZABETH CHISM; DANNY CHISM;
VANESSA CHISM; JULIE CHISM; ESTATE
OF SHAWN FALTER; LINDA FALTER;
MARJORIE FALTER; RUSSELL J. FALTER;
RUSSELL C. FALTER; ANDREW LUCAS;
DAVID LUCAS; TIMOTHY LUCAS;
MARSHA NOVAK; JASON SACKETT; JOHN
SACKETT; ESTATE OF AHMED AL-TAIE;
HATHAL K. TAIE; KOUSAY AL-TAIE;
NAWAL AL-TAIE; BASHAR AL-TAIE; LUCY
CHEGE; MARGARET GITAU; SUSAN
GITAU; PERIS GITUMBU; STACY
WAITHERE;   MONICAH KAMAU; JOAN
KAMAU; MARGARET NZOMO; BARBARA
MULI; STEPHEN MULI; LYDIA NDIVO
MAKAU; FRANCIS MBOGO NJUNG'E;
SARAH MBOGO; MISHECK MBOGO;
ISAAC KARIUKI MBOGO; REUBEN
NYAGA MBOGO; NANCY MBOGO;
EPHANTUS NJAGI MBOGO; STEPHEN
NJUKI MBOGO; ANN MBOGO; NEPHAT
KIMATHI MBOGO; DANIEL OWITI OLOO;
MAGDALINE OWITI; BENSON BWAKU;
BEATRICE BWAKU; JOTHAM GODIA;
GRACE GODIA; HANNAH NGENDA
KAMAU; DUNCAN NYOIKE KAMAU;
CHRISTINE MIKALI KAMAU; RUTH
NDUTA KAMAU; MERCY WANJIRU;

STANLEY NYOIKE; JENNIFER NJERI;
ANTHONY NJOROGE; SIMON NGUGI;
MICHAEL IKONYE KIARIE; JANE IKONYE
KIARIE; SAMMY NDUNGU KIARIE;
ELIZABETH KIATO; CHARITY KIATO;
JUDY KIARIE; NANCY MIMBA MAGAK;
RAPHAEL PETER MUNGUTI; MARY
MUNGUTI; ANGELA MWONGELI MUTISO;
BENSON NDEGWA; PHOEBA NDEGWA;
MARGARET MWANGI NDIBUI; CAROLINE
NGUGI KAMAU; CHARLES OLEWE;
PHELISTER OKECH; PHAEDRA
VRONTAMITIS; LEONIDAS
VRONTAMITIS; ALEXANDER
VRONTAMITIS; PAUL VRONTAMITIS;
ANASTASIA GIANPOULOS; JOHN OFISI;
KATHERINE MWAKA; EUCABETH
GWARO; TRUSHA PATEL; PANKAJ PATEL;
MARY MUDECHE; MICHAEL WARE;
SAMMY MWANGI; LUCY MWANGI;
JOSEPH WAHOME; SOLOMON MBUGUA;
JAPETH GODIA; MERAB GODIA;
WINFRED MAINA; JOMO MATIKO BOKE;
SELINA BOKE; HUMPHREY KIBURU;
JENNIFER WAMBUI; HARRISON KIMANI;
GRACE KIMANI; ELIZABETH MULI -
KIBUE; HUDSON CHORE; LYDIA
NYABOKA OTAO OKINDO; STANLEY
KINYUA MACHARIA; NANCY
MACHARIA; BETTY ORIARO; RACHEL
OYANDA OTIENO; HILARIO AMBROSE
FERNANDES; CATHERINE MWANGI;
DOREEN OPORT; PHILEMON OPORT;
GERALD BOCHART; YVONNE BOCHART;
LEILANI BOWER; MURABA CHAKA;
ROSELYNE NDEDA; AMES MUKABI;
EDWIN OMORI; FLORENCE OMORI;
BRYAN OMORI; JERRY OMORI;
JANATHAN OKECH; FRANCIS NDUNGU
MBUGUA; MARY MUTHONI NDUNGU;

SAMUEL MBUGUA NDUNGU; JAMLECK
GITAU NDUNGU; JOHN MUIRU NDUNGU;
EDITH NJERI; ANNASTACIAH LUCY
BOULDEN; AGNES WANJIKU NDUNGU;
FAITH MALOBA; DERRICK MALOBA;
STEVEN MALOBA; BELINDA MALOBA;
CHARLES OCHOLA; RAEL OCHOLA;
WYCLIFFE OCHIENG BONYO; VELMA
BONYO; DORINE BONYO; ELIJAH BONYO
OCHIENG; ANGELA BONYO; WINNIE
BONYO; BONIFACE CHEGE; CAROLINE
WANJIRU GICHURU; LAWRENCE
AMBROSE GITAU; LUCY GITAU;
CATHERINE GITAU; FELISTER GITAU;
ERNEST GITAU; JOEL GITUMBU KAMAU;
CATHERINE GITUMBU KAMAU; DAVID
KAMAU; PETER KAMAU; PHILLIP
KAMAU; HENRY BATHAZAR KESSY;
FREDERICK KIBODYA; FLAVIA KIYANGA;
JOSEPH KAMAU KIONGO; LUCY KIONGO;
ALICE KIONGO; JANE KAMAU; NEWTON
KAMAU; PETER KAMAU KIONGO;
TERESIA WAIRIMU KAMAU; PAULINE
KAMAU; HANNAH WAMBUI; PAULINE
KAMAU KIONGO; MERCY WAIRUMU
KAMAU; DANIEL KIONGO KAMAU;
RAPHAEL KIVINDYO; MILKA WANGARI
MACHARIA; RACHAEL MUNGASIA
PUSSY; SAMUEL PUSSY; DOREEN PUSSY;
ELSIE PUSSY; ANDREW PUSSY; MICHAEL
NGIGI MWORIA; JOHN NDUATI; AARON
MAKAU NDIVO; JOYCE MUTHEU;
MAURICE OKATCH OGOLLA; PRISCILA
OKATCH; JACKLINE ACHIENG;
ROSEMARY ANYANGO OKATCH;
SAMSON OGOLLA OKATCH; DENNIS
OKATCH; PAULINE ABDALLAH; BELINDA
AKINYI ADIKA; TONY KIHATO IRUNGU;
FAITH KIHATO; JACQUELINE KIHATO;
STEVE KIHATO; ANNAH WANGECHI;

ELSIE KAGIMBI; VINCENT KAMAU
NYOIKE; JOSINDA KATUMBA KAMAU;
CAROLINE WANJURI KAMAU; FAITH
WANZA KAMAU; DAVID KIARIE KIBURU;
FRANCIS WATORO MAINA; GRACE
KIMATA; VICTOR WATORO; RACHEL
WAMBUI WATORO; LYDIA MURIKI
MAYAKA; NYANGORO MAYAKA;
DOREEN MAYAKA; DICK OBWORO
MAYAKA; DIANA NYANGARA; DEBRA
MAYAKA; GEORGE MAGAK MIMBA;
TIBRUSS MINJA; EDWARD MWAE
MUTHAMA; NICHOLAS MUTISO;
GEOFFREY MOSES NAMAI; SARAH
TIKOLO; NIGEEL NAMAI; CHARLES
MWANGI NDIBUI; JULIUS NZIVO;
FRANCIS OLEWE OCHILO; ROSEMARY
OLEWE; JULIET OLEWE; WENDY OLEWE;
PATRICK OKECH; LUCY GRACE ONONO;
MORDECHAI THOMAS ONONO; ADAM
TITUS WAMAI; WINFRED WAMAI; TITUS
WAMAI; DIANA WILLIAMS; LLOYD
WAMAI; ANGELA WAMAI; JOHN
MURIUKI; EVITTA FRANCIS KWIMBERE;
MARY OFISI; ERIC ABUR ONYANGO;
JOYCE ONYANGO; TILDA ABUR;
BARNABAS ONYANGO; KELESENDHIA
APONDI ONYANGO; PAUL ONYANGO;
KAKA ABUBAKAR IDDI; CHARLES
MWAKA MULWA; VICTOR MPOTO;
JULIUS OGORO; KIMEU NZIOKA
NGANGA; MARY NDAMBUKI;
WELLINGTON OLUOMA; JACINTA
WAHOME; STELLA MBUGUA; SAJJAD
GULAMAJI; MARY GITONGA; FRANCIS
MAINA NDIBUI; KIRUMBA W'MBURU
MUKURIA; CHRISTANT HIZA; MARINI
KARIMA; ZEPHANIA MBOGE; EMILY
MINAYO; JOASH OKINDO; RUKIA
WANJIRU ALI; BERNARD MUTUNGA

KASWII; HOSIANA MBAGA; MARGARET
WAITHIRA NDUNGU; SAMUEL
ODHIAMBO ORIARO; GAUDENS THOMAS
KUNAMBI; LIVINGSTONE BUSERA
MADAHANA; MENELIK KWAMIA
MAKONNEN; TOBIAS OYANDA OTIENO;
CHARLES MWIRIGI NKANATHA; JUSTINA
MDOBILU; GIDEON MARITIM; BELINDA
CHAKA; CLIFFORD TARIMO; JAMES
NDEDA; MILLY MIKALI AMDUSO; MOSES
KINYUA; VALERIE NAIR; BAKARI
NYUMBU; AISHA KAMBENGA;
GEOFFREY KALIO; JANE KATHUKA;
BERNICE NDETI; DAWN MULU; TABITHA
KALIO; AQUILAS KALIO; CATHERINE
KALIO; LILIAN KALIO; RAMADHANI
MAHUNDI; HUSSEIN RAMADHANI;
CHARLES MUNGOMA OLAMBO;
CAROLINE OKECH; ENOS NZALWA;
HINDU OMARI IDI; ALI HUSSEIN ALI;
OMAR IDI; HAMIDA IDI; MAHAMUD
OMARI IDI; RASHID OMAR IDI; FATUMA
OMAR; DOMINIC MUSYOKA KITHUVA;
KAMALI MUSYOKA KITHUVA; BEATRICE
MARTHA KITHUVA; TITUS KYALO
MUSYOKA; BENSON MALUSI MUSYOKA;
CAROLINE KASUNGO MGALI; MONICA
WANGARI MUNYORI; MOHAMED
ABDALLAH MNYOLYA; NURI HAMISI
SULTANI; NAFISA MALIK; ELIYA ELISHA
PAUL; GRACE MAKASI PAUL; BLASIO
KUBAI; FREDERICK MALOBA;
ELIZABETH MALOBA; MARGARET
MALOBA; LEWIS MALOBA; MARLON
MALOBA; SHARON MALOBA; KENNETH
MALOBA; JOSIAH OWUOR; EDWINA
OWUOR; VINCENT OWUOR; WARREN
OWUOR; PETER MACHARIA; GRACE
GICHO; DIANA MACHARIA; NGUGI
MACHARIA; MARGARET NJOKI NGUGI;

JOHN NGUGI; ANN RUGURU; DAVID
NGUGI; PAUL NGUGI; STANLEY NGUGI;
JULIANA ONYANGO; MARITA ONYANGO;
EVANS ONSONGO; MARY ONSONGO;
ENOCH ONSONGO; PERIS ONSONGO;
VENICE ONSONGO; SALOME ONSONGO;
BERNARD ONSONGO; GEORGE
ONSONGO; EDWIN ONSONGO; GLADYS
ONSONGO; PININA ONSONGO; IRENE
KUNG'U; JOSEPH INGOS; DIANA
KIBODYA; CHARLES KABUI; BARBARA
OLAO; ALLAN OLAO; AUDREY PUSSY;
MARGARET MURIGI; BELONCE MURIGI;
FAITH MURIGI; MISCHECK MURIGI;
FAITH MUTINDI; CHARLES OPONDO;
RISPAH ABDALLAH; MAJDOLINE;
ABDALLAH; JOSEPH ABDALLAH;
CHRISTINE NABWIRE BWAKU; EPHRAIM
ONYANGO BWAKU; BETTY KAGAI;
NORMAN KAGAI; WENDY KAGAI;
CHARLES KAGAI; TABITHA KAGAI;
WALLACE NJOREGE NYOIKE; LUCY
NYAWIDA KARIGI; STEVEN KARIGI;
MARTIN KARIGI; CAROLINE KARIGI;
DANIEL KIARIE; ANN WAIRIMU KIARIE;
MARYANN NJOKI KIARIE; ANTHONY
KIARIE; BARBARA KIARIE; EDMUND
KIARIE KIBURU; BERNARD MACHARIA;
JOSHUA MAYUNZU; LEVINA MINJA;
VIOLET MINJA; EMMANUEL MINJA;
NICKSON MINJA; PETRONILA MUNGUTI;
ALEX MUNGUTI; FELIX MUNGUTI; JOHN
NDIBUI; GEORGE MWANGI; SIMON
NGURE; LUCY KAMBO; JOHN NGURE;
JOSEPH KAMBO; CATHERINE NJERI
MWANGI; JACKSON NDUNGU; JACKLINE
WAMBUI; JULIUS NYAMWENO;
ELIZABETH OKELO; HELLEN OKELO;
KENNEDY OKELO; RONALD OKELO;
LESLIE ONONO; LAURA ONONO;

STEPHEN ONONO; ANDREW ONONO;
RISPAH AUMA; JAEL OYOO; EDWIN
OYOO; KATIMBA MOHAMED SELEMANI;
ASHA ABDULLAH; RASHID KATIMBA;
SAID KATIMBA; FRANCIS KWIMBERE;
IRENE KWIMBERE; FREDERICK
KWIMBERE; SANI KWIMBERE; FRANCIS
OFISI; ANDREW OFISI; GIDEON OFISI;
CONCEPTOR ORENDE; JOHN KISWILI;
FRANCISO KYALO; POLYCHEP
ODIHAMBO; ROSE NYETTE; PATRICK
NYETTE; ERIC MWAKA; PETER MWAKA;
FELIX MWAKA; CIVILIER MWAKA;
ANIPHA MPOTO; INOSENSIA MPOTO;
DENIS MPOTO; LYDIA GWARO; DEBORA
GWARO; EMMANUEL GWARO; JAMES
GWARO; MICHAEL KIMEU; WINNIE
KIMEU; LUKAS KIMEU; GRACE (EUNICE)
ONSONGO; JOSEPH GATHUNGA;
MICHAEL MWANGI; MARY MUIRIRI;
JONATHAN NDUTI; ANNE NGANGA
MWANGI; ESTER NGANGA MWANGI;
HENRY ALIVIZA SHITIAVAI; JUDY
ALIVIZA; JACQUELINE ALIVIZA;
COLLINS ALIVIZA; HUMPHREY ALIVIZA;
JEFFREY MBUGUA; ALEX MBUGUA;
WAMBUI KUNG'U; LORNA KUNG'U;
EDWARD KUNG'U; GITONGA MWANIKE;
TECHONIA OWITI; VALENTINA HIZA;
CHRISTOPHER HIZA; CHRISTIANSON
HIZA; CHRISTEMARY HIZA; SALIMA
ISMAIL RAJABU; JOHN ZEPHANIA
MBOGE; HARRIET CHORE; LESLIE
SAMBULI; PETER KUNIGO; BADAWY
ITATI ALI; JAIRUS DAVID AURA; MARY
ESTHER KIUSA; PETER NGIGI MUGO;
LEONARD RAJAB WAITHIRA; GRACE
WANJIRU WAITHIRA; JOSEPH NDUNGU
WAITHIRA; JEFF RABAR; BEATRICE
ATINGA; SAMMY OKERE; VICTOR

ADEKA; PURITY MAHONJA; JOYCE
THADEI LOKOA; SELINA GAUDENS;
DONNIE GAUDENS; JUDITH NANDI
BUSERA; LEVIS MADAHANA BUSERA;
CHRISTINE KAVAI BUSERA; EMMANUEL
MUSAMBAYI BUSERA; AUGUST MAFFRY;
ALISON MAFFRY; CAROLINE MAFFRY;
ALICE MARY TALBOT; GEOFFREY
TUPPER; FRIDA YOHAN MTITU;
SHADRACK TUPPER; AGNES SENGA
GEOFFREY TUPPER; JOAN ADUNDO;
BERNARD ADUNDO; PAULINE ADUNDO;
SAMUEL ADUNDO; THERESA ADUNDO;
ISIDORE ADUNDO; ANNE ADUNDO;
THOMAS ADUNDO; JANE KHABUCHI;
MICHAEL TSUMA; IRENE KHABUCHI;
BERYL SHIUMBE; ZACKARIA MUSALIA
ATINGA; FLORENCE MUSALIA; ELLY
MUSALIA; VALLEN ANDEYO; JURUHA
MUSALIA; LYNETTE OYANDA; LINDA
OYANDA; VERA JEAN OYANDA; FRIDAH
MAKENA; RUTH GATWIRI MWIRIGI;
JOAN KENDI NKANATHA; JOANNE
OPORT; SALLY OPORT; YVONNE OPORT;
ONAEL MDOBILU; PETER MDOBILU;
JOHN MDOBILU; KATHERINE MDOBILU;
IMMANUEL MDOBILU; ONAEL DAVID
MDOBILU; JOSHUA DANIEL MDOBILU;
HELLEN MARITIM; ALICE MARITIM;
RUTH MARITIM; ANNAH MARITIM;
SHARONE MARITIM; EDGAR MARITIM;
SHEILA MARITIM; RAMMY ROTICH;
PRISCA OWINO; GREG OWINO; CLARA
OWINO; LEAH OWINO; GERALD OWINO;
KENNETH OWINO; SALLY CECILIA
MAMBOLEO; SALOME RATEMO; LUIS
RATEMO; FREDERICK RATEMO; KEVIN
RATEMO; DIXON INDIYA; JAMES CHAKA;
STANLEY CHAKA; STACY CHAKA;
ELIZABETH TARIMO; MARGARET

TARIMO; CORNELIUS KEBUNGO;
PHOEBE KEBUNGO; ERASTUS NDEDA;
ANN SALAMBA; BEVERLYNE NDEDA;
CECILIA NDEDA; HESBON LIHANDA;
GLADIS LIHANDA; DICKSON LIHANDA;
RUTH LIHANDA; VALENTINE NDEDA;
MAUREEN NDEDA; BEATRICE AMDUSO;
IREEN SEMO; JOAB AMDUSO; JUSTIN
AMDUSO; MERCY NDIRITU;
CHRISTOPHER NDIRITU; DENNIS
KINYUA; EDWIN MAGOTHE; SEDRICK
NAIR; TANYA NAIR; ENNA OMOLO; ASHA
KILUWA; ALLY MAHUNDI; AMIRI
MAHUNDI; ASHA MAHUNDI; EMMA
MAHUNDI; JUMA MAHUNDI; MWAJABU
MAHUNDI; MWAJUMBA MAHUNDI; SAID
MAHUNDI; SHABAN MAHUNDI; YUSUPH
MAHUNDI; CAROLINE OPATI; MONICAH
OPATI; RAEL OPATI; SELIFAH OPATI;
KEELIY MUSYOKA; MANZI MUSYOKA;
SYUINDO MUSYOKA; GLADYS MUNANI
MUSYOKA; JACKSON KITHUVA
MUSYOKA; JANE MUTUA; MARY NZISIVA
SAMUEL; OMAR ZUBARI OMAR; REHANA
MALIK; MARY MERESIANA PAUL; JACOB
GATI; ZAKAYO MATIKO; LOISE KUYA;
PETER KUYA; PENINAH MUCII; DANIEL
KUYA; AGNES KUBAI; CELESTINE
KUBAI; BRIAN KUBAI; COLLIN KUBAI;
SALINE KUBAI; WILLIAM MAINA;
ELIZABETH NZAKU; PETER NGUGI;
HESBON BULIMU; MARY BULIMU;
JACKSON BULIMU; GODFREY BULIMU;
MILLICENT BULIMU; LYDIA BULIMU;
RODGERS BULIMU; FRIDA BULIMU;
EMMILY BULIMU; MERCY BULIMU;
KEVIN AYERS; CARL CRONIN; DWAYNE
HALL; RUSSELL JARVIS; MICHAEL
KELLEY; ERNEST KELLEY; RUTH
KELLEY; LISA FLETCHER; DENNIS

KELLEY; TERESA CEARLEY; WILLIAM
KILGORE; MYRON KYLE; GARY LEWIS;
ESTATE OF JACK LEE MARTIN; LINDA
MARTIN; JAMES N. MARTIN; JAMES N.
MARTIN, JR.; JOE CARROLL MARTIN; JEB
SCOTT MARTIN; JILL BARTON;
DEBORAH MARSHALL; STACEY
MCGINNIS; CHARLES R. OGLE; MELANIE
OGLE; MICHAEL OROSS; MEGUNAH
QEHALTH; EUGENE SMITH; BRIAN TEEK;
VIRGIL T. YOUNG, JR.; ISIAH YOUNG;
CHYLA YOUNG;

      Plaintiffs,

  v.

IRAN AND CHINA INVESTMENT
DEVELOPMENT GROUP d/b/a
LUBIAN.COM;

      Defendant.

## INTRODUCTION

1.      The Islamic Republic of Iran ("Iran") is the world's leading sponsor of terrorism, and, as a result, is subject to some of the world's most stringent economic sanctions. Those sanctions are a thorn in Iran's side because they prevent Iran from capitalizing on its main industry—energy—and deny Iran access to traditional banking institutions. Accordingly, the Iranian government has endeavored for years to circumvent those sanctions through any means possible, including through the use of intermediary agencies and instrumentalities such as the Iran and China Investment Development Group (the "Iran-China Group") and its "LuBian" Bitcoin mine, whose more than 127,000 Bitcoin ("Bitcoin") seized by the U.S. government is the ultimate target of this action for attachment and turnover under the Terrorism Risk Insurance Act and New York's CPLR.

2.      One of Iran's most recent sanctions-defying gambits revolves around its extensive efforts to mine and deal in cryptocurrencies. Iranian officials have openly advertised the role that cryptocurrencies play in the nation's strategy to circumvent sanctions, explaining that mining digital currencies is "a tool for circumventing sanctions," that "digital currency is most efficient during times of sanctions," and that because "cryptocurrency facilitate[s] the movement and transfer of money to any point in the world," it "help[s] us at the time of sanctions." Cryptocurrency in particular helps Iran to launder proceeds of its energy industry. While Iran cannot directly export its oil and natural gas to a host of other countries, its leaders have recognized that Iran instead can convert that oil and natural gas to electricity and then "creat[e] a form of electricity export" through cryptocurrency mining, where energy is converted into digital assets— a purported "solution" to Iran's sanctions woes.

3.      To implement this strategy, Iran has promulgated new decrees to provide special tax treatment for cryptocurrencies, has subsidized energy to cryptocurrency miners, and has

undertaken other sustained efforts to make itself a cryptocurrency haven.  A key aspect of that strategy was Iran's partnership with the Iran-China Group, an Iranian joint-stock company that created and operated a cryptocurrency mining pool known as "LuBian."  In connection with Iran's repeated and ongoing efforts to skirt U.S. sanctions, Iranian state-owned entities worked to import powerful servers and mining machines on sanctioned vessels that the Iran-China Group used to build a massive cryptocurrency mine in the Rafsanjan Special Economic Zone, in Iran's central Kerman province.  Drawing hundreds of megawatts of energy from the power station for a nearby ferrochrome plant, the Iran-China Group was able to mine thousands of Bitcoin and maintain LuBian's "pool," which eventually grew to at least 127,271 Bitcoin.

4.      The Iran-China Group worked closely with Iranian officials on the project, which was built with the support of the Iranian military.  An advisor to Iran's then-President, Hassan Rouhani, opened the mine, and key governmental officials attended the formal opening.  LuBian boasted of its strong ties to the Iranian regime, explaining that LuBian had established its "own customs clearance channels," "good local resources in Iran," and "good relations" with Iran's Ministry of Energy, Ministry of Foreign Affairs, "and even the army."  Working hand-in-hand with governmental authorities, the Iran-China Group built and then donated "massive" electric infrastructure for the project back to Iran's state-owned power company, Tavanir.

5.      The Iran-China Group's bid to help Iran launder its domestic energy into cryptocurrency through its LuBian mining operation came crashing down, however, in December 2020.  That month, an anonymous "whitehat"—slang for an ethical hacker—breached LuBian's pool and stole approximately 127,271 Bitcoin that LuBian had accumulated.  LuBian repeatedly attempted to make contact with the hacker to secure return of that cryptocurrency, even offering a reward, but to no avail.  Eventually, the hacker instead apparently handed over the keys to the Iran-

China Group's, *i.e.*, LuBian's, cryptocurrency wallets (containing the Bitcoin at issue) to the U.S. government, where, on information and belief, the keys—and thus the cryptocurrency—remain.

6.    Pursuant to the Terrorism Risk Insurance Act ("TRIA"), Pub. L. 107-297, 116 Stat. 2322 (Nov. 26, 2002), codified at 28 U.S.C. § 1610 Note, Federal Rule of Civil Procedure 69, and New York CPLR §§ 5225(b) and 5227, Plaintiffs now bring this action to execute on the Iran-China Group's—*i.e.*, LuBian's—127,271 Bitcoin in the government's custody.

7.    Plaintiffs are judgment creditors of Iran—collectively awarded $23,206,959,532.03 in damages, including $9,117,379,610.49 in compensatory damages and $11,175,094,737.54 in punitive damages—and are all victims or family members of victims of Iranian-sponsored terrorism.  Their lives were forever altered by the 2006 and 2007 kidnapping and murders of four U.S. service members on deployment in Iraq (the "Iraq Abductions and Murders"), the 2001 Hamas bombing of a Sbarro restaurant in Jerusalem, Israel (the "Jerusalem Bombing"), the 1998 al Qaeda bombings on the U.S. embassies in Tanzania and Kenya (the "Embassy Bombings"), and the 1983 Hezbollah bombing of the U.S. Marine barracks in Beirut, Lebanon (the "Beirut Bombing").  The men, women, and children killed and injured during these terrorist attacks included American heroes—men and women stationed abroad in the U.S. military and Foreign Service, or local employees working at U.S. embassies—and a 15-year-old U.S. citizen.  When the bombs were detonated and murders carried out in Tanzania, Kenya, Beirut, Jerusalem, and Iraq, their bodies and futures were shattered, resulting in indelible physical, emotional, and psychological devastation.

8.    The U.S. District Court for the District of Columbia (the "D.C. District Court") has determined on multiple occasions that Iran is liable to these victims for their suffering.

9.      In 2015, the families and estates of the U.S. service members who were abducted and murdered by the Asa'ib Ahl al-Haq ("AAH") terrorist organization while serving in Iraq—including lead Plaintiff Noala Fritz—initiated a lawsuit against Iran to hold it accountable for those deaths.  The D.C. District Court found that Iran provided the terrorist organization with material support—support that constituted a "necessary ingredient" "in the chain of events that culminated in the injuries and deaths of" the four U.S. soldiers.  Accordingly, the Court found Iran liable to the Plaintiffs for damages and awarded a judgment of $248,948,689.

10.      In a series of earlier actions, the D.C. District Court determined that Hezbollah received substantial support from Iran in carrying out the Beirut Bombing and that the "formation and emergence of Hezbollah as a major terrorist organization" in the first place was "due to the government of Iran."  The Court determined that Iran should "be punished to the fullest extent legally possible for the bombing in Beirut" and awarded Plaintiffs massive judgments.

11.      After prolonged litigation, the D.C. District Court similarly determined in 2011 that al Qaeda could not have carried out the Embassy Bombings in Kenya and Tanzania without Iran's support and sponsorship, and that the "[s]upport from Iran and Hezbollah" in particular "was critical to al Qaeda's execution of the 1998 embassy bombings."  As a result of Iran's sponsorship of al Qaeda's terrorism, the court held Iran liable to Plaintiffs for, as relevant here, a total of nearly $8.7 billion.

12.      In 2015, the D.C. District Court further determined that Iran was liable to the family and estate for the death of a 15-year-old U.S. citizen who was one of the many victims of the Jerusalem Bombing.  The Court specifically found that the attack was a "clear" consequence of Iran's provision of "material support of Hamas' terrorist activities."  The D.C. District Court entered judgment against Iran in the total amount of $131,191,019.

4

13.     Together these Plaintiffs have billions of dollars outstanding on their judgments, which Iran has refused to pay.

14.     Faced with Iran's steadfast refusal to honor its legal obligations and satisfy these outstanding judgments, Plaintiffs are entitled to execute on the 127,271 Bitcoin currently in the custody of the United States ("Garnishee"), or so much of the Bitcoin as is ultimately necessary to fully satisfy Plaintiffs' outstanding judgments.[1]   The case for execution is clear.   TRIA provides that, "[n]otwithstanding any other provision of law," those who hold judgments against "a terrorist party" may execute on the "blocked assets," which are defined to include assets "seized . . . by the United States," of that terrorist party or its "agency or instrumentality."   TRIA § 201(a), (d)(2). Iran is a well-established "terrorist party"; its assets are blocked pursuant to multiple regulations and executive orders, *see* 31 C.F.R. §§ 510.211, 594.201(a)(5); and the Iran-China Group, through the LuBian mining pool, operated as Iran's "agency or instrumentality" by materially assisting Iran in avoiding sanctions while laundering Iran's energy resources through the mining of cryptocurrency.   And by taking direction from Iran to deliver crypto to the Central Bank or to designated Iranian entities, the Iran-China Group further served as an agent or instrumentality of Iran.   As a result, the Iran-China Group's blocked assets in the United States, which includes the hacked LuBian Bitcoin currently in the custody of the United States, should be turned over to Plaintiffs to compensate these long-suffering victims of the terrorist acts sponsored by Iran.

## JURISDICTION AND VENUE

15.     This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Plaintiffs seek relief under federal law—namely, TRIA.  *See Weinstein v. Islamic*

---

[1] The value of Bitcoin is volatile and subject to significant daily fluctuation, making it difficult if not impossible to determine at this time the amount of Bitcoin that will ultimately be necessary to satisfy Plaintiffs' outstanding judgments.

*Republic of Iran*, 609 F.3d 43, 50 (2d Cir. 2010) (finding "it clear beyond cavil that Section 201(a) of the TRIA provides courts with subject matter jurisdiction over post-judgment execution and attachment proceedings").

16.    This Court has personal jurisdiction over Defendant the Iran-China Group pursuant to Federal Rule of Civil Procedure 4(k)(1)(A), which permits this Court to exercise personal jurisdiction to the extent allowed by New York statutes.   CPLR § 301 provides that courts "may exercise such jurisdiction over persons, property, or status as might have been exercised heretofore"—including, as relevant here, quasi-in rem jurisdiction. *See Banco Ambrosiano, S.P.A. v. Artoc Bank & Tr. Ltd.*, 464 N.E.2d 432, 435 (N.Y. 1984).  Quasi-in rem jurisdiction is appropriate when the relevant property in the forum "is closely related to the plaintiff's claim," and particularly when the defendant has "other ties" to the forum.  *Id.* at 435.  Here, the presence of the Iran-China Group's property in New York is central to Plaintiffs' claim.  And, moreover, LuBian has appeared in, and submitted to the jurisdiction of, this Court for the purpose of asserting its claims to the Bitcoin in the United States' parallel, pending forfeiture action concerning the Bitcoin transferred from the Iran-China Group's LuBian mining pool.  *See* Dkt. 14, *United States v. Approximately 127,271 Bitcoin ("BTC") Previously Stored At The Virtual Currency Addresses Listed In Attachment A, And All Proceeds Traceable Thereto* ("*Approximately 127,271 Bitcoin*"), No. 25-cv-5745 (E.D.N.Y. Dec. 10, 2025); Dkt. 23, *Approximately 127,271 Bitcoin*, No. 25-cv-5745 (E.D.N.Y. Dec. 17, 2025).  Thus, the prerequisites for quasi-in rem jurisdiction are satisfied.

17.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391.  Under Section 1391(b)(2), "a substantial part of the property that is the subject of the action" is situated in the Eastern District of New York because, on information and belief, the United States maintains custody of the Bitcoin in the Eastern District of New York.  Venue is also appropriate in the Eastern

6

District of New York because this Court is already exercising jurisdiction over those Bitcoin in *Approximately 127,271 Bitcoin*, No. 25-cv-5745 (E.D.N.Y.).  *See Princess Lida of Thurn & Taxis v. Thompson*, 305 U.S. 456, 466 (1939) (where "two suits are in rem, or quasi in rem, so that the court, or its officer, has possession or must have control of the property which is the subject of the litigation," "the court first assuming jurisdiction over property may maintain and exercise that jurisdiction to the exclusion of the other").  Finally, venue is appropriate because "a substantial part of the events or omissions giving rise to the claim" occurred in this district.  28 U.S.C. § 1391(b)(2).

## THE PARTIES

18.    Plaintiffs are direct victims and surviving family members of the Iraq Abductions and Murders, Jerusalem Bombing, Embassy Bombings, and the Beirut Bombing—all attacks carried out with the critical material support of the Iranian government.

19.    Plaintiffs include U.S. service members deployed in Iraq and Beirut; U.S. foreign service officers and Tanzanian nationals who were employed by the U.S. embassies and on duty during the Embassy Bombings; and the family members of a fifteen-year-old U.S. citizen killed by a terrorist attack while out to eat in Jerusalem.  These individuals and their family members have suffered severe physical and psychological injuries, including loss of life, loss of limbs, permanent disabilities, physiological trauma, and devastating and debilitating emotional distress.

20.    Defendant is the Iran and China Investment Development Group, an agency or instrumentality of Iran, which does business for purposes of mining and holding cryptocurrency assets as "LuBian" or "Lubian.com."

21.    Defendant is an agency or instrumentality of the Judgment Debtor, the Islamic Republic of Iran.  Iran has been designated a sponsor of terrorism pursuant to Section 6(j) of the Export Administration Act of 1979, 50 U.S.C. App. § 2405(j), beginning January 19, 1984, and

therefore is a "terrorist party" as defined by TRIA, § 201(a).  *See Havlish v. Taliban*, 152 F.4th 339, 360 (2d Cir. 2025) (noting that "the state of Iran" is "a terrorist party" under TRIA); *see also State Sponsors of Terrorism*, U.S. Dep't of State, https://tinyurl.com/49fm3uan.

22.    The Garnishee with custody of the Bitcoin at issue is the United States of America.

## FACTUAL ALLEGATIONS

### I.    Plaintiffs Hold Billions of Dollars of Unpaid Judgments Against Iran

23.    Iran's notorious efforts to sponsor terrorist attacks throughout the world had devastating consequences for Plaintiffs, who, across several decades, fell victim to the series of Iranian-sponsored attacks described below.

#### A.    The Iraq Abductions And Murders

24.    In October 2006 and January 2007, four U.S. soldiers were abducted and assassinated while serving in Iraq.[2]  They include Ahmed Al-Taie, who was abducted in Baghdad, Iraq, and Jacob Fritz, Johnathan Chism, and Shawn Falter, who all were abducted from Karbala, Iraq.

25.    On October 23, 2006, U.S. Army Staff Sergeant Ahmed Al-Taie, a native Iraqi and naturalized U.S. Citizen, was traveling to his wife's residence in Baghdad.  Before arriving, he was kidnapped by members of Jaysh al-Mahdi ("JAM"), an "early beneficiary of Iran."[3]  The U.S. Army embarked on an immediate and extensive search-and-rescue mission to locate their missing comrade.[4]  By the following month, Al-Taie's kidnappers realized he was an American soldier. They took advantage of this fact by demanding the United States engage in a prisoner exchange.[5]

---

[2] *See Fritz v. Islamic Republic of Iran*, 320 F. Supp. 3d 48, 55 (D.D.C. 2018).
[3] *Id.* at 61, 74.
[4] *Id.* at 73.
[5] *Id.* at 74.

26.    Al-Taie was assassinated within a year of his kidnapping, and his remains, in an advanced state of decomposition, were released in 2012.  While in captivity, he was subject to regular beatings before being shot in the torso and neck.[6]

27.    Although Al-Taie's initial kidnapping was perpetrated by JAM, he was quickly turned over to AAH, and it was AAH who was responsible for the torture and execution.[7]

28.    On January 20, 2017, AAH conducted a coordinated attack on the Provincial Joint Coordination Center ("PJCC") in Karbala, Iraq.  First Lieutenant Jacob Fritz, Specialist Johnathan Chism, and Private First-Class Shawn Falter worked at the PJCC as part of the United States' efforts in the region.[8]

29.    A small force of AAH militants bypassed security and entered the PJCC, where, after "subduing Iraqi police" and creating a diversion with small-arms fire, they kidnapped Fritz, Chism, Falter, and Captain Brian Freeman.[9]

30.    After handcuffing the victims, the militants sped from the compound and made their way through a smuggling route, before learning that an upcoming Iraqi checkpoint would be on the lookout for them.  They altered their route and changed out of their clothing.[10]

31.     The assailants then shot the captives multiple times and abandoned their equipment. By the time the Iraqi Army arrived, only Freeman was still alive, and he died a short time later.

32.    These incidents of murder and kidnapping were carried out by the AAH terrorist organization, which is a network of Iraqi Shia militias that relied on training, funding, and support from Iran.[11]

---

[6] *Id.* at 75.
[7] *Id.* at 74.
[8] *Id.* at 65.
[9] *Id.* at 65–66.
[10] *Id.* at 68–69.
[11] *Id.* at 55.

### B.    The Iraq Abductions And Murders D.C. District Court Action

33.     On March 30, 2015, a group of plaintiffs composed of the estates and family members of the four kidnapping and murder victims brought suit against Iran under 28 U.S.C. § 1605 of the Foreign Sovereign Immunities Act ("FSIA") for Iran's role in those crimes.[12]  The *Fritz* plaintiffs served process on Iran on January 31, 2017.[13]  Iran failed to respond.

34.     The D.C. District Court ordered default judgment against Iran on August 2, 2018, and appointed a special master to hear the damages claims of the plaintiffs.  *Fritz v. Islamic Republic of Iran*, 320 F. Supp. 3d 48, 92 (D.D.C. 2018).[14]  Based on the *Fritz* plaintiffs' evidentiary showing and pursuant to the rigorous factual findings required under the FSIA's Section 1608, the court found that "Iran provided AAH with material support" for the kidnappings and murders, including training, intelligence, and "essential" financial support, and "[t]he support that Iran provided to AAH was not only a 'substantial factor' in the chain of events that culminated in the injuries and deaths of Fritz, Chism, Falter, and Al-Taie, it was a necessary ingredient."  *Id.* at 84-86; *see also Fritz v. Islamic Republic of Iran*, 324 F. Supp. 3d 54, 58 (D.D.C. 2018).

35.     The D.C. District Court adopted the special master's damages recommendations and entered partial final judgment against Iran on August 20, 2018, in the total amount of $248,948,689.  *See* Dkt. 94, *Fritz v. Islamic Republic of Iran*, No. 15-cv-456 (D.D.C. Aug. 20, 2018).

36.     Iran is jointly and severally liable for the entire amount of the judgment but has failed to take any steps to satisfy the judgment.  Plaintiffs have sought for years to compel Iran to satisfy their respective judgments, but Iran has successfully evaded pursuit from Plaintiffs and the

---

[12] *See generally Fritz v. Islamic Republic of Iran*, No. 15-cv-456 (D.D.C.) ("*Fritz* Suit").
[13] *Fritz* Suit Dkt. 19.
[14] *See also Fritz* Suit Dkt. 90.

many other victims of terrorism to whom it is liable under U.S. law.  Indeed, Iran has nothing but disdain for U.S. courts, denouncing U.S. court rulings against the country as "theft."[15]

### C.    The Jerusalem Bombing

37.    In August 2001, an operative of the militant Islamic group Hamas detonated a bomb at a Sbarro restaurant in Jerusalem, Israel.[16]

38.    Iran and Syria provided Hamas with support and encouragement to carry out the Jerusalem attack.

39.    The attack killed 15 people, including 15-year-old U.S. citizen Malka Roth, and injured approximately 130 more.[17]

### D.    The Jerusalem Bombing D.C. District Court Action

40.    On July 28, 2011, nine (9) members of the Roth family, including representatives of their estate, filed a suit against Iran pursuant to 28 U.S.C. § 1605 of the FSIA, seeking damages for the injuries and death of Malka Roth.[18]  Several months later, on September 16, 2012, the *Roth* plaintiffs served process on Iran.[19]  Iran failed to respond, and as a result, the clerk of the D.C. District Court entered default against it on April 21, 2014.[20]

41.    On January 27, 2015, the D.C. District Court granted default judgment in the *Roth* action.  *See* Dkt. 43, *Roth v. Islamic Republic of Iran*, No. 11-cv-1377 (D.D.C. Jan. 27, 2015).  The Court found that Malka Roth's death and the pain and suffering her family experienced as a result were "consequences [that] were 'reasonably certain' to occur as a result of [Iran's] material support

---

[15] *See, e.g.*, *Iran denounces U.S. ruling awarding Iran money to bomb victims: TV*, Reuters (Apr. 21, 2016), https://tinyurl.com/erc3d39u.
[16] *Suicide bombing at the Sbarro pizzeria in Jerusalem*, Israel Ministry of Foreign Affairs, https://tinyurl.com/k3ca8rt4; *Roth v. Islamic Republic of Iran*, 78 F. Supp. 3d 379, 387 (D.D.C. 2015).
[17] *Id.*
[18] *See generally Roth v. Islamic Republic of Iran*, No. 11-cv-1377 (D.D.C.) ("*Roth* Suit").
[19] *Roth* Suit Dkt. 19.
[20] *Roth* Suit Dkt. 24.

of Hamas' terrorist activities."[21]  The D.C. District Court entered judgment against Iran in the total amount of $131,191,019.[22]

42.    Iran is jointly and severally liable for the entire amount of the judgment but has refused to satisfy it.

**E.    The Embassy Bombings**

43.    In 1998, al Qaeda carried out simultaneous suicide bombings on the U.S. embassies in Dar es Salaam, Tanzania, and Nairobi, Kenya.  More than 224 people were killed and more than 5,000 were wounded in these horrific attacks.

44.    Iran deliberately provided material support to al Qaeda's planning, recruitment, and training activities, equipping al Qaeda to carry out the Embassy Bombings.

**F.    The Embassy Bombings D.C. District Court Actions**

45.    Several suits against Iran and the Republic of Sudan (which also provided support to al Qaeda) followed.  As relevant here, on August 5, 2008, Winifred Wairimu Wamai, individually and as a representative of the Estate of Adam Titus Wamai, who was murdered in the Embassy Bombings, filed suit with a total of one hundred and ninety-six (196) plaintiffs;[23] likewise, on August 5, 2008, Milly Mikali Amduso, who was injured in the Embassy Bombings, brought suit with one hundred and thirteen (113) total plaintiffs.[24]  On August 7, 2008, Mary Onsongo brought suit individually and on behalf of the Estate of Evans Onsongo, who was murdered in the

---

[21] *Roth v. Islamic Republic of Iran*, 78 F. Supp. 3d 379, 404 (D.D.C. 2015).
[22] *Roth* Suit Dkt. 43.
[23] *See generally Wamai v. Republic of Sudan*, No. 08-cv-1349 (D.D.C.) ("*Wamai* Suit").
[24] *See generally Amduso v. Republic of Sudan*, No. 08-cv-1361 (D.D.C.) ("*Amduso* Suit").

Embassy Bombings, with a total of fourteen (14) plaintiffs.[25]  On July 24, 2012, Monicah Okoba

Opati filed suit, along with two hundred and eighty-three (283) plaintiffs.[26]

46.    After each set of plaintiffs served process on Iran, Iran failed to respond to all of

these actions, and defaults were entered against it on October 6, 2009 in the *Amduso* action,[27] on

June 2, 2010 in the *Onsongo* action,[28] on June 4, 2010 in the *Wamai* action,[29] and on June 18, 2014

in the *Opati* action.[30]  In accordance with the FSIA, the D.C. District Court held a consolidated

"three-day hearing on liability and damages," during which the Embassy Bombing Plaintiffs

independently "established their claims 'by evidence satisfactory to the court.'"[31]  Based on the

record before it, the D.C. District Court found Iran "liable for damages suffered by the plaintiffs"

because the country "provided material aid and support to al Qaeda [operatives]."[32]  Specifically,

"[t]he Iranian defendants, through Hezbollah, provided explosives training to Bin Laden and al

Qaeda and rendered direct assistance to al Qaeda operatives."[33]  That "[s]upport from Iran and

Hezbollah," the D.C. District Court concluded, "was critical to al Qaeda's execution of the 1998

embassy bombings."[34]

47.    The court then referred the cases to special masters to calculate damages.  On July

25, 2014, the court awarded $1,755,878,431.22 to the *Amduso* plaintiffs; $3,566,104,489.58 to the

*Wamai* plaintiffs; and $199,106,578.19 to the *Onsongo* plaintiffs.  *See* Dkt. 254, *Amduso v.*

*Republic of Sudan*, No. 08-cv-1361 (D.D.C. July 25, 2014); Dkt. 245, *Wamai v. Republic of Sudan*,

---

[25] *See generally Onsongo v. Republic of Sudan*, No. 08-cv-1380 (D.D.C.) ("*Onsongo* Suit").
[26] *See generally Opati v. Republic of Sudan*, No. 12-cv-1224 (D.D.C.) ("*Opati* Suit"), Dkt. 24.
[27] *Amduso* Suit Dkt. 40.
[28] *Onsongo* Suit Dkt. 23.
[29] *Wamai* Suit Dkt. 36.
[30] *See Opati* Suit Dkt. 42.
[31] *Owens v. Republic of Sudan*, 826 F. Supp. 2d 128, 134-35 (D.D.C. 2011) (quoting 28 U.S.C. § 1608(e)).
[32] *Id.* at 135, 139.
[33] *Id.* at 135.
[34] *Id.* at 139.

No. 08-cv-1349 (D.D.C. July 25, 2014); Dkt. 231, *Onsongo v. Republic of Sudan*, No. 08-cv-1380 (D.D.C. July 7, 2014).  In *Opati*, the court also referred the claims to special masters and, likewise on July 24, 2014, granted judgment to the plaintiffs in the amount of $3.1 billion.  *See* Dkt. 44, *Opati v. Republic of Sudan*, No. 12-cv-1224 (D.D.C. July 25, 2014).

48.    Iran is jointly and severally liable for the entire amount of the judgments but has refused to satisfy them.

### G.    The Beirut Bombing

49.    On October 23, 1983, a Hezbollah terrorist detonated a massive truck bomb at the U.S. Marine barracks in Beirut, Lebanon.

50.    Iran was determined to have provided "massive material and technical support" to Hezbollah, which directly facilitated the Beirut Bombing.[35]

51.    The Beirut Bombing killed 241 U.S. servicemen and wounded many others, including Plaintiffs and their family members in this action.[36]

### H.    The Beirut Bombing D.C. District Court Actions

52.    Iran's material support for the Beirut Bombing occasioned numerous actions in the D.C. District Court holding Iran liable under the FSIA and imposing corresponding damages, discussed in relevant part below.

53.    On September 7, 2007, the D.C. District Court awarded default judgments against Iran on behalf of the plaintiffs in the consolidated actions *Peterson v. Islamic Republic of Iran*, No. 01-cv-2094 (D.D.C.), and *Boulos v. Islamic Republic of Iran*, No. 01-cv-2684 (D.D.C.).  *See* Dkt. 228, *Peterson v. Islamic Republic of Iran*, No. 01-cv-2094 (D.D.C. Sept. 7, 2007).  The district

---

[35] *Fain v. Islamic Republic of Iran*, 856 F. Supp. 2d 109, 118 (D.D.C. 2012).
[36] *See Beirut Marine Barracks Bombing Fast Facts*, CNN (Nov. 13, 2019), https://tinyurl.com/y6pu34aa.

court awarded $2,656,944,877.00 in compensatory damages and no punitive damages, for a total judgment of $2,656,944,877.00.

54.     On September 20, 2010, the D.C. District Court awarded revised default judgments against Iran on behalf of the plaintiffs in the consolidated actions *Spencer v. Islamic Republic of Iran*, No. 06-cv-750 (D.D.C.), *Arnold v. Islamic Republic of Iran*, No. 06-cv-516 (D.D.C.), *Valore v. Islamic Republic of Iran*, No. 03-cv-1959 (D.D.C.), and *Bonk v. Islamic Republic of Iran*, No. 08-cv-1273 (D.D.C.).  *See* Dkt. 71, *Valore v. Islamic Republic of Iran*, No. 03-cv-1959 (D.D.C. Sept. 20, 2010).   The district court awarded $290,291,092.00 in compensatory damages and $1,000,000,000.00 in punitive damages, for a total judgment of $1,290,291,092.00.

55.     On September 24, 2010, the D.C. District Court awarded a default judgment against Iran on behalf of the plaintiffs in *Murphy v. Islamic Republic of Iran*, No. 06-cv-596 (D.D.C.).  Dkt. 66, *Murphy v. Islamic Republic of Iran*, No. 06-cv-596 (D.D.C. Sept. 24, 2010).  The district court awarded $31,865,570.00 in compensatory damages and $61,302,581.60 in punitive damages, for a total judgment of $93,168,141.60.

56.     On December 21, 2011, the D.C. District Court awarded a default judgment against Iran on behalf of the plaintiffs in *Bland v. Islamic Republic of Iran*, No. 05-cv-2124 (D.D.C.).  *See* Dkt. 70, *Bland v. Islamic Republic of Iran*, No. 05-cv-2124 (D.D.C. Dec. 21, 2011).  The district court awarded $227,805,908.00 in compensatory damages and $955,652,324.00 in punitive damages, for a total judgment of $1,183,458,232.00.

57.     On March 28, 2012, the D.C. District Court awarded a default judgment against Iran on behalf of the plaintiffs in *O'Brien v. Islamic Republic of Iran*, No. 06-cv-690 (D.D.C.).  *See* Dkt. 41, *O'Brien v. Islamic Republic of Iran*, No. 06-cv-690 (D.D.C. Mar. 28, 2012).  The district

court awarded $10,050,000.00 in compensatory damages and $34,572,000.00 in punitive damages, for a total judgment of $44,622,000.00.

58.    On March 30, 2012, the D.C. District Court awarded a default judgment against Iran on behalf of the plaintiffs in *Davis v. Islamic Republic of Iran*, No. 07-cv-1302 (D.D.C.). *See* Dkt. 123, *Davis v. Islamic Republic of Iran*, No. 07-cv-1302 (D.D.C. Mar. 30, 2012). The district court awarded $486,918,005.00 in compensatory damages and $1,674,997,937.00 in punitive damages, for a total judgment of $2,161,915,942.00.

59.    On March 20, 2012, the D.C. District Court awarded a default judgment against Iran on behalf of the plaintiffs in *Anderson v. Islamic Republic of Iran*, No. 08-cv-535 (D.D.C.). *See* Dkt. 43, *Anderson v. Islamic Republic of Iran*, No. 08-cv-535 (D.D.C. Mar. 20, 2012). The district court awarded $7,500,000 in compensatory damages and $25,800,000 in punitive damages to these three Plaintiffs, for a total judgment of $33,300,000.

60.    On July 3, 2012, the D.C. District Court awarded a default judgment against Iran on behalf of the plaintiffs in *Brown v. Islamic Republic of Iran*, No. 08-cv-531 (D.D.C.). *See* Dkt. 57, *Brown v. Islamic Republic of Iran*, No. 08-cv-531 (D.D.C. July 3, 2012). The district court awarded $183,281,294.00 of compensatory damages and $630,487,651 of punitive damages, for a total judgment of $813,768,945.00.

61.    On July 31, 2012, the D.C. District Court awarded a default judgment against Iran on behalf of the plaintiffs in *Fain v. Islamic Republic of Iran*, No. 10-cv-628 (D.D.C.). *See* Dkt. 35, *Fain v. Islamic Republic of Iran*, No. 10-cv-628 (D.D.C. July 31, 2012). The district court awarded $15,628,703.00 of compensatory damages and $52,524,338.00 of punitive damages, for a total judgment of $67,793,041.00.

62.    On August 2, 2012, the D.C. District Court awarded a default judgment against Iran on behalf of the plaintiffs in *Taylor v. Islamic Republic of Iran*, No. 10-cv-844 (D.D.C.).  *See* Dkt. 26, *Taylor v. Islamic Republic of Iran*, No. 10-cv-844 (D.D.C. Aug. 2, 2012).  The district court awarded $148,000,000.00 of compensatory damages and $509,120,000.00 of punitive damages, for a total judgment of $657,120,000.00.

63.    On October 14, 2014, the D.C. District Court awarded a default judgment against Iran on behalf of the plaintiffs in *Spencer v. Islamic Republic of Iran*, No. 12-cv-42 (D.D.C.).  *See* Dkt. 51, *Spencer v. Islamic Republic of Iran*, No. 12-cv-42 (D.D.C. Oct. 14, 2014).   The district court awarded $17,111,376.00 of compensatory damages and $58,863,133.44 of punitive damages, for a total judgment of $75,974,509.44.

64.    On April 18, 2016, the D.C. District Court awarded a default judgment against Iran on behalf of the plaintiffs in *Worley v. Islamic Republic of Iran*, No. 12-cv-2069 (D.D.C.).  *See* Dkt. 74, *Worley v. Islamic Republic of Iran*, No. 12-cv-2069 (D.D.C. Apr. 18, 2016).  The district court awarded $58,580,424.00 in compensatory damages and $201,516,659.00 in punitive damages, for a total judgment of $260,097,083.00.

65.    On May 31, 2020, the D.C. District Court awarded a default judgment against Iran on behalf of the plaintiffs in *Bova v. Islamic Republic of Iran*, No. 15-cv-1074 (D.D.C.).  *See* Dkt. 110, *Bova v. Islamic Republic of Iran*, No. 12-cv-1074 (D.D.C. May 31, 2020.  The district court awarded $348,718,279.00 in compensatory damages and $1,199,590,880.00 in punitive damages, for a total judgment of $1,548,309,159.00.

66.    On May 3, 2022, the D.C. District Court awarded a default judgment against Iran on behalf of the plaintiffs in *Ayers v. Islamic Republic of Iran*, No. 18-cv-265 (D.D.C).  *See* Dkt. 69, *Ayers v. Islamic Republic of Iran*, No. 18-cv-265 (D.D.C. May 3, 2022).  The district court

awarded $73,306,625.00 in compensatory damages and $252,174,790.00 in punitive damages, for a total judgment of $325,481,415.00.

67.     Iran is liable for the entire amount of the judgments but has refused to satisfy them.

**I.     Total Judgments Against Iran**

68.     All judgment-holders—or their estates, heirs, or other beneficiaries or successors-in-interest—from the above-described suits are Plaintiffs in this action.

69.     In total, Plaintiffs in this action have been awarded $23,206,959,532.03 against Iran, including $9,117,379,610.49 in compensatory damages.  These judgments were entered to provide justice and compensation to the direct victims and victims' family members who suffered in numerous terrorist attacks enabled by Iran's state-sponsored terrorism.  Iran has refused to voluntarily pay a single cent, and not one of the judgments has been fully satisfied.  They continue to accrue post-judgment interest pursuant to 28 U.S.C. § 1961.

70.     Plaintiffs and the total amounts of the judgments are individually listed in Attachment A.

71.     In all of the above cases but one, *Roth*, the district courts entered orders pursuant to 28 U.S.C. § 1610(c) determining "that a reasonable period of time ha[d] elapsed following the entry of judgment," thus permitting attachment and execution to proceed.[37]  In *Roth*, judgment was

---

[37] *See* Order, Dkt. 126, *Fritz v. Islamic Republic of Iran*, No. 15-cv-456 (D.D.C. Dec. 20, 2022); Order, Dkt. 213, *Amduso v. Republic of Sudan*, No. 08-cv-1361 (D.D.C. Apr. 19, 2016); Order, Dkt. 55, *Anderson v. Islamic Republic of Iran*, No. 08-cv-535 (D.D.C. Feb. 13, 2013); Second Order Concerning 28 U.S.C. § 1610(c), Dkt. 39, *Valore v. Islamic Republic of Iran*, No. 06-cv-750 (D.D.C. June 8, 2011); Order, Dkt. 82, *Ayers v. Islamic Republic of Iran*, No. 18-cv-265 (D.D.C. Dec. 15, 2025); Order, Dkt. 84, *Bland v. Islamic Republic of Iran*, No. 05-cv-2124 (D.D.C. October 4, 2012); Memorandum & Order, Dkt. 364, *Peterson v. Islamic Republic of Iran*, 1-cv-2094 (D.D.C. June 25, 2008); Order, Dkt. 119, *Bova v. Islamic Republic of Iran*, No. 15-cv-1074 (D.D.C. Oct. 13, 2022); Order, Dkt. 69, *Brown v. Islamic Republic of Iran*, No. 08-cv-531 (D.D.C. Feb. 13, 2013); Order, Dkt. 137, *Davis v. Islamic Republic of Iran*, No. 07-cv-1302 (D.D.C. Jan. 17, 2013); Order, Dkt. 48, *Fain v. Islamic Republic of Iran*, No. 10-cv-628 (D.D.C. Apr. 11, 2013); Order, Dkt. 113, *Fritz v. Islamic Republic of Iran*, No. 15-cv-456 (D.D.C. Mar. 18, 2020); Order Authorizing Enforcement of Judgment Pursuant to 28 U.S.C. § 1610(c), Dkt. 80, *Murphy v. Islamic Republic of Iran*, No. 06-cv-596 (D.D.C. Oct. 7, 2011); Order, Dkt. 53, *O'Brien v. Islamic Republic of Iran*, No. 06-cv-690 (D.D.C. Feb. 13, 2013); Order, Dkt. 273, *Onsongo v. Republic of Sudan*, No. 08-cv-1380 (D.D.C. Apr. 19, 2016); Order, Dkt. 86, *Opati v. Republic of Sudan*, No. 12-cv-1224 (D.D.C. Apr. 19, 2016); Order, Dkt. 61, *Spencer v. Islamic Republic of Iran*, No.

entered on January 27, 2015, more than 10 years ago.[38]  Iran's failure to satisfy the *Roth* judgments for more than a decade easily satisfies Section 1610(c)'s requirement that a reasonable period of time elapse following the entry of judgment before enforcement commences.

## II.    Plaintiffs Are Entitled To Execute On The Iran-China Group's, *i.e.*, LuBian's, Bitcoin

72.    Plaintiffs bring this action pursuant to TRIA to execute on the 127,271 Bitcoin belonging to the Iran-China Group and its LuBian mining pool in an effort to satisfy the above outstanding judgments.  The Iran-China Group worked closely with the Iranian regime to establish a massive Bitcoin mining farm in Iran's Rafsanjan Special Economic Zone to help Iran evade the comprehensive sanctions the United States has placed upon Iran for support of the terrorist atrocities detailed above.  The Iran-China Group therefore acted as the "agency or instrumentality" of a "terrorist party," TRIA § 201(a), and so its assets, which are blocked pursuant to U.S. regulations, *see* 31 C.F.R. §§ 510.211, 594.201(a)(5), are subject to execution under TRIA.

### A.    Iran Is Subject To Comprehensive U.S. Sanctions

73.    Since the Iranian Revolution in 1979, Iran has been subject to comprehensive U.S. sanctions.  U.S. sanctions on Iran block Iranian government assets in the United States, ban nearly all U.S. trade with Iran, and prohibit foreign assistance and arms sales.  U.S. sanctions in particular have targeted Iran's energy sector, including foreign corporations that invest in it and entities that buy, sell, or transport Iranian oil and natural gas; Iran's financial sector, including its Central Bank; other sectors of Iran's economy, including shipping, construction, mining, textiles, automotive,

---

12-cv-42 (D.D.C. Oct. 28, 2016); Order, Dkt. 37, *Taylor v. Islamic Republic of Iran*, No. 10-cv-844 (D.D.C. Nov. 8, 2013); Order, Dkt. 285, *Wamai v. Republic of Sudan*, No. 08-cv-1349 (D.D.C. Apr. 19, 2016); Order, Dkt. 93, *Worley v. Islamic Republic of Iran*, No. 12-cv-2069 (D.D.C. Apr. 12, 2022).

[38] *Roth* Suit Dkt. 43.

and manufacturing; arms trade to or from Iran; and many components of Iran's government, such as Iran's Supreme Leader and the Islamic Revolutionary Guard Corps ("IRGC").[39]

74.    In 2010, Congress increased the scope of U.S. sanctions, targeting Iran's oil exports and other sectors of the Iranian economy.  The United States provided relief from these sanctions pursuant to the Joint Comprehensive Plan of Action ("JCPOA") in return for inspections and monitoring of Iran's nuclear activities.    In 2018, the first Trump Administration ceased participation in the JCPOA and reimposed all sanctions.  The first Trump Administration pursued a "maximum pressure campaign" to intensify restrictions on the Iranian economy.[40]  These sanctions resulted in over 100 corporations exiting the Iranian market, the taking of millions of barrels of Iranian oil off the market, and further restrictions on Iran's financial institutions.[41]  The second Trump Administration has since reinstituted this "maximum pressure" campaign.[42]

## B.    Iran Turns To Cryptocurrency Mining To Evade U.S. Sanctions

75.    Iran has long sought to evade those comprehensive sanctions.  For example, Ayatollah Khamanei declared 2011 "The Year of Economic Jihad" and directed "the Iranian nation [to] focus the major portion of its efforts on the economic arena" to combat "the greed of foreigners" and "the centers of global power."[43]  The next year, Iranian oil minister Rostam Qasemi asserted that "[a]ll possible options have been planned in government to counter sanctions[,] and we are fully prepared to deal with them."[44]  After the Trump Administration instituted the first "maximum

---

[39] *See* "U.S. Sanctions on Iran," Congress.gov, https://tinyurl.com/487ap2n8.
[40] *See Maximum Pressure Campaign on the Regime in Iran,* U.S. Dep't of State (Apr. 4, 2019), https://tinyurl.com/438n4rtc.
[41] *Id.*
[42] *See Fact Sheet: President Donald J. Trump Restores Maximum Pressure on Iran*, White House (Feb. 4, 2025), https://tinyurl.com/4b28dert; *see also* 77 Fed. Reg. 6,659, 6,659 (Feb. 5, 2012); *see also* 31 C.F.R. § 560.211 (Iran Transactions and Sanctions Regulations implementing the executive order); *id.* § 594.201(a)(5) (Global Terrorism Sanctions Regulations blocking assets of "officials, agents, or affiliates of Iran's Islamic Revolutionary Guard Corps").
[43] Sara Bazoobandi, *Populism, Jihad, and Economic Resistance: Studying the Political Discourse of Iran's Supreme Leader*, 32 Digest of Middle East Studies, 321, 325 (2023).
[44] Marcus George, *Iran Pledges to Counter "Malicious" Oil Embargo*, Reuters (July 1, 2012), https://tinyurl.com/2ck224v6.

pressure" campaign in 2018, Iranian foreign minister Mohammad Javad Zarif boasted that "[i]f there is an art we have perfected in Iran . . . it is the art of evading sanctions."[45]

76.    As part of the evolution of its evasion strategy, Iran began to turn to cryptocurrency. As the Congressional Research Service explained in 2019, "the Iranian government has recognized a potential role for cryptocurrencies."[46]  For example, Iran uses crypto transactions to pay for imports that cannot be processed through conventional payment systems and to compensate for revenues lost due to sanctions.  Iran's regime also uses crypto to move capital out of Iran.  Overall, Iran's focus on cryptocurrency is part of a broader strategy to move away from the U.S. dollar-denominated financial system.  Indeed, Iran has published an official whitepaper promoting the use of cryptocurrency to avoid sanctions: "As the newly extracted Bitcoins are not easily traceable, despite the pressure of sanctions on the country, domestic economic actors can use newly-extracted cryptocurrencies, which are preferable to exist[ing] bitcoins, on international exchanges."[47]

77.    Iranian leaders have openly broadcasted the nation's turn to cryptocurrency as a method to mitigate the effects of sanctions.  An official in the administration of Hassan Rouhani, who served as President of Iran from 2013 to 2021, for example, claimed in 2018 that cryptocurrency "facilitates the movement and transfer of money to any point in the world" and thus "assists us . . . under sanctions conditions."[48]  Another deputy minister likewise described cryptocurrency as "a tool for bypassing sanctions."  A member of the Iranian parliament, Ahmad Anarki-Mohammadi, has similarly claimed that "the use of digital currency is most efficient during

---

[45] *U.S. Sanctions Won't Change Iran Policies Says FM*, Radio Free Europe (Dec. 15, 2018), https://tinyurl.com/5dayuvrx.

[46] *Bitcoin, Blockchain, and the Energy Sector* at 16, Congressional Research Service (Aug. 9, 2019), https://tinyurl.com/mwt2jcde.

[47] Behnam Gholipour, *Official Report: Iran Could Use Cryptocurrencies to Avoid Sanctions*, Iranwire (Mar. 2, 2021), https://tinyurl.com/ywcjazn6 (citing the Iranian Center for Presidential Center for Strategic Studies, an official arm of the office of the Office of the President of Iran).

[48] *Alireza Daliri: The development of cryptocurrency has been placed on the agenda of the Vice Presidency for Science and Technology*, Way2Pay (July 25, 2018), https://tinyurl.com/4upt3srh.

times of sanctions."[49]  And Mohammad Ali Dehghan, a provincial economic official for Rafsanjan, where the Iran-China Group built its crypto mine in collaboration with Iranian authorities, expressly connected cryptocurrency to Iran's efforts to launder its energy into other commodities to circumvent sanctions.  Speaking at the opening of the Iran-China Group's mine, Dehghan claimed that Iran is "creating a form of electricity export" when it converts energy, through crypto mining, into cryptocurrency—"a solution" to U.S.-imposed sanctions.[50]

78.    Crypto advocates within Iran have sounded the same themes.  At a 2025 cryptocurrency conference in Tehran, Ehsan Mehdizadeh, founder of an Iran-based cryptocurrency exchange, said "The SWIFT payment system has been cut off for us, so perhaps cryptocurrencies and blockchain can help . . . Digital and crypto currencies are one way to get around sanctions."[51]

79.    The IRGC reportedly also uses Bitcoin mining to enrich itself.[52]  Specifically, the IRGC runs its own Bitcoin mining facilities, or operates protection rackets as to established mines, to fund its operations.[53]  Under the regime of "Supreme Leader" Ali Khamenei, the IRGC established partnerships with Chinese Bitcoin miners in Iran, including a "175-megawatt Bitcoin farm in Rafsanjan," where the Iran-China Group operated, reaping massive profits.[54]  Just three months ago, the Treasury Department announced sanctions against an IRGC and Ministry of Defense "shadow banking" network that evaded sanctions by laundering money "through front

---

[49] Sanaz Mousavi, *Launch of Iran's Largest Mining Farm in Rafsanjan with Chinese Investment*, CoinIran (Dec. 12, 2019), https://tinyurl.com/3xu59f7r.
[50] *Id.*
[51] T.C.A. Sharad Raghavan, *Iran looks to BRICS countries to use cryptos to help it bypass sanctions*, The Hindu (Nov. 16, 2025), https://tinyurl.com/5bnubpxa.
[52] Dalga Khatinoglu, *How Iran's Cryptocurrency Gamble Empowers the Revolutionary Guards and Drains the State*, Middle East Forum (May 14, 2025), https://tinyurl.com/2s3n3xtz.
[53] Shahriar Kia, *Bitcoin Mining in Iran, IRGC Operations and the Power Grid Crisis*, Nat'l Council of Resistance of Iran (May 26, 2025), https://tinyurl.com/5a3uvnhr.
[54] *Id.*

22

companies and cryptocurrency."[55]  According to Treasury, the IRGC uses these funds to "support regional terrorist proxy groups and develop advanced weapons systems."[56]

80.     Iran also uses its oil and natural gas surplus to supply electricity for Bitcoin mining.[57]  In around mid-2019, Iranian officials determined that they could use Bitcoin mining to indirectly export oil (and natural gas) for hard currency or imports.  Indeed, in 2020, the electricity used by Iran's Bitcoin miners translated to about 10 million barrels of crude oil.[58]  This arrangement is not a secret but has been publicly promoted by Iranian governmental leaders.[59]

81.     Accordingly, Iran offers a reliable supply of subsidized electricity to cryptocurrency miners at below-market energy prices.

82.     Iran also has adopted a number of policies to enhance crypto mining and tighten governmental control over cryptocurrency.  It has adopted regulations requiring cryptocurrency miners to obtain a license from the Ministry of Industry, Mines, and Trade; requiring miners to pay government fees and charges; and requiring that licensed Bitcoin miners sell some (or all) of their coins directly to the Central Bank of Iran.[60]

83.     Consistent with Iran's treatment of crypto as a new national industry, in 2019, Iran directed that crypto miners would be subject to its standard "industrial tax" of 25% of income. When crypto miners converted their crypto into foreign currency and funneled it back into the Iranian economy, however, Iran reduced the tax rate on crypto mining to zero percent.  Thus, Iran directly incentivized crypto miners to join efforts with the regime in skirting sanctions.

---

[55] *Treasury Targets Financial Network Supporting Iran's Ministry*, Treasury.gov (Sept. 16, 2025), https://tinyurl.com/2tzth5xm.
[56] *OFAC Targets Global Network Financing Iran's IRGC*, TRM Labs (Sep. 16, 2025), https://tinyurl.com/26acnp6n.
[57] *Id.*
[58] Dr. Tom Robinson, *How Iran Uses Bitcoin Mining to Evade Sanctions and "Export" Millions of Barrels of Oil*, Elliptic (May 21, 2021), https://tinyurl.com/6fps2j5n.
[59] Gholipour, *supra*, note 47.
[60] *Id.*

84.    Simultaneously, Iran decreed that miners must obtain licenses to operate as a business, introducing a comprehensive licensing regime and "offering cheap electricity to attract investment on the condition that all mined Bitcoin be sold to Iran's central bank."[61]

85.    On October 21, 2020, Eshaq Jahangiri, then-First Vice President of Iran, approved a joint proposal amending Resolution No. 58144/T55637H, mandating:

> Cryptocurrencies mined based on the licenses issued in this resolution will be exchangeable *solely* for the purpose of supplying the country's imported foreign exchange. . . . Miners must supply the first-hand cryptocurrency produced up to the authorized limit, *directly (without intermediaries)* to the channels introduced by the Central Bank of [Iran].

86.    As a result of these efforts, public reports show that in 2020, Iran hosted at least 4.5% of all global Bitcoin mining and generated substantial revenue from its mining activities.

### C.    The Iran-China Group Collaborates With The Iranian Government To Mine Cryptocurrency And Evade Sanctions

87.    The Iran-China Group's establishment and operation of a large cryptocurrency mine in Rafsanjan, Iran was part and parcel of Iran's strategy to circumvent sanctions through new cryptocurrency mining efforts.

---

[61] Kia, *supra*, note 53.

88.     The Iran-China Group was founded with the stated purpose of, *inter alia*, facilitating "cryptocurrency mining" and "blockchain technology," as the Group openly discussed on its Instagram account:



89.     Pursuant to that goal, beginning in early 2020, the Iran-China Group began to set up its large-scale cryptocurrency mining operation in the Rafsanjan Special Economic Zone, in partnership with the Iranian government.  In another public Instagram post from March 2020, the Iran-China Group displayed a picture of the site (with construction in progress), describing it as "one of the major mining projects in the world" and "the first official project of cryptocurrency production in the country."

25



90.     Iran-China Group Chairman Mohammad Hassan Ranjbar described the relationship with the Iranian government as one of "mutual help."  Indeed, Iran's cooperation was integral in setting up the Iran-China Group's massive Bitcoin mining farm from which the LuBian mining pool ultimately operated.  The site was launched with the knowledge and approval of senior Iranian officials.  Iranian media reported that an adviser to President Hassan Rouhani opened the farm disguised as a "data center."  Simultaneously, media reported that an Iranian military organization was collaborating in mining at the site.[62]

91.     Iran opened special "customs channels" and provided for ships affiliated with its state-owned shipping company, the Islamic Republic of Iran Shipping Lines, to import critical tools for the Rafsanjan mine, such as powerful "Taurus" mining machines, servers, high-voltage electric transformers, and spare parts needed for maintenance and expansion.  Many of these ships

---

[62] *Bitcoin Mining in Iran Profitable Only For Chinese, Says Insider*, Iran Int'l (Apr. 11, 2021), https://tinyurl.com/a85kdnph.

were individually sanctioned by U.S. and international authorities.  Via these ships, which were linked to Iran's state-owned shipping company, multiple consignments of crypto-mining hardware were imported from China into Iran with "Iran & China Investment Development Group" or close variants listed as the consignee for the shipments, and the destination listed as the Rafsanjan Special Economic Zone.  Contact numbers for these shipments also match the numbers associated with the Iran-China Group in other records.

92.     Iran offered electricity to the mining site at reduced rates—a critical contribution given that Bitcoin mining requires massive amounts of electrical power.  While publicly the Iran-China Group claimed to be billed at higher electricity rates, applicable to miners, and a bill attributable to the Iran-China Group from the fall of 2020 seemingly supports that at first blush, careful analysis of the bill, pictures and satellite imagery of the site, and the Rafsanjan mine's output indicates that it was likely drawing significantly cheaper power through an electric substation officially tied to the ferrochrome factory complex, also built by the Iran-China Group at the Rafsanjan site, that appears to be connected to the cryptocurrency mine, as the following satellite image shows.



93.     Electricity pulled from the ferrochrome substation, which was owned by Iran (because the Iran-China Group donated it to Iran) was billed at significantly lower industrial rates. Thus, the Iran-China Group appears to have paid a full miner fee on only a portion of its electricity use, while using much cheaper electricity from the ferrochrome substation for the rest of the electricity that was needed to operate the mining farm.

94.     The Iran-China Group publicly touted the ferrochrome factory and a supporting power station in its Instagram posts.



28



95.    Highlighting the Iran-China Group's special relationship with Tavanir, Iran's state-owned power company, when Iran was experiencing widespread blackouts and cryptocurrency miners across the country were directed to cease operations, in correspondence with Tavanir, Iran-China Group Chairman Mohammad Hassan Ranjbar identified the Iran-China Group as the operator of the Rafsanjan mining farm, explained that the Iran-China Group was operating the farm pursuant to an operating license from the Iranian government, outlined the scope of the project, and requested permission to restart mining operations at the Rafsanjan site during off-peak hours.

96.    The Iran-China Group's relationship with Tavanir proved fruitful in securing the necessary electrical power.  The Rafsanjan facility operated using 50,000 high-powered computers built specially for mining cryptocurrency capable of drawing 175 MW of electrical power—the power equivalent to that consumed by New Orleans.  Electricity billing records confirm that the "Iran-China Investment Development Group Company" was drawing massive amounts of power in Rafsanjan, in proportions that dwarf typical household or general industrial use.

97.    The result was a Bitcoin mining operation of epic proportions—indeed, one visible from space, as confirmed by satellite imagery.



98.    The Iran-China Group celebrated its crypto-mining farm through promotional media, including a video tour of a "175 MW Middle East farm."



99.    Underscoring its partnership with the Iranian state, after construction, the Iran-China Group gave key electrical equipment and facilities at the Rafsanjan site, including the substation for the ferrochrome factory connected to the mine and a 175-megawatt transformer, to Iran.  Iran-China Group Chairman Mohammad Hassan Ranjbar recounted on a public chatroom that the company had donated "two high-voltage electricity substations," including a "massive" transformer, "to the esteemed government of the Islamic Republic of Iran."  The Iran-China Group also made a similar post on Instagram, reproduced below, claiming in a January 22, 2021 post that it had donated a 175-megawatt transformer "to the Government of Iran."

30



100.    In a May 9, 2020 Instagram post, the Iran-China Group announced the opening of the Rafsanjan facility, which was attended by the Advisor to the President of Iran, Dr. Bank, accompanied by a "delegation" of officials.



101.   The Iran-China Group subsequently explained in an Instagram post on January 29, 2021, that it had registered the internet connections to the Rafsanjan mine as part of Iran's "essential industries category of national internet infrastructure," allowing it to continue mining even in emergency conditions.



102.    The Iran-China Group, in turn, operated a Bitcoin mining pool called "LuBian," tagging itself as "lubian.com" in coinbase transactions.



103.    A coinbase is the first transaction in a block.  If a miner embeds its identifier (as LuBian did here) in a coinbase transaction, it means that miner mined the block and received the reward.

104.    The computing power of the Iran-China Group's LuBian mining pool closely matches—and indeed, uniquely aligns with—the computing power and energy consumption of the Rafsanjan site.  A farm the size of the Rafsanjan site would be expected to find more than four Bitcoin "blocks" per day under typical 2020 network conditions.  LuBian's actual observed block production maps directly onto the expected block production of the Rafsanjan site.

33

105.    Notably, LuBian's hash rate—or mining power—also correlates with the various shipments of mining equipment that were sent to the Iran-China Group in Rafsanjan on Iran's sanctioned state-shipping lines.  LuBian had the only major, persistent hashrate that came online in the immediate time period following the shipments of miners to the Iran-China Group.

106.    LuBian's activity also closely correlates with known Iranian power outages. During Iran's 2021 power outage, which started on January 12, for example, Rafsanjan experienced multi-hour and multi-day grid interruptions.  During that same period, LuBian's activity dropped sharply and remained at a lower, but stable, level before recovering as grid conditions improved.

107.    In addition to these correlations, personnel affiliated with LuBian's mining pool also made public statements reflecting that LuBian was operating in Iran.  Chinese-language reporting and interviews from 2020 quote LuBian's co-founder describing LuBian operating what is characterized as the largest compliant Bitcoin mining farm in Iran, having its own customs channels and strong local relationships in Iran, and having "good relations" with Iran's Ministry of Energy, Ministry of Foreign Affairs, and even Iran's "army."[63]

108.    As a result of its ties to the Iranian government, prior to the December 2020 hack, LuBian was able to mine at least 11,000 Bitcoin in Iran—which, pursuant to Iranian law, were required to be supplied in whole or part to "channels" selected by the Central Bank of Iran to facilitate Iran's foreign imports.  LuBian also accumulated at least another 116,271 Bitcoin in its wallets from other activities, bringing its total reserve as of December 2020 to 127,271 Bitcoin— worth approximately $11.4 billion as of December 22, 2025.  Like all licensed miners, LuBian was eligible for a 0% tax rate on any repatriated foreign currency earnings from its mining operations

---

[63] Vicent He, *China-based Lubian.com Boasts the Largest Compliant Bitcoin Mining Farm in Iran*, 8btc.com (Aug. 12, 2020), https://tinyurl.com/5f479suc.

("As industrial players, cryptocurrency miners are subject to taxes—that is, unless they repatriate their foreign currency yields and sell them in NIMA, an online currency system for exporters designed by the Central Bank of Iran"), or it was required to pay industrial taxes of 25% to Iran.[64]

### D.    Iran's Blocked Assets Are Within the United States

109.    Iran's vision of developing a substantial cryptocurrency reserve to launder is domestic energy and achieve access to foreign markets was severely hampered in 2020, thanks to the efforts of an anonymous "whitehat" hacker.

110.    On December 28, 2020, using sophisticated tools, that hacker breached the LuBian pool's crypto wallets and stole over 127,000 Bitcoin.  The breach went unreported for nearly five years, as the hacker never attempted to spend or exchange the Bitcoin and LuBian never publicly reported the loss.  Behind the scenes, however, LuBian frantically worked to secure the return of the hacked Bitcoin.  It broadcast a series of messages on the blockchain to addresses that received the stolen funds, including a message stating, "MSG from LB.  To the whitehat who is saving our asset, you can contact us through 1228btc@gmail.com to discuss the return of asset and your reward."  The hacker never relented, however, and, on information and belief, eventually delivered the private keys to agents of the United States' Federal Bureau of Investigation New York field office, where the crypto remains.

111.    LuBian's loss was publicly confirmed in 2025 when the blockchain-analysis firm Arkham Intelligence conducted a retrospective study uncovering the 127,000 BTC loss.  Those stolen Bitcoin are currently worth nearly $11.4 billion.

---

[64] Maziar Motamedi, *Heavy-Handed Regulations Run Cryptominers Out of Iran*, Bitcoin Magazine (Sep. 2, 2019), https://tinyurl.com/3ydfeut3; Pooya Yaghoobirad, *Iranian Crypto Mining – Legality and Regulations*, Iran Best Lawyer, https://tinyurl.com/ych9s6bf (last visited Dec. 18, 2025).

112.    On October 14, 2025, United States filed a forfeiture action in this Court seeking to forfeit the same 127,271 Bitcoin that are the subject of Plaintiffs' Complaint.[65]  Its request purportedly stems from a criminal investigation into money laundering and wire fraud alleged to have been committed by Chen Zhi, Prince Group, and others in the Eastern District of New York.[66]  The United States admits that at least some of the hacked wallets were "associated with Lubian," which it describes as "a Chinese bitcoin mining operation that maintained bitcoin mining facilities across Asia, including in China and Iran," but generally minimizes or ignores LuBian's connection to Iran.  Indeed, *all* of the wallets belonged to and were controlled by LuBian, because *all* of the addresses in the Government's complaint initiated the message to the whitehat hacker starting with "MSG from LB [LuBian]" and begging for the funds to be returned.  *See supra* ¶ 110. The *only* way to send these messages was by signing a transaction with a wallet's private keys.

113.    Accordingly, the Bitcoin are present in the United States and in the Garnishee's custody.

## **CLAIMS FOR RELIEF**

### **FIRST COUNT**

**(For Attachment and Execution Pursuant to the Terrorism Risk Insurance Act)**

114.    Plaintiffs incorporate herein by reference paragraphs 1 through 113, *supra*, as if fully set forth herein.

115.    Plaintiffs are entitled to execute on the 127,271 Bitcoin in the Garnishee's custody. These Bitcoin are the property of an agency or instrumentality of Iran (*i.e.*, the Iran-China Group), making those Bitcoin squarely subject to execution under TRIA.

---

[65] *U.S. v. Approximately 127,271 Bitcoin ("BTC")*, Case No. 1:25-cv-05745 (E.D.N.Y. Oct. 14, 2025), Dkt. 1.
[66] *Id.* ¶ 15.

116.    TRIA provides that "[n]otwithstanding any other provision of law . . . in every case in which a person has obtained a judgment against a terrorist party on a claim based on an act of terrorism . . . the blocked assets of that terrorist party (including the blocked assets of any agency or instrumentality of that terrorist party) shall be subject to execution or attachment in the aid of execution in order to satisfy such judgment to the extent of any compensatory damages for which such terrorist party has been adjudged liable."  TRIA § 201(a).  "Blocked assets" refers to "any asset *seized* or frozen *by the United States*" pursuant to either of two statutes:  the Trading with the Enemy Act (TWEA) or the International Emergency Economic Powers Act (IEEPA).  TRIA § 201(d)(2)(A) (emphases added); *see Havlish*, 152 F.4th at 364 & n.137.

117.    Plaintiffs satisfy every element required under TRIA.

118.    *Terrorist Party*.  Iran has been designated a state sponsor of terrorism pursuant to Section 6(j) of the Export Administration Act of 1979, 50 U.S.C. App. § 2405(j), beginning January 19, 1984, and therefore is a "terrorist party" as defined by TRIA, § 201(a).

119.    *Obtained Judgments*.    As described above, Plaintiffs hold judgments for compensatory damages against Iran based on an act of terrorism under 28 U.S.C. § 1605A.

120.    *Blocked Assets*.  In Executive Order 13,599, the President invoked his IEEPA authority and "blocked" "[a]ll property and interests in property of the Government of Iran, including the Central Bank of Iran, that are in the United States, that hereafter come within the United States, or that are or hereafter come within the possession or control of any United States person, including any foreign branch."  77 Fed. Reg. at 6,659.  That blocking has subsequently been codified into regulations.  31 C.F.R. §§ 510.211, 594.201(a)(5).  As a result, as the Second Circuit has recognized, property of Iran or its agencies and instrumentalities necessarily is "blocked" property under TRIA.  *See Levinson v. Kuwait Finance House (Malaysia) Berhad*, 44

F.4th 91, 98 n.6 (2d Cir. 2022) ("[A]ny property belonging to the Government of Iran (as well as its agencies or instrumentalities) under the relevant executive orders is 'blocked' within the meaning of TRIA."). Thus, the Bitcoin at issue constitute "blocked" assets that have been "seized or frozen by the United States." TRIA § 201(d)(2)(A).

121. *Agency or Instrumentality.* Finally, the Iran-China Group, doing business as LuBian, functioned as an Iranian agency or instrumentality. TRIA's "agency or instrumentality" clause "reaches more broadly" than the corresponding one in the FSIA. *Kirschenbaum*, 830 F.3d at 133. An entity qualifies as an "agency or instrumentality of [a] terrorist party" if it "(1) was a means through which a material function of the terrorist party is accomplished, (2) provided material services to, on behalf of, or in support of the terrorist party, or (3) was owned, controlled, or directed by the terrorist party." *Id.* at 135. The Iran-China Group is an agency or instrumentality of Iran under all three theories, each of which serves as an independent basis for attachment of the Iran-China Group's assets under TRIA.

122. The Iran-China Group, doing business as Lubian.com was the "means through which" Iran accomplishes the "material function" of skirting international sanctions through the acquisition and use of cryptocurrency. *Kirschenbaum*, 830 F.3d at 135. It also provided "material services" to Iran by turning Iran's natural resources into cryptocurrency that can be converted to fiat currency for Iran's purposes. *Id.* The Second Circuit has cited "financial [and] technological support" as evidence supporting these theories of agency. *Id.* n.19. The Iran-China Group provided both forms of material support to Iran by running the large-scale mining operation at Rafsanjan in partnership with the Iranian government. Finally, the Iran-China Group's activities— when it could operate, how much power it could use, and where the cryptocurrency it mined for Iran must be delivered—were directed by Iran.

123.    Pursuant to TRIA § 201(a), Plaintiffs respectfully request that the Court enforce Plaintiffs' judgments against Iran by issuing a writ of execution against the 127,271 Bitcoin, and all interests of Iran and its "agency or instrumentality," the Iran-China Group, in the Bitcoin, and enter an order conveying, assigning, and directing the payment of the 127,271 Bitcoin to Plaintiffs, along with all rights, title, and interest of Iran and the Iran-China Group in the 127,271 Bitcoin.

**SECOND COUNT**

**(For Turnover Pursuant to CPLR 5225(b), 5227)**

124.    Plaintiffs incorporate herein by reference paragraphs 1 through 113, *supra*, as if fully set forth herein.

125.    Section 5225(b) of the CPLR states, in relevant part, that a court "shall require a . . . person in possession or custody of money . . . in which the judgment debtor has an interest or . . . a person who is a transferee of money . . . from the judgment debtor . . . to pay the money, or so much of it as is sufficient to satisfy the judgment, to the judgment creditor."

126.    Section 5227 of the CPLR states, in relevant part, that a court may require "any person who it is shown is or will become indebted to the judgment debtor . . . to pay to the judgment creditor the debt upon maturity, or so much of it as is sufficient to satisfy the judgment . . . or it may direct that a judgment be entered against such person in favor of the judgment creditor."

127.    Pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and CPLR 5225(b) and 5227, Plaintiffs respectfully request that the Court enforce Plaintiffs' judgments against Iran by issuing an order conveying, assigning, and directing the payment to Plaintiffs of all rights, title, and interest of Iran, and its agency or instrumentality, the Iran-China Group, in the 127,271 Bitcoin previously held by the Iran-China Group, doing business as LuBian, and now in possession of

Garnishee the United States, or so much of that Bitcoin that may ultimately be necessary to satisfy Plaintiffs' outstanding judgments.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request that this Court:

A.    Find Iran-China Group acted as Iran's agency or instrumentality under TRIA, (b) that the Iran-China Group operated as "Lubian.com" for purposes of cryptocurrency transactions, and (c) that the Iran-China Group doing business as Lubian.com has an ownership interest in the 127,271 Bitcoin, and thus by extension so does Iran;

B.    Enter a writ of attachment against the 127,271 Bitcoin and the Iran-China Group's and Iran's interests in them;

C.    Enter a writ of execution against the 127,271 Bitcoin;

D.    Enter an order directing Garnishee the United States to turn over the 127,271 Bitcoin currently within its possession, up to the amount of Plaintiffs' judgments, including interest, against Judgment Debtor; and

E.    Award Plaintiffs other and further relief the Court deems just and proper.

Dated:  December 26, 2025
New York, New York

Respectfully submitted,

/s/ *Robert L. Weigel*
Robert L. Weigel
Jason W. Myatt
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166
Telephone: (212) 351-4000
rweigel@gibsondunn.com
jmyatt@gibsondunn.com

Jessica L. Wagner (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C.  20036
Telephone: (202) 955-8500
jwagner@gibsondunn.com

*Attorneys for Plaintiffs*