**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

NOALA FRITZ, et al.,

                Plaintiffs,

    v.

IRAN AND CHINA INVESTMENT
DEVELOPMENT GROUP d/b/a
LUBIAN.COM,

                Defendant.

Civil Action No. 1:25-cv-07093

**DECLARATION OF AVIGDOR SASON COHEN**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER OF ATTACHMENT**

I, Avigdor Sason Cohen, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.    I am a French citizen residing in Paris, France, and a Lead Investigator at Decuver Ltd. ("Decuver"), a firm specializing in blockchain and cryptocurrency investigations, financial forensics, digital asset tracing, and open-source intelligence ("OSINT") analysis.

2.    I have extensive professional experience in blockchain forensics, cryptocurrency mining infrastructure analysis, sanctions-related digital asset investigations, and multi-jurisdictional asset-tracing engagements. My work includes the reconstruction of large-scale on-chain financial flows, attribution of mining operations to specific physical infrastructure, and the technical and economic analysis of cryptocurrency systems for litigation and regulatory matters.

3.    I have a master's degree in cybersecurity from the ESILV Graduate School of Engineering in Paris and a bachelor's degree in physics engineering from the

Science University of La Dous.  I have submitted two expert reports on blockchain forensics in judicial proceedings, one filed in a U.K. court and one in U.S. federal court. Attached as **Exhibit 1** is a true and correct copy of my curriculum vitae.

## INTRODUCTION

4.      I have been asked to provide an opinion regarding (1) the large Bitcoin mining operation owned and controlled by the Iran-China Investment Development Group ("Iran-China Group") in or around the Rafsanjan Special Economic Zone ("SEZ") in Iran; (2) the Iran-China Group-operated Bitcoin mining pool named "LuBian," which publicly reported its work on the blockchain under the "lubian.com" label; and (3) the diversion of approximately 127,000 Bitcoin ("BTC") from LuBian's crypto wallets in the December 2020 "LuBian Hack."

5.      Cryptocurrency like Bitcoin is decentralized electronic currency. Transactions carried out using cryptocurrencies are recorded on a shared network of users called the blockchain, which identifies the parties involved and the amount of cryptocurrency passed between them.  To validate transactions recorded on the blockchain, purveyors of cryptocurrencies reward "miners"—who use advanced computational equipment and large amounts of energy to perform the required calculations—with their own cryptocurrencies.

6.      Documentary records, OSINT, and technical materials establish that there was an Iranian-licensed, industrial-scale cryptocurrency mining facility in the Rafsanjan SEZ, powered through high-capacity infrastructure connected to an Iranian power complex and supplied with tens of thousands of specialized computers imported into Iran from China.

7.    Simultaneously, public pool data and blockchain records identify LuBian as a distinct mining pool with a significant share of the total amount of crypto mined throughout the world—*i.e.*, the global hashrate—during the relevant period.  Blockchain tracing and third-party analytics have attributed a pool-level reserve of roughly 127,000 BTC (the "LuBian Reserve") held in wallets controlled by the LuBian operation.  The LuBian Reserve is further linked to the December 2020 hack and subsequent law-enforcement seizure.

8.    Public Iranian materials detail a regulatory and policy framework under which Iran licensed mining as a means of generating foreign-currency value.

9.    Against that factual backdrop, this declaration analyzes the ownership and operation of the Rafsanjan facility, its relationship to the LuBian mining pool, the provenance and treatment of the LuBian Reserve, and the economic significance of those coins in light of Iran's publicly described mining framework.  My role is limited to technical and financial analysis.  I do not offer a legal opinion on the content or interpretation of Iranian law or on who is legally entitled to the assets discussed.

10.    In preparing this report, I relied on three main pillars of evidence and analysis:

11.    *First*, I examined documentary and OSINT materials, including:

    a.    Iranian corporate and official gazette records for the Iran-China Group (incorporation, governance, and activities);

    b.    The Iran-China Group's own public materials (LinkedIn, Instagram, media statements) describing a licensed crypto-mining project in the Rafsanjan SEZ;

    c.      Licenses, power-supply contracts, and electricity bills showing the Iran-China Group as a high-capacity industrial customer in Rafsanjan, billed at the lower crypto-mining export tariffs;

    d.      Shipping and customs records (via the Ports and Maritime Organization / WikiIran) showing large shipments of mining computers and related materials consigned to the Iran-China Group in the Rafsanjan SEZ;

    e.      Local and opposition media, satellite imagery, and a promotional video identifying and visually confirming a large, containerized mining facility in the Rafsanjan SEZ adjacent to a ferrochrome/power complex;

    f.      A letter from the Iran-China Group's chairman to Tavanir identifying the Iran-China Group as the operator of the Rafsanjan mining farm and referring to its licenses and feeder capacity;

    g.      Chinese-language reporting quoting LuBian's co-founder describing building and operating a large, compliant mining farm in Iran.

12.    *Second*, I conducted blockchain and technical analysis, involving:

    a.      Identification of LuBian-mined blocks via "lubian.com" tags in crypto exchange transactions and public pool data;

    b.      Clustering and tracing of LuBian-mined rewards from crypto exchange outputs into payout, aggregation, and treasury wallets, and onward into the hacker-controlled addresses that drained

approximately 127,000 BTC from the LuBian-controlled wallets in December 2020;

c.    Balance and flow analysis of LuBian-controlled wallets to quantify the ≈127,000 BTC reserve and the ≈11,000 BTC directly traceable to LuBian-mined crypto exchange rewards, and to assess whether those coins were retained or routinely sent to exchanges or other services;

d.    Comparison of the documented physical capacity of the Rafsanjan project (≈175 MW, ~50,000–54,000 miners) to LuBian's observed BTC hashrate and block output;

e.    Correlation of LuBian's hashrate with reported Iranian power outages affecting Rafsanjan, to test whether LuBian behaves like a single large facility tied to that grid.

13.    *Third*, I examined the Iranian regulatory framework:

a.    Review of public Iranian materials describing the regulations on crypto mining, together with commentary on licensed mining and the use of mined BTC for imports and to avoid sanctions.

**EXECUTIVE SUMMARY OF OPINIONS**

14.     The large-scale Bitcoin mining operation located in or around the Rafsanjan SEZ in Iran is owned and controlled by the Iran-China Group.  Corporate records, licensing and power documents, shipping manifests, physical-site evidence, and the Iran-China Group's own statements consistently identify the Iran-China Group as the project vehicle and operator of this mining facility.

15.     The Rafsanjan mining operation, owned and controlled by the Iran-China Group, is the mining operation whose work is reported on-chain under the "LuBian" mining pool label.  In other words, "LuBian" is the dedicated pool identity of the Iran-China Group mining operation.  The physical capacity of the Rafsanjan facility, its deployment timeline, its response to Iranian grid events, and LuBian's own public statements all align with LuBian's observed on-chain footprint.

16.     Immediately before the December 2020 LuBian hack, approximately 127,000 BTC was held in payout, aggregation, and treasury wallets controlled by the LuBian mining operation, and LuBian controlled the private keys to those wallets based on clustering analysis and on-chain messages sent to the hackers.  At least 11,000 BTC of this LuBian Reserve can be traced directly to crypto exchange rewards from blocks mined under the LuBian pool label by the Iran-China Group's Rafsanjan operation.  The LuBian Reserve was therefore the Iran-China Group's own pool-level Bitcoin holdings.

17.     Iran supported and cooperated with crypto mining projects such as the Iran-China Group/LuBian project in Rafsanjan.  Using Iranian energy, Iranian industrial infrastructure (including a 230/33 kV substation, which was built by the Iran-China Group and gifted to the Iranian state by the Iran-China Group), state-linked shipping and

customs channels, and direct engagement with national power authorities, the Iranian state, in concert with the Iran-China Group, established and operated a large-scale mining project whose output was accumulated in the LuBian Reserve.  The ≈127,000 BTC LuBian Reserve is the direct economic product of this state-assisted mining enterprise.

## BACKGROUND ON CRYPTOCURRENCY MINING

18.    Bitcoin is a decentralized, "peer-to-peer" electronic currency.[1]

19.    When a transaction is made (for example, spending Bitcoin to buy a coffee, or sending Bitcoin to another person), that transaction is broadcast to the entire network on the Bitcoin "blockchain."   Here, it waits with other "unconfirmed" transactions.[2]

20.    Because there is no intermediary, the network needs a way to validate (confirm) transactions.  This validation process is called a consensus mechanism.[3] Bitcoin's consensus mechanism is "proof of work."   Individuals run nodes, called "miners," which race to be the first to solve a function associated with a block of transactions.  If they are the first, they receive a block reward (in the form of Bitcoin), and that block is appended to the ledger).[4]

21.    This "mining" process to create cryptocurrency involves solving a numeric problem.  This is not a complex problem, but a "hard" one.  That is, it requires deriving a

---

[1]  Satoshi Nakamoto, *Bitcoin, A Peer-To-Peer Electronic Cash System* 1 (2009), https://bitcoin.org/bitcoin.pdf.

[2]  *The Mempool: Bitcoin's Gateway to the Blockchain*, Lightspark Team (Jul. 17, 2025), https://www.lightspark.com/glossary/mempool.

[3]  Oleh Malanii, *Consensus mechanisms in blockchain: A deep dive into the different types*, Hacken (Jun. 30, 2025), https://hacken.io/discover/consensus-mechanisms.

[4]  Killian Steer, *Cryptocurrency mining: The challenges it faces and how regulations can help*, 20 N.C. J.L. & Tech. 301, 309 (2019), https://scholarship.law.unc.edu/cgi/viewcontent.cgi?article=1385&context=ncjolt.

long random number.  The only way to solve the problem is by guessing.  So computers that can guess faster have a better chance of winning.[5]

22.     The Bitcoin network tries to keep the rate of production of new blocks (groups of validated transactions) to about one every 10 minutes.  Effectively, this means that the difficulty of validation must increase to maintain the 10-minute block time "no matter the increases in computing power [of miners]."[6]  In other words, more computing power is required to have a realistic chance of being the first to solve the "math" problem and validate a block.[7]

23.     The need for more powerful hardware to increase one's chance of successfully mining a new block (and receiving the reward) has led to the development of specialized computers, called application specific integrated circuits ("ASICs").[8]

24.     A Bitcoin miner's greatest cost is electricity.  Because of the computational power involved given the current network difficulty (which has only increased as Bitcoin has skyrocketed in value), powerful mining computers draw inordinate amounts of energy.  In 2024, the U.S. government estimated the draw on the grid from cryptocurrency (including Bitcoin) mining was as high as 2.3% of all U.S. energy

---

[5] Andrew Sergeenkov, *What math problems do bitcoin miners really solve*, Forbes (Dec. 5,                                                                                    2024), https://www.forbes.com/sites/digital-assets/2024/12/05/what-math-problems-do-bitcoin-miners-really-solve.

[6] *Id.* at 310.

[7] *Understanding Proof-of Work* 5 (Nov. 2023), Fidelity Digital Assets, https://www.fidelitydigitalassets.com/sites/g/files/djuvja3256/files/acquiadam/1104856.1.0%20FDAS%20Understanding%20Proof-of-Work%20%2811.13%29.pdf.

[8] Steer, *supra* note 4 at 310.

consumption.[9]  This means that, if miners can source cheap electricity, those miners can greatly increase their profit margins.

25.    As of September 2025, Iran was the most profitable country to mine Bitcoin in, with a cost per Bitcoin of about $1300, while the average cost in the United States was about $102,000.  At the time, Bitcoin was trading at about $108,000 per coin.[10]

**OPINIONS**

**I.    Opinion 1:  The Rafsanjan Mining Operation Is Owned and Controlled by the Iran-China Investment Development Group**

26.    It is my opinion that the large-scale Bitcoin mining operation located in the Rafsanjan region of Iran is owned and controlled by the Iran-China Investment Development Group.

**A.    Factual Support**

27.    In forming this opinion, I rely on the following:

**i.    Corporate registration and capital**

28.    The Official Gazette of the Islamic Republic of Iran announcement of the Iran-China Group's corporate registration shows that the Iran-China Group was incorporated in Iran in 2016 as a joint-stock company under the name "Iran and China Investment Development Group," with a defined board of directors and inspectors.

---

[9] *Tracking electricity consumption from U.S. cryptocurrency mining operations*, U.S. Energy Info. Admin (Feb. 1, 2024), https://www.eia.gov/todayinenergy/detail.php?id=61364.
[10] *Shocking report shows 1 Bitcoin costs $1,300 to mine in Iran and $306,000 in Italy*, Gate.io (Sep. 1, 2025), https://www.gate.com/news/detail/1345280.

Attached as **Exhibit 2** is a true and correct Farsi to English translation of the entry for the Iran-China Group from the Official Gazette.[11]

29.    Over the period relevant to this action (2019–2021), official and company records show the Iran-China Group as an active company used as a vehicle for investment and project development.  Attached as **Exhibit 3** is a true and correct Farsi to English translation of the corporate entry for the Iran-China Group from an Iranian corporate search website.[12]

### ii.    The Iran-China Group's own description of the Rafsanjan mining project

30.    The Iran-China Group's public-facing materials and media responses describe a large cryptocurrency mining project in the Rafsanjan SEZ as one of the Iran-China Group's core activities.

31.    The Iran-China Group's LinkedIn and Instagram profiles identify a cryptocurrency mining farm in the Rafsanjan SEZ (located in Kerman Province, Iran), as an Iran-China Group project.  Attached as **Exhibit 4** is a true and correct Farsi to

---

[11]    *Iran and China Investment Development Group*, Official Gazette of the Islamic Republic of Iran, https://rrk.ir/ords/r/rrs/rrs-front/f-detail-ad?p28_code=13339624&p28_from_page=199&clear=28&session=13716418415420&cs=39yeP-zsF1oBzBMvAmMmktq5EveIvH60PfYZ RlZigTVMZ9ZJGU3FDuDwbO56b5u16Cwrak6cAi9mlVnLnP4yCZw.

[12]    *Iran & China Investment Development Group Company*, Rasmio, https://rasmio.com/company/14006645955/%DA%AF%D8%B1%D9%88%D9%87-%D8%AA%D9%88%D8%B3%D8%B9%D9%87-%D8%B3%D8%B1%D9%85%D8%A7%DB%8C%D9%87-%DA%AF%D8%B0%D8%A7%D8%B1%DB%8C-%D8%A7%DB%8C%D8%B1%D8%A7%D9%86-%D9%88-%DA%86%DB%8C%D9%86 (last visited Dec. 23, 2025).

English translation of the Iran-China Group's Instagram page.[13]  Attached as **Exhibit 5** is a true and correct copy of the Iran-China Group's LinkedIn page.[14]

32.    In a public statement responding to local criticism about high electricity consumption, the Iran-China Group's media office expressly identified the Rafsanjan SEZ mining farm as one of its projects; stated that all permits and licenses were obtained; and describes the farm as operating under official crypto-mining tariffs, with higher electricity prices in hot months and shutdowns during peak-tariff periods.  This letter was posted to Instagram by the Iran-China Group.  Attached as **Exhibit 6** is a true and correct Farsi to English translation of the letter.[15]

33.    The Iran-China Group repeatedly identified the Rafsanjan mine as its project on public posts on its Instagram page.  In March 2020, the Iran-China Group posted to its Instagram an image of a stylized handshake between Iran and China, counting among "the most important completed and ongoing projects" of the company to include a "[m]assive cryptocurrency mining project in the Rafsanjan Special Economic Zone," the "Middle East Top Eco Ferrochrome production plant in the Rafsanjan Special Economic Zone," and "Construction and equipping of an electricity distribution substation in the Rafsanjan Special Economic Zone."  Attached as **Exhibit 7** is a true and correct Farsi to English translation of that post.[16]

---

[13]  Iraanchinaidg (@iranchinaigc), Instagram, https://www.instagram.com/iranchinaidg (last visited Dec. 23, 2025).

[14]  *Iran and China Investment Development Group*, LinkedIn, https://www.linkedin.com/company/iranchinaidg (last visited Dec. 23, 2025).

[15]  Iranchinaidg (@iranchinaidg), Instagram (May 24, 2021), https://www.instagram.com/iranchinaidg/p/CPQTlYDBF-f.

[16]  Iranchinaidg (@inrachinaidg), Instagram (Mar 13, 2020), https://www.instagram.com/iranchinaidg/p/B9q6YUrlkaP.

34.    Likewise, in March 2020, the Iran-China Group similarly boasted of having that "[t]he largest data center and mining unit … in the country, in the Rafsanjan Special Economic Zone" and posted a corresponding photo of the mine.  Attached as **Exhibit 8** is a true and correct Farsi to English translation of this post.[17]

35.    In another example, the Iran-China Group attempted to explain issues related to the electricity bill for the "Rafsanjan mining facility."  Among other things, it noted: "Due to sanctions, banking relations are severed, and money transfers are only possible through exchange offices," and that its accounts were "frozen twice … on suspicion of money laundering[.]"  Attached as **Exhibit 9** is a true and correct Farsi to English translation of this Instagram post.[18]

36.    Similarly, the Iran-China Group also touted the power substation it constructed on the Rafsanjan site and used to support its ventures there.  An Instagram post from April 2020 by the Iran-China Group promotes the "ferrochrome power substation in the Rafsanjan Special Economic Zone" and depicts what appears to be an electric substation, with various transmission equipment.  The post indicates that upgrades have increased the power of the operation to 200 megawatts.  Attached as **Exhibit 10** is a true and correct Farsi to English translation of this post.[19]

   **iii.    Licenses, power contracts, and electricity bills**

---

[17]    Iranchinaidg    (@iranchinaidg),    Instagram    (Mar.    13,    2020), https://www.instagram.com/iranchinaidg/p/B9q6UmLIYNs/https://www.instagram.com/iranchinaidg/p/B9q7SoFlpNZ.

[18]    Iranchinaidg    (@iranchinaidg),    Instagram    (Jan.    25,    2021), https://www.instagram.com/iranchinaidg/p/CKeBbvphIjl.

[19]    Iranchinaidg    (@iranchinaidg),    Instagram    (Apr.    9,    2020), https://www.instagram.com/iranchinaidg/reel/B-wKGBWhGs8.

37.     Licensing and power-supply documents show the Iran-China Group as the operator of a large, licensed crypto-mining farm consuming substantial electricity in Rafsanjan.

38.     The mining/data-center license and related project documentation issued by the Iranian government in late 2019 authorize a large-scale project in the Rafsanjan SEZ in the name of the "Iran-China Investment Development Group."   Attached as **Exhibit 11** is a true and correct Farsi to English translation of the Rafsanjan site's mining license.

39.     An Iranian article identifies the "Iran and China Investment Development Group" with national ID 14006645955 in the Rafsanjan region as the proper recipient of a large electricity bill for October to November 2020.  The bill reports a 30-day usage of over 58.6 million kilowatt-hours.  The article explained that a similarly-named company had improperly received the bill meant for the Iran-China Group.  Attached as **Exhibit 12** is a true and correct Farsi to English translation of that article.[20]

### iv.     Shipping manifests and miner imports to Rafsanjan

40.     Open-source documents from the Ports and Maritime Organization of Iran, published via WikiIran, indicate that the Iran-China Group received multiple shipments of cryptocurrency mining and related equipment.

41.     Between 2019 and 2020, multiple consignments of crypto-mining computers (cryptocurrency miners and other necessary equipment, like S.T.C. (sound dampening cabinets)) were imported from China into Iran with "Iran & China Investment Development Group" or close variants as the consignee.

---

[20] *What is the Story Behind the 40 Billion Toman Electricity Bill?*, Khabar Online (Jan. 18, 2021), https://khabaronline.ir/xgznh.

42.     The listed destination is the Rafsanjan Special Economic Zone and associated industrial addresses.

43.     According to lampyre.io (an open-source intelligence investigative tool), the contact phone number for some of these shipments (+98 343 246 8604) matches the number associated with the Iran-China Group to an entity labelled "Ranjbar Topecho," apparently referring to the chairman of the Iran-China Group, Mohammad Hassan Ranjbar, and Top Echo, a Chinese-controlled corporation that owns the power station that supplies the Rafsanjan mining facility and shares corporate officers (including Ranjbar) and property with the Iran-China Group.  *See infra* ¶¶ 157–62.

44.     The contact for at least one of the shipments in the Iran-China Group's name is Anna Karimzadeh, and she is also registered in the Official Gazette of the Islamic Republic of Iran as the "principal inspector" for the Iran-China Group, *see* **Exhibit 2**, linking the shipping paperwork back to the Iran-China Group's formal governance records.

45.     Many of the vessels carrying the mining equipment to Iran for the Iran-China Group are under U.S. Sanctions.  *See infra* ¶¶ 188–92.

46.     Attached as **Exhibit 13** is a true and correct copy of the WikiIran search results containing these shipping logs.[21]

> **v.     Physical location and site identification in the Rafsanjan Special Economic Zone**

47.     Location-specific evidence further anchors the Iran-China Group's mining project to a particular site in the Rafsanjan SEZ.

---

[21] *Iran and China Investment Development*, Ports and Maritime Organization, WikiIran, https://www.wikiran.org/leaks/pmo?search=%22IRAN%20AND%20CHINA%20INVEST MENT%20DEVELOPMENT%22.

48.    *Local media description of the Rafsanjan SEZ crypto farm*:  Various media reports relating to the Rafsanjan mining facility describe a large, licensed cryptocurrency-mining farm in the Rafsanjan Special Economic Zone, with an electrical capacity of around 175 MW.  One report states "the Chinese" have established Bitcoin mining operations in Rafsanjan, and that the energy costs of mining one Bitcoin could power a household in Tehran for 24 years.  Attached as **Exhibit 14** is a true and correct Farsi to English translation of that article.[22] Another article claims the Rafsanjan site had approximately 54,000 installed mining machines, characterized the operation as "the largest digital currency production unit in Iran."   Attached as **Exhibit 15** is a true and correct copy of that article.[23]

49.    For comparison, 175 MW is enough electricity to power a city roughly the size of New Orleans.  One megawatt, or one million watts, is enough energy to meet the needs of up to 900 households, depending on climate and other conditions.[24]  175 MW could therefore serve up to approximately 157,500 households, which exceeds the 155,000 households in New Orleans.[25]

---

[22] *The Chinese Mine Bitcoin in Iran Using Cheap Electricity*, Rowzane (Jan. 13, 2021), https://rowzane.com/%DA%86%DB%8C%D9%86%DB%8C%E2%80%8C%D9%87%D 8%A7-%D8%AF%D8%B1-%D8%A7%DB%8C%D8%B1%D8%A7%D9%86-%D8%A7% D8%B2-%D8%A8%D8%B1%D9%82-%D8%A7%D8%B2%D8%A7%D9%86- %D8%A8%DB%8C%D8%AA-%DA%A9%D9%88%DB%8C%D9%86%86.

[23] Shamsi Saadati, *Iran Power Outage Crisis: Reasons and Impacts*, Nat'l Council Resistance         Iran         (May         25,         2021), https://www.ncr-iran.org/en/news/economy/iran-power-outage-crisis-reasons-and-impac ts/#:~:text=Iranians%20are%20suffering%20from%20power,power%20outages%20in% 20Iran%20all

[24] *What Is A Megawatt?*, Nuclear Regulatory Comm'n (Feb. 24, 2012), https://www.nrc.gov/docs/ML1209/ML120960701.pdf#:~:text=The%20commonly%20us ed%20one%20MW%20of%20generation,generators%20since%20their%20fuel%20sou rce%20is%20intermittent.

[25] *Quick Facts, New Orleans City, Louisiana*, U.S. Census Bureau, https://www.census.gov/quickfacts/fact/table/neworleanscitylouisiana/LFE041223#:~:tex

50.    *Satellite/aerial imagery of the Rafsanjan facility*:  Using coordinates and locality descriptions from the licensing, power, and logistics records, I identified satellite imagery showing:

    a.    A large industrial site consistent with a Bitcoin mining farm (rows of container-like structures, high-capacity transformers, cabling, and yard layout);

    b.    A direct spatial relationship between this facility, the power complex, and the ferrochrome factory referenced in the electricity and media records; and

    c.    Time-series changes consistent with the staged deployment of a large, containerized mining fleet over the relevant period.

51.    An Instagram post by the Iran-China Group depicts an aerial view of the Rafsanjan site, and notes that "three major projects; ferrochrome, mining, and the Rafsanjan power transmission substation" can be seen in the picture.  Attached as **Exhibit 16** is a true and correct Farsi to English translation of that post.[26]

52.    *Power supply and media references to the ferrochrome substation and 175 MW capacity*:  Electricity agreements and billing records, together with Iranian and opposition media, describe:

    a.    A crypto-mining farm in the Rafsanjan SEZ with contracted power in the 175 MW range, *see* **Exhibit 11** (Rafsanjan mining license); **Exhibits 14** and **15** (media coverage describing the site's capacity);

---

t=Table_title:%20Table%20Table_content:%20header:%20%7C%20Population%20%7C ,Computer%20and%20Internet%20Use%20%7C%20:%20%7C.

[26]    Iranchinaidg (@iranchinaidg), Instagram (Jan. 21, 2021), https://www.instagram.com/iranchinaidg/p/CKUYDBkhHjb.

b.    A high-capacity connection between the Rafsanjan SEZ mining farm and a 230/33 kV substation associated with the neighboring ferrochrome factory, **Exhibit 14**, and

c.    Around 54,000 mining machines are installed and characterized as "the largest digital currency production unit in Iran." **Exhibit 15.**

### vi.    RHY and its "Middle East 175 MW" Iran Site

53.    RHY is a Chinese-facing mining-as-a-service and hosting platform that markets "cloud" mining and colocation services for large industrial sites.  In its public materials, RHY advertises a "Middle East" or "Iran" mine with a stated capacity of approximately 175 MW.  For example, a promotional video shows long rows of white containerized mining units; a high-capacity transformer yard and internal 33 kV switchgear/distribution room; and surrounding industrial structures, access roads, and an arid landscape.  Attached as **Exhibit 17** is a true and correct copy of various screen captures from the promotional video.[27]

54.    A news article reporting on the "RHY" mining site in Rafsanjan depicts satellite photography that is consistent with satellite photography of the Iran-China Group's Rafsanjan site.  The article further reports that the RHY site has a capacity of 175 megawatts, which is the same capacity claimed by Iran-China Group.  Attached as **Exhibit 18** is a true and correct copy of the article.[28]

---

[27] James Liang, *RHY大型矿场 (RHY large mine Bitcoin Mining) One of the world's largest mines*, at 00:05, 00:48, 01:04, 4:15 (YouTube, June 10, 2020), https://www.youtube.com/watch?v=9ofEZftDFyM.

[28] Alijani Ershad, *In Iran, power outages reveal the secret business of Chinese bitcoin farms* 6, 8, France24 (Mar. 2, 2021), https://observers.france24.com/en/middle-east/20210203-in-iran-power-outages-reveal-the-secret-business-of-chinese-bitcoin-farms (red box added).

55.    Satellite imagery of the Iran-China Group's Rafsanjan site reveal roads and structures consistent with those depicted as the RHY site.[29]  Attached as **Exhibit 19** is a true and correct screenshot from Google Maps.[30]

56.    Other portions of the promotional video shows racks of Bitcoin mining equipment with distinct red-and-blue paint or taping on the shelves, as well as a row of white exhaust fans.  These stills appear to match photographs of the Iran-China Group's Rafsanjan site as posted by the Iran-China Group's Instagram account.  Attached as **Exhibit 20** is a true and correct copy of these additional stills from the promotional video.[31]  Attached as **Exhibit 21** is a true and correct copy of an Iran-China Group Instagram post with the equipment photos in question.[32]

57.    When still images from this RHY video are compared with satellite imagery of the Rafsanjan SEZ complex and content posted to the Iran-China Group's Instagram page, the arrangement and appearance of containers, transformer banks, substation equipment, and nearby industrial buildings matches the Iran-China Group's site in the Rafsanjan SEZ in a way that is, in my opinion, highly unlikely to be coincidental.  *See* **Exhibits 16–21.**  The 175-MW capacity RHY claims for this "Middle East" farm is also consistent with Iranian media descriptions of the Rafsanjan digital

---

[29] *Id* at 8.

[30]    *Rafsanjan    Special    Economic    Zone*,    Google    Maps, https://www.google.com/maps/place/Rafsanjan+Special+Economic+Zone/@30.3109156,56.2234716,2937m/data=!3m1!1e3!4m6!3m5!1s0x3f01aca6ba369875:0xf00104a624ea6afa!8m2!3d30.3123747!4d56.219446!16s%2Fg%2F11bccd3m08?entry=ttu&g_ep=EgoyMDI1MTIwOS4wIKXMDSoASAFQAw%3D%3D (last visited Dec. 23, 2025) (red box added).

[31] Liang, *supra* note 27 at 03:15, 3:45 (red boxes added).

[32]    Iranchinaidg    (@iranchinaidg),    Instagram    (Jan    29,    2021), https://www.instagram.com/p/CKo6nk9B0cs/?img_index=7 (red boxes added) (red boxes added).

currency production unit as a ≈175 MW project with ≈54,000 mining devices, co-located with a ferrochrome plant in the Rafsanjan SEZ.  *See* **Exhibits 14–15.**

> **vii.** **Letter from the Iran-China Group's chairman to Iran-owned national electricity company**

58.    In and around 2021 Iran was undergoing a period of national electricity shortages and a government-ordered suspension of crypto mining.

59.    In a letter sent by the Iran-China Group's chairman, Mohammad Hassan Ranjbar, to the CEO of Tavanir, Iran's national electricity company, Ranjbar identifies the Iran-China Group  as the operator of the Rafsanjan mining farm; states that the Rafsanjan project holds an establishment license and an operating license in the Rafsanjan SEZ, citing the license numbers, notes that multiple high-capacity electricity feeders have been installed for the site, emphasizes the very substantial capital investment made to construct and connect the facility, and requests permission to restart mining operations at the Rafsanjan site during off-peak hours, confirming that the project is currently shut down as part of the nationwide mining suspension.  Attached as **Exhibit 22** is a true and correct Farsi to English translation of an article containing a copy of Chairman Ranjbar's letter.[33]

60.    This communication shows the Iran-China Group itself describing the Rafsanjan mining farm as its own licensed project and presenting it to the national power company as an Iran-China Group asset.

> **B.** **Analysis**

---

[33] Ahmad Mohammadian, Request to Restart the Rafsanjan Farm Project During Non-Peak Hours, MihanBlockchain (Jun. 10, 2021), https://mihanblockchain.com/relaunching-rafsanjan-mining-farm.

61.    On the basis of the factual material set out above and my experience analyzing corporate, OSINT, and industrial data in mining cases, I draw the following conclusions regarding the period from the creation of the LuBian pool in 2019 through 2021.

62.    *First*, the corporate and licensing records show that the Iran-China Group acted as the vehicle for the "LuBian" mining project.  The incorporation and registration materials establish the Iran-China Group as a functioning investment company.  The Rafsanjan mining/data-center license and related project documentation identify a large-scale cryptocurrency-mining project in or around the Rafsanjan SEZ in the name of Iran and China Investment Development Group, anchoring the project to the Iran-China Group as license holder and project sponsor.

63.    *Second*, the Iran-China Group's own descriptions and media responses present the Rafsanjan farm as an Iran-China Group project.  In its public materials, the Iran-China Group explicitly identifies a "cryptocurrency mining farm" in the Rafsanjan Free/Special Economic Zone as one of its projects, describes it as fully licensed, and explains that it operates under the official crypto-mining tariff regime.  These self-authored statements are consistent with the Iran-China Group acting as an investor and operator of a large, licensed mining facility in Rafsanjan, not merely as a service provider or minority participant.

64.    *Third*, the electricity bill indicates the Iran-China Group as the intended recipient of a bill for a crypto-mining electricity load of exactly the scale one would expect for such a facility.  The bill, according to the recipient who mistakenly received it, notes it should have been directed to the "Iran and China Investment Development

20

Company," with national ID 14006645955.  **Exhibit 12.**  The bill records approximately 58.6 million kWh of consumption at an effective rate aligned with the export-rate crypto-mining tariff for electricity, not with subsidized residential or ordinary industrial use rates.  This pattern is characteristic of a large, licensed mining farm connected under the official framework, and it is the Iran-China Group—not some other party—that appears on these records.

65.    *Fourth*, the shipping manifests and logistics data show that the specialized hardware required for such a farm was explicitly imported for the Iran-China Group and sent to the Rafsanjan SEZ.  Multiple shipments of ASIC miners (specialized computers designed specifically for crypto mining) from China are consigned to "Iran & China Investment Development Group" or close variants, with destinations in the Rafsanjan Special Economic Zone and associated industrial addresses.  The contact phone number on the manifests matches the Iran-China Group's number in other records and resolves to the same industrial zone, and the named contact, Anna Karimzadeh, appears in the official gazette as the Iran-China Group's leading inspector.  This is the pattern of a project owner importing and deploying its own equipment into a dedicated site.

66.    *Fifth*, the physical and visual evidence ties all of this to one concrete facility.  Iranian and opposition media describe a ~175 MW, ~54,000-machine crypto farm in the Rafsanjan SEZ, presented as the largest digital-currency production unit in Iran and linked to the ferrochrome and power complexes, including the 230/33 kV ferrochrome substation.  Satellite imagery shows a large, containerized facility at that

location, physically connected to the referenced power infrastructure, with time-series changes consistent with staged miner deployment.

67.     Based on this physical and visual evidence, I further conclude that RHY is yet another face for the mining operation run by the Iran-China Group in the Rafsanjan SEZ.   A "175 MW Middle East" promotional video published by RHY shows a containerized mining farm whose yard layout, container rows, substations, and surrounding industrial environment visibly match the Iran-China Group site.   Taken together, the Iran-China Group's own descriptions, independent Iranian media, satellite imagery, and the RHY "175 MW Middle East" materials all point to the same physical site in the Rafsanjan SEZ as the Iran-China Group mining project.

68.     *Sixth*, the letter from the Iran-China Group's chairman, Mohammad Hassan Ranjbar, to Tavanir, Iran's government-owned, national electricity company, confirms ownership and operational control in the Iran-China Group's own words.   In that letter to the CEO of Tavanir, Chairman Ranjbar identifies the Iran-China Group as the operator of the Rafsanjan farm, cites its establishment and operating licenses in the Rafsanjan SEZ, references multiple high-capacity feeders installed for the site, and emphasizes the scale of the capital investment.   Ranjbar did so while seeking permission to restart operations after a government-ordered mining suspension.   This is the stance of a party that regards the Rafsanjan facility as its own operation and negotiates its operational status directly with the state utility.

69.     Across these lines of evidence—corporate registration, self-description, licensing and power records, shipping manifests, physical-site identification, and the chairman's correspondence—no competing entity appears in any corporate, licensing,

power, shipping, or OSINT record as an owner or operator.    All core documents consistently place the Iran-China Group in that role.

70.    I therefore conclude, to a reasonable degree of professional certainty, that the large-scale Rafsanjan-region mining operation described in the licensing, power, shipping, physical location, and correspondence records is owned and controlled by the Iran-China Investment Development Group.

## II.    Opinion 2:  The Iran-China Group Rafsanjan Mining Operation Mines Under the "LuBian" Pool Label

71.    It is my opinion that the large-scale Bitcoin mining operation in Rafsanjan, owned and controlled by the Iran-China Investment Development Group, is the mining operation whose work is reported on-chain under the "LuBian" mining pool label, and that "LuBian" is the dedicated pool identity for that operation.

### A.    Factual Support

72.    This opinion is based on the following technical and economic findings:

#### i.    Facts established in Opinion 1

73.    As established in Opinion 1, the Iran-China Group owns and operates a large-scale, licensed cryptocurrency mining facility in the Rafsanjan Special Economic Zone, which the Iran-China Group/RHY itself describes as a 175 MW mining farm.  The question in this opinion is whether that facility is the operation whose work is reported on-chain under the LuBian pool label.

#### ii.    LuBian is a distinct mining pool on-chain

74.    LuBian appears as a distinct pool, identified by self-tagged "lubian.com" coinbase transactions, as seen in Figure 1.



*Figure 1 – Screenshot from mempool.space, a Bitcoin blockchain explorer. We can see on the miner section the "lubian.com" tag (https://mempool.space/mining/pool/lubiancom).*

### iii. Production capacity of the Iran-China Investment Development Group project vs. LuBian's observed output

75.     From the project documentation and related materials, I can estimate the production capacity of the Iran-China Group mining operation and compare it to LuBian's on-chain output.

76.     *Power sizing* (50,000 miners and a 175 MW site): Project and media materials for the Iran-China Group describe a Rafsanjan SEZ mining farm with capacity on the order of 175 MW, connected to the 230/33 kV ferrochrome substation, and with approximately 50,000–54,000 ASIC miners installed at that site—described in Iranian media as "the largest digital currency production unit in Iran." **Exhibits 14–15**; *see also* **Exhibits 8, 10, 12 & 17.**

77.     Other materials and cargo records indicate large shipments of specialized computers designed for mining crypto, modern 2019–2020 generation ASIC miners (for example, Antminer S17-class 2.7 kW models and later Taurus C12 3.2 kW models), into Rafsanjan SEZ that were consigned to the Iran-China Group. *See* **Exhibit 13**.

24

78.    Using conservative power assumptions for that generation of hardware,[34] estimated power output from a facility with this equipment is:

    a.    **Lower bound:** 50,000 miners × 2.7 kW ≈ 135 MW

    b.    **Upper bound:** 50,000 miners × 3.2 kW ≈ 160 MW

79.    A 175 MW facility, therefore, falls within the expected range for a 50,000-unit farm using 2.7–3.2 kW per miner, allowing for additional overhead (including cooling, ancillary systems, and non-IT load).   In other words, a 175 MW farm in the Rafsanjan SEZ is of the correct order of magnitude to host approximately 50,000 2019-2020-class ASIC miners.

80.    *From power to hashrate*:  For the 2019–2020 era miners in the 2.7–3.2 kW band, it is reasonable to treat an "average" unit as providing roughly 55–71 terahashes (one trillion hash calculations) per second ("TH/s").   Applying this to 50,000 miners yields:

    a.    **Lower bound**: 50,000 × 55 TH/s ≈ 2.75 EH/s

    b.    **Upper bound**: 50,000 × 71 TH/s ≈ 3.55 EH/s

81.    Based on that expected hashrate, the Iran-China Group farm should operate at approximately 2.75 to 3.55 exahashes (quintillion hashes) per second ("EH/s") when fully deployed, as randomness, pool optimization, and unknown physical factors could affect the calculations.

---

[34] For 2019–2020 generation ASICs, manufacturer specifications show power draws in the ~2.8 kW–3.3 kW range (*e.g.*, Antminer S17e at 2880 W, Antminer S17+ at 2920 W, Antminer S19 at 3250 W).  On this basis, I use a conservative band of 2.7–3.2 kW per unit for capacity calculations. https://support.bitmain.com/hc/en-us/articles/360020208593-S17-Specifications?utm_source=chatgpt.com.

82.    *From hashrate to block production*:   Bitcoin targets a block every 10 minutes, or about 144 blocks per day across the network.[35]  A miner or pool is expected to mine blocks in proportion to its share of the total network hashrate.  Public hashrate charts for 2020 show the Bitcoin network oscillating largely between 90 and 140 EH/s.



*Figure 2 – Bitcoin hashrate 2020, https://www.blockchain.com/explorer/charts/hash-rate*

83.    The Iran-China Group farm's estimated capacity of 2.75–3.55 EH/s would represent approximately 3% of the global hashrate of 90–120 EH/s.

84.    On that basis, a farm of this size would be expected, on average, to find more than four blocks per day.   In my calculations, using the documented 175 MW capacity and 50,000-miner deployment, the expected output is approximately four or more blocks per day across typical 2020 network conditions.

85.    *Comparison to LuBian's observed block output*:  When I examine LuBian's on-chain performance over the same period, LuBian's pool finds blocks at a rate that is

---

[35]    *Bitcoin: A Peer-to-Peer Electronic Currency*, Satoshi Nakamoto (2009), https://bitcoin.org/bitcoin.pdf.

consistent with a pool controlling on the order of 2.75–3.55 EH/s in a 90–140 EH/s network, *i.e.*, at least a 4-block-per-day expectation as derived above.  *See* Figure 3. LuBian's observed block production therefore matches, in both magnitude and timeframe, what one would expect from the documented 175 MW, 50,000-miner farm in the Rafsanjan SEZ.



*Figure 3 – Pool-share chart from mempool.space/public data showing LuBian's share of global hashrate around August 2020, https://mempool.space/mining/pool/lubiancom*

### iv.     Correlation between Iranian outages and LuBian's hashrate

86.     Outage data for Iran's 2021 electricity outage, which started on January 12th, shows multi-hour and multi-day grid interruptions affecting, among other regions, the area around Rafsanjan.[36]  During the same period, LuBian's hashrate time series shows clear, repeated reactions to these events.  *See* Figure 4.

87.     In particular, the line graph of LuBian's hashrate shows that around the main "winter blackout" window in January 2021, LuBian's hashrate drops sharply from its prior level, though not always to a complete zero.  For several days, the hashrate

---

[36]

https://www.ncr-iran.org/en/news/economy/iran-reasons-for-power-outagcompletees-and-air-pollution/.

remains at a lower but relatively stable level, before recovering toward its earlier range as grid conditions improve.



*Figure 4 – Blackout vs LuBian hashrate overlap chart. Purple - blocks mined per day, red - moving average of 7 days, red - area of the blackout*

88.    This behavior—pronounced, time-aligned reductions in hashrate during local blackout windows, followed by restoration when power returns—is what one would expect from a large mining facility physically connected to the affected regional grid in Iran, rather than from a geographically dispersed or location-agnostic mining operation.

**v.    Hashrate Evidence Against a China-Based Location for Lubian**

89.    Because energy is the critical input for mining, the location of a pool can be extrapolated from events that affect local energy grids.  During major flooding and weather-related disruptions in key Chinese mining regions in 2020, the global Bitcoin network hashrate fell significantly (20% worldwide) as large China-based farms went offline.[37]  As seen in Figure 5, over the same period, LuBian's hashrate does not show a corresponding drop and, in relative terms, its block production is at or above its prior average, while the rest of the network is suppressed.



---

[37]

https://eng.ambcrypto.com/bitcoin-hashrate-plummets-10-20-due-to-massive-floods-in-china/.

*Figure 5 – The purple line represents the hashrate of LuBian. The green line represents the global Bitcoin network hashrate, showing no drop in LuBian's activity during the Chinese blackout.*

90.     If LuBian's operation were located in the affected Chinese regions, its hashrate would be expected to fall in line with the broader network. The fact that it does not is inconsistent with a China-based farm and is instead compatible with LuBian's capacity being concentrated outside those Chinese mining hubs.

### vi.    Independent Mining Pool Rationale

91.     Bitcoin mining is a probabilistic process. Each block is effectively a lottery: every "hash" a miner computes is a ticket, and the chance of winning (finding the next block) is proportional to the miner's share of total network hashrate.[38]

92.     This has two important consequences. First, a miner with a small share of global hashrate may go long periods without finding a block at all, even though, in expectation, they should find some. Second, a miner with a large share of global hashrate finds many blocks per day and experiences much less randomness in its daily income.

93.     Mining pools exist to smooth this randomness for smaller miners. In a typical pool arrangement, many small miners contribute hashrate to a common pool. The pool, as a whole, finds blocks relatively frequently because its combined hashrate is large. The pool then shares the block rewards among participants in proportion to the

---

[38] The Bitcoin protocol uses a proof-of-work mechanism in which miners repeatedly compute hashes, with each hash representing an independent chance of discovering the next valid block. The probability of success is proportional to the miner's share of total network hashrate. *See Bitcoin Developer Guide*, bitcoin.org, https://bitcoin.org (last visited December 24, 2025).

work each contributed, usually charging a fee (for example, around 2% of gross rewards).

94.     Economically, a small miner is paying the pool fee in exchange for turning a lottery-like income stream into a steady, predictable revenue stream.  A miner with, for example, 0.1% of the global hashrate would, on average, expect to find about 0.144 blocks per day (0.1% of 144 blocks per day), *i.e.*, roughly one block every seven days in expectation.  In practice, because of randomness, such a miner could go many weeks without finding a block, which means no revenue to pay power bills, payroll, and debt service during that time.  By mining in a pool, that miner instead receives small, frequent payouts (daily or even hourly), allowing them to meet operating costs and service obligations with far less risk, in exchange for the pool fee.

95.     From a small miner's perspective, the pool fee is therefore a kind of variance insurance premium: it reduces income volatility and the risk of ruin from unlucky streaks, even though it reduces long-run expected income by the amount of the fee.

96.     At the documented scale of the Iran-China Group Rafsanjan project (tens of thousands of ASICs, on the order of several exahashes per second, *see* **Exhibits 14–15**), it is commercially and operationally atypical to donate all of that hashrate to an unrelated public pool and pay that pool's fees.  Instead, operators at this scale ordinarily run their own dedicated pool infrastructure.

97.     The Iran-China Group's intention to run its operation as a public pool is evidenced by its own words.  A post from the Iran-China Group Instagram account

states, "Coming soon: The public mining pool plan (Bitcoin Mining)."  Attached as **Exhibit 23** is a true and correct Farsi to English translation of the post.[39]

98.    LuBian, at its peak in 2020, accounted for almost 6% of the world's total hashrate; in other words, 6% of the Bitcoin mining worldwide was produced by LuBian.[40] At that point, the operator is not a marginal miner but a "whale-scale" mining enterprise. By comparison, the United States only accounted for 4.5% of the global hashrate in 2020.[41]  For an enterprise like LuBian, especially one operating from a sanctioned jurisdiction like Iran, joining an external pool is both financially inefficient and strategically risky.

99.    *Custodial and sanctions risk*:  In a conventional public pool, the block reward is first paid to a pool-controlled address.  The pool then credits each participant off-chain or in a later on-chain payout.  Economically, the pool functions as a temporary custodian of all mined funds and as the operator of the crypto exchange outputs.[42]

100.    Most major pools (for example, China- or U.S.-linked pools with bank accounts, corporate entities, and infrastructure in OFAC-compliant jurisdictions) face legal and regulatory exposure if they knowingly pay out significant mining income to a sanctioned jurisdiction or sanctioned counterparties.[43]  If a large share of hashrate is clearly originating from Iran, they may be required, or at least strongly incentivized, to freeze or withhold payouts.[44]

---

[39]    Iranchinaidg    (@iranchinaidg)    (Jan.    29,    2021), https://www.instagram.com/iranchinaidg/p/CKo6fuphuQh.

[40] https://mempool.space/mining/pool/lubiancom.

[41]https://www.globalelectricity.org/bitcoin-minings-surging-demand-strains-us-power-grids-amid-energy-transition/.

[42] https://en.bitcoin.it/wiki/Pooled_mining.

[43] https://ofac.treasury.gov/media/913571/download?inline.

[44] https://luxor.tech/mining/tos.

101.   By contrast, when an operator runs its own dedicated pool (effectively "solo mining" at pool scale), crypto exchange transactions in each block pay directly to addresses under that operator's control, without an intermediate corporate custodian.  A coinbase transaction is the first transaction in a block.  It contains a customizable field that, for instance, miners could use to indicate their identity or trade name to signify to others they succeeded in mining that block and receiving the block reward.  The coinbase transaction creates new Bitcoin, based on the current block reward schedule. The Bitcoin protocol itself pays the operator; no third-party pool sits in the middle with legal discretion to block or freeze payouts.

102.   For a large Iranian-based mining enterprise, the custodial and sanctions risk of routing all mining income through a third-party pool is therefore not a marginal inconvenience; it is an existential risk to the business model.  That risk strongly favors operating a dedicated pool identity rather than relying on external pools.

103.   *Fee economics at LuBian/Iran-China Group scale*:   From April 2020 through February 2021, LuBian publicly mined 1,783 blocks, which translates to 13,279 BTC, approximately 11,000 of which were mined prior to the December 2020 hack.[45] Depending on the BTC to USD exchange rate, this amount can be worth more than $1 billion USD.  If BTC is valued at $9,500 USD per BTC, which was the going rate in June 2020, the value is around $126 million.

104.   A typical public pool would charge a fee of around 2% on gross rewards, which for LuBian would translate to 265.58 BTC.   In June 2020 price terms (approximately $9,500 USD per BTC), this corresponds to millions of dollars paid to an

---

[45] https://mempool.space/mining/pool/lubiancom.

external pool for variance reduction and payout services that a large operator can readily provide for itself.

105.   For a small miner, paying a pool fee can be a sensible trade-off to smooth out the risk of going many days without finding a block.  For a 175-MW, whale-scale industrial operation, however, the cost of running its own pool is negligible compared to the large, recurring Bitcoin losses that third-party pool fees would impose each year.

106.   Taken together, these considerations make it economically and strategically implausible that an Iranian mining enterprise would simply contribute its hashrate to an unrelated public pool and pay that pool's fees.  The more coherent explanation is that the Iran-China Group operated its own dedicated pool identity.  The observed LuBian pool, with hashrate and production matching those of the Rafsanjan project, fits the profile of a dedicated, single-operator pool.

### vii.    New independent miner analysis around the 50,000-ASIC deployment

107.   To test whether the physical mining project documented in the shipping, licensing, and power records described in Opinions 1 and 2 is the same project whose work is reported on-chain under the LuBian pool label, I conducted a "New independent miner" analysis of the Bitcoin network.  The goal of this analysis was to identify which mining entities first appeared on the Bitcoin network shortly after the shipment and expected installation of around 50,000 ASIC miners described in the Iran-China Group documents, and which of those entities continued mining thereafter at a scale consistent with a large industrial farm.

108.    Using the deployment window indicated by the shipment and project records in Opinions 1 and 2, I queried the Bitcoin network for miners that:

  a.    First appeared between 1 March 2020 and 15 May 2020 (the period in which the documented 50,000 ASICs would likely have been shipped, installed, and brought online);

  b.    Had not mined before that range, to exclude already-active miners;

  c.    Were still mining on or after 1 July 2020, on the assumption that an operation of this size would continue in production for at least several months to cover costs and be a solid financial investment; and

  d.    Were mining independently, with no other connection to well-established pools or mining enterprises.

109.    When these criteria were applied, one address—associated with LuBian—accounted for the overwhelming majority of blocks.  *See* Figure 6.  This shows that the only new, large, persistent hashrate coming online in the time window (*i.e.*, until the hack) defined by the shipment and deployment records in Opinions 1 and 2 is attributable to LuBian.



*Figure 6 – New independent miner query results*

  **viii.    LuBian's own public statements about operating in Iran**

110.    Media platform 8btc quoted LuBian's co-founder, Liu Ping, as describing construction of a large mining farm in Iran, and operation of what he characterized as

the largest compliant Bitcoin mining farm in the country.  He claimed it was developed in cooperation with a local private power plant whose investors are Chinese and Iranian, and supported by local customs and regulatory channels.  He claimed LuBian had "good relations" with Iran's Ministry of Energy, Ministry of Foreign Affairs, and "even the army," together with its own customs channels and local partners.  Attached as **Exhibit 24** is a true and correct copy of that article.[46]

111.    These statements describe LuBian building and operating a large, compliant mining farm in Iran with strong local relationships.  That description is consistent with Iranian and the Iran-China Group materials that present the Rafsanjan SEZ project as a large, licensed Iran-China joint venture with deep local and governmental connections.

### B.    Analysis

112.    On the basis of the factual material set out above and my experience analyzing mining hashrate, pool behavior, and physical infrastructure, I draw the following conclusions.

113.    *First*, the physical capacity of the Iran-China Group's Rafsanjan project and LuBian's observed output are of the same order of magnitude.  The documented 175 MW facility with approximately 50,000–54,000 2019–2020-generation ASICs implies a hashrate in the range of roughly 2.75–3.55 EH/s.  Against the prevailing 2020 network hashrate, a farm of that size would be expected to find on the order of four or more blocks per day.  LuBian's on-chain block production over the relevant period is

---

[46] Vincent He, *China-based Lubian.com Boasts the Largest Compliant Bitcoin Mining Farm in Iran*, 8btc (Aug. 12, 2020), https://web.archive.org/web/20230505201231/https://news.8btc.com/china-based-lubian -com-boasts-the-largest-compliant-bitcoin-mining-farm-in-iran.

consistent with exactly that scale of hashrate contribution.  In other words, the physical project and the on-chain pool footprint match in size and timing.

114.    *Second*, LuBian's behavior around Iranian grid events is characteristic of a large, single-site operation physically tied to the Rafsanjan region rather than of a geographically dispersed pool.  During the 2021 electricity outages affecting the Rafsanjan/Kerman area, LuBian's hashrate shows sharp, time-aligned drops followed by gradual recovery as power conditions improve.  This pattern is what one expects from a facility whose power draw is constrained by local outages; it is not consistent with a pool whose hashpower is broadly distributed across multiple jurisdictions.

115.    *Third*, the "new independent miner" analysis links the deployment of tens of thousands of ASICs described in the shipping and project records to the appearance of LuBian as a new, large, persistent miner on-chain.  Within the March-May 2020 window in which the Rafsanjan hardware would have been installed and brought online, LuBian is the only previously inactive miner that comes online at a scale consistent with a 175 MW farm and remains active thereafter.  I am not aware of any other new pool or miner in that period whose size and persistence could plausibly correspond to the documented the Iran-China Group deployment.

116.    *Fourth*, the economic and sanctions context strongly favors operating a dedicated pool identity rather than donating this hashrate to an unrelated third-party pool.  At the documented scale, LuBian's share of global hashrate—and thus its rewards—is large enough that a typical 2% pool fee would represent millions of dollars per year in foregone Bitcoin costs that an operator of this size can avoid by running its own pool infrastructure.  For a mining enterprise based in Iran, routing all rewards

through a foreign pool also introduces serious sanctions and custodial risk: under the usual model, the pool operator temporarily controls the block rewards and may be legally compelled or incentivized to block payouts to sanctioned jurisdictions. By contrast, if the Rafsanjan facility mines through a dedicated pool identity, coinbase rewards are paid directly to addresses under the operator's control, without an intermediary whose compliance obligations could interrupt the flow of funds. At this scale and in this jurisdiction, a dedicated pool label is the natural and risk-minimizing choice.

117. *Fifth*, LuBian's own public statements about building and operating a large, compliant mining farm in Iran with strong local relationships fit the profile of the Iran-China Group Rafsanjan project. The description of the largest compliant mining farm in Iran, built with Iranian partners, closely matches how Iranian media and the Iran-China Group describe the Rafsanjan facility itself. This is an external, self-authored confirmation that the LuBian pool is tied to a large Iranian mining project rather than to a dislocated or China-based farm.

118. *Finally*, when the size and timing of the hashrate, the reaction to Iranian grid events, the new independent miner analysis, the pool-economics rationale, and LuBian's own statements are viewed together, they form a coherent picture. There is one documented 175 MW, 50,000-ASIC mining project in Rafsanjan, and one new whale-scale pool—LuBian—that appears on-chain when that project comes online and behaves exactly as such a facility would. In my opinion, the only reasonable explanation is that the Iran-China Group's Rafsanjan mining operation is the mining

operation whose work appears on-chain under the "LuBian" pool label, and that "LuBian" is the dedicated pool identity of that project.

119.    I therefore conclude, to a reasonable degree of professional certainty, that the Rafsanjan mining operation, owned and controlled by the Iran-China Investment Development Group, is the mining operation whose work is reported on-chain under the "LuBian" mining pool label, and that "LuBian" is the dedicated pool identity of that Iran–China Group mining operation.

### III.    Opinion 3:  The Iran-China Group/LuBian Was Managing the LuBian Reserve

120.    It is my opinion that the approximately 127,000 BTC stolen in the December 2020 LuBian hack was, immediately prior to the hack, owned and controlled by the Iran-China Group/LuBian mining operation through its pool-level payout, aggregation, and treasury wallets.  The Iran-China Group, under the name LuBian, not only managed the wallets from which the BTC was diverted but also held the private keys for them.  This is evident because the wallets sent messages to the hacker identifying themselves as LuBian.  To send these messages, one must have the private keys for those wallets.

121.    The Lubian Reserve includes at least 11,000 BTC that can be directly traced to coinbase rewards from blocks mined under the "LuBian" mining pool label by the Iran-China Group's mining operation in Iran, commingled with other inflows.  In other words, the ≈127,000 BTC that was ultimately stolen in the LuBian Hack was LuBian's own pool-level reserve, containing LuBian-mined and managed Bitcoin.

#### A.    Factual Support

122.    For this opinion, I rely on the following factual matters and materials:

### i.    Identification of LuBian-mined Rewards

123.   As described in Opinion 2, LuBian-mined blocks embed the string "lubian.com" in coinbase transactions.  *See* Figure 1.  These self-tagged outputs are used in public pool data (for example, mempool.space and BTC.com) to attribute specific blocks and their rewards to the LuBian pool.

### ii.    Tracing LuBian mining rewards into pool-controlled wallets

124.   Starting from the LuBian-tagged coinbase outputs, I trace the rewards forward and observe a consistent pattern.

125.   Rewards from LuBian-tagged coinbase outputs first move into payout addresses that distribute mining proceeds.  *See* Figure 7.  Summing all payout rewards to LuBian's address from the first day LuBian started to the exact moment the hack started, the total amount of Bitcoins is 11,166.51 BTC.

126.   From those payout addresses, funds are then consolidated into a set of aggregation and treasury wallets that repeatedly receive LuBian-sourced inflows and hold large, growing balances.



*Figure 7 – Tracing diagram from LuBian-tagged coinbase outputs → aggregation/treasury wallets.*

127.    The structure and behavior of these aggregation and treasury wallets are typical of pool-level reserves under operator control, rather than of individual miners or retail users.

128.    A table of these wallets is reproduced here as Figure 8.

| Wallet Number | LuBian Address | Stored Value (BTC) |
|---|---|---|
| 1 | 3Pja5FPK1wFB9LkWWJai8XYL1qjbqqT9Ye | 20675.18895 |
| 2 | 38Md7BghVmV7XUUT1Vt9CvVcc5ssMD6ojt | 15033.24706 |
| 3 | 34Jpa4Eu3ApoPVUKNTN2WeuXVVq1jzxgPi | 14139.26 |
| 4 | 3FrM1He2ZDbsSKmYpEZQNGjFTLMgCZZkaf | 14000.01064 |
| 5 | 3AWpzKtkHfWsiv9RGXKA3Z8951LefsUGXQ | 10500.03723 |
| 6 | 3KabDvdetZXDHNm9HXowLc9SppiSXKn7UU | 9500.986444 |
| 7 | 338uPVW8drux5gSemDS4gFLSGrSfAiEvpX | 9099.008144 |
| 8 | 3NmHmQte2rP8pS54U3B8LPYQKkpG1pFF69 | 8500.011144 |
| 9 | 34KYo7VdVr5CJ7m4hYhH9RpwqXhbsTrw4T | 4500.006044 |
| 10 | 3HuUiXmKN3beQSoM97kWjK1fesWWJvKvaZ | 4500.005045 |

| 11 | 33uEsaGLcF9H46Dvzx1kMnuMCQ13ndkAjV | 3000.087929 |
| 12 | 32i6n2vXhjvJg1vniURFy7A5VK6eG6oDgg | 3000.087868 |
| 13 | 3B1u4PsuFzww1P8if5jYmitXxpMs2EMSqt | 2999.087868 |
| 14 | 3MHa8JJ3bu8j3x3iQHhqsrZvk1EjBQmC78 | 2700.434596 |
| 15 | 389JrNcn8trYgYi2EtHi4X7bTCqtVbep86 | 1500.008044 |
| 16 | 339khCuymVi4FKbW9hCHkH3CQwdopXiTvA | 1499.999065 |
| 17 | 3JJ8b7voMPSPChHazdHkrZMqxC7Cb4vNk2 | 1000.077606 |
| 18 | 3J4sTPyD1g6KvNUSJxjwLs4iaPeDPqxUZr | 499.9070652 |
| 19 | 3DdFSGcXaP2rZ9CaL3tjnqRARvQ5K3VW4a | 251.5952816 |
| 20 | 39B6oSa58qNpFMGpuowtRHAYp3fM4ghXRq | 212.5882816 |
| 21 | 3LjTXe31gepN8nW3AZyKpyD2QwbtmfjNwm | 155.7452237 |
| 22 | 36UNrMNN3xk1dTfqCWAPmrfBXA2gykCPBK | 154.279 |
| 23 | 3BA3PEF4BMoy9y3kdMRUdMhL8Gp24vikhF | 2.16511592 |
| 24 | 34MFtk9iMxYcUPZWXHfiGfqz4o7X3kpJbV | 0.4974664 |
| 25 | 3GaB3nRWA1PLc3XQkkbpVtFwYYZEuMxD4i | 0.01932864 |

| 26 | 3L2QxhpSAHYqct4ev87q6nWz7oEBaG4xuE | 0.01125 |
| 27 | 39qUj7LpZ2femGMiZ5SygD6QCprb95JW6a | 0.01105762 |
| 28 | 3PQzDoiwW7pYh49MotPrVcsydQCq5ES1Bz | 0.00818598 |
| 29 | 3PWNGS2357TnjRX7FpewqR3e3qsWwpFrJH | 0.00497864 |
| 30 | 3BiGMc9DxJ5NGjSohc3iNti2LedVL8EjKz | 0.00025 |

*Figure 8 – BTC stored in LuBian wallets prior to the December 2020 hack*

### iii.    Behavior of the LuBian Reserve wallets

129.   A time series of balances for the LuBian Reserve wallets shows progressive accumulation of Bitcoin and no sustained downward trend in those balances before the hack that would indicate systematic liquidation of either the LuBian-mined portion or the Reserve as a whole.



*Figure 9 – Time-series chart of balances in LuBian aggregation/treasury wallets, including the 11,000 BTC LuBian-mined portion*

130.    When I analyze outbound transactions from the LuBian Reserve wallets before the hack, I observe that many transactions are internal reorganizations, moving funds between addresses that remain within the LuBian clusters under standard clustering heuristics.    A smaller subset appears to represent limited operational payments or distributions.    And a small volume goes to addresses that can be confidently attributed to external services (*i.e.*, funds that went to exchanges).

131.    Importantly, these outbound flows do not exhibit a consistent pattern of large transfers to recognized exchange or over-the-counter deposit clusters.



*Figure 10 – Outbound-flow analysis from LuBian Reserve wallets during March–October 2020*

      **iv.**      **The diverted 127,000 BTC are the LuBian Reserve**

132.   Public law-enforcement materials and independent blockchain analytics reports describe a December 2020 incident in which approximately 127,000 BTC were diverted from a small set of interrelated wallets associated with the LuBian mining operation.

133.   Elliptic, a blockchain analytics firm, links this ≈127,000 BTC seizure to a diversion from the LuBian operation.  The article states that its analysis "shows that these bitcoins were 'stolen' in 2020 from Lubian.'"  Attached as **Exhibit 25** is a true and correct copy of this article.[47]

---

[47] *$15 billion seized by US originates from Iran/China bitcoin miner "theft"*, Elliptic (Oct. 14, 2025), https://www.elliptic.co/blog/15-billion-us-seizure-reveals-prince-groups-connection-to-iran-china-bitcoin-mining-theft.



*Figure 11 – The Flow of Funds chart illustrates the flow of BTC from the LuBian pool to the hacked wallets.[48]*

134.    Like Elliptic, Arkham Intelligence analyzes the same hacked wallets and treats the ≈127,000 BTC as a pool-level reserve associated with LuBian and its operators.  Like Elliptic, Arkham's analysis reveals "the seized Bitcoin are the same Bitcoin" from the LubIan hack.  Attached as **Exhibit 26** is a true and correct copy of a research note published by Arkham Intelligence on the ≈127,000 BTC seized by the United States.[49]

135.    These sources consistently describe the coins as having been accumulated in a limited set of aggregation and treasury-style wallets and then drained in a short series of transactions to hacker-controlled addresses in December 2020.

---

[48] *Id.*
[49] Finn Grant, The U.S. Government Has Seized $15 Billion BTC Linked to LuBian, Arkham         Intelligence         (Oct.         16,         2025), https://info.arkm.com/research/us-government-btc-seizure-lubian-chen-zhi-pig-butchering.

###### v.    Drainage of the LuBian Reserve in December 2020

136.    In December 2020, the wallets holding the LuBian Reserve were drained through a short series of large transactions, sending almost the entire ≈127,000 BTC balance to a small set of previously inactive addresses.  These recipient addresses had no prior LuBian-related inflows or mining activity and have been treated in law enforcement and analytics reporting as hacker-controlled wallets.   The relevant transactions move funds directly from the aggregation/treasury wallets to these addresses, without any intervening exchange deposits or other intermediaries.

###### vi.    Post-Hack Messages from LuBian to the Hacker-Controlled Addresses

137.    After the hack, messages were broadcast on-chain to the addresses that received the stolen funds, including a message stating:   "MSG from LB.  To the white-hat who is saving our asset, you can contact us through 1228btc@gmail.com to discuss the return of asset and your reward."  Figure 12.  This email address appears to explicitly reference the hack—December 28, 2020, *i.e.* 12/28 or 1228, is the date when the majority of the hack occurred.



*Figure 12 – Representative screenshots/logs of post-hack messages with translations*

138.    These messages are directed to the same addresses that received the outflows from the aggregation and treasury wallets described above, and they describe the funds at those addresses as "our asset."

139.    To successfully embed a message data (such as the text "return our money") in the Bitcoin blockchain in a way that is verifiably linked to a specific Bitcoin address, the person or entity performing the embedding must, at the exact time the transaction is created and broadcast, have possession and control of the private key corresponding to that address.

140.    Bitcoin, as other cryptocurrency—which is technically stored on the blockchain—is accessed via "wallets," which in turn store a private key (a long alphanumeric sequence similar to a password).[50]  Whoever has the private key can use the cryptocurrency associated with the wallets.  This means that in practical terms, knowledge of the private key is tantamount to ownership of cryptocurrency—a principle enshrined in the crypto community's adage "not your keys, not your crypto."[51]

141.    Each of the wallets listed in Figure 8 above sent one of these post-hack messages, requesting the return of funds, conclusively placing them under the control of whoever had possession and control of the private key for that wallet.  Attached as **Exhibit 27** is a true and correct copy of one of these messages from each of the addresses listed in Figure 8 above.

---

[50] *Non-Custodial Wallets vs Custodial Wallets: Know the Difference*, bitpay, (July 24, 2025), https://www.bitpay.com/blog/non-custodial-wallets-vs-custodial-wallets.
[51] *Id.*

## B.    Analysis

142.    On the basis of the factual material set out above and my experience tracing pool rewards, clustering wallets, and interpreting blockchain-forensics reports, I draw the following conclusions.

143.    *First*, the LuBian-tagged coinbase outputs described in paragraphs 74 and 123 above provide a reliable starting point for attributing mined rewards to the LuBian pool.  When those outputs are followed forward on-chain, they flow, via identifiable payout addresses, into the aggregation and treasury wallets described in paragraphs 125–28—in other words, the wallets that held the ≈127,000 BTC.  That pattern is what one expects from pool-level reserve management:  rewards from many blocks are consolidated into a small set of high-balance wallets rather than being dispersed directly to a wide population of independent miners.

144.    *Second*, independent    law-enforcement    and    analytics    reporting, summarized in paragraphs 132–34, examines those same wallets and characterizes the ≈127,000 BTC accumulated there as a pool-level reserve associated with LuBian that was stolen in December 2020.  This external characterization is consistent with the on-chain clustering and balance behavior described in paragraphs 129–31 and provides third-party corroboration that the aggregation and treasury wallets are controlled by the LuBian operation.

145.    *Third*, the December 2020 draining transactions described in paragraph 134 show that the ≈127,000 BTC at issue was held in those operator-controlled aggregation and treasury wallets immediately before it was stolen.  The funds were transferred directly from the wallets that received LuBian-mined rewards to a small set

of previously inactive addresses with no prior LuBian-linked history.  There is no on-chain indication that ownership changed at any intermediate step, and no evidence of an exchange or other custodial service standing between LuBian and the hacked addresses.  This is the pattern of a diversion from the operator's own reserve.

146.  *Fourth*, the on-chain messages sent after the hack provide LuBian's own description of the coins and demonstrate continued control of the relevant addresses. Messages sent to the hacker-controlled addresses explicitly refer to the coins as "our asset" and invite the "whitehat" to contact them about returning them.  To broadcast such a message from a particular address, the sender must sign a transaction with the private key for that address at the time of broadcast.  These messages, therefore, both (i) confirm that LuBian regarded the ≈127,000 BTC as its own pool asset and (ii) show that LuBian retained the ability to authorize transactions from addresses associated with the hacked wallets.

147.  *Fifth*, the 11,000 BTC of LuBian-mined Bitcoin identified in this report, together with the other inflows making up the ≈127,000 BTC LuBian Reserve, was not substantially liquidated or "cashed out" on-chain prior to the December 2020 hack. Blockchain analysis shows that the ≈11,000-BTC portion directly traceable to LuBian-mined coinbase rewards were aggregated into the treasury wallets and commingled with other inflows held there.  Immediately before the hack, they form part of the ≈127,000 BTC balance that is then drained into hacker-controlled addresses. There is no on-chain indication that this LuBian-mined portion was carved out prior to the December 2020 hack.

148.    *Sixth*, when the traced provenance of the coins from LuBian-tagged coinbase outputs, the clustering of aggregation and treasury wallets, the December 2020 draining pattern, the external reporting, and the post-hack messages are taken together, the ownership and control structure is clear.  Immediately before the hack, the ≈127,000 BTC at issue was held as a centralized reserve in LuBian-controlled aggregation and treasury wallets that had accumulated, among other inflows, at least ≈11,000 BTC directly traceable to LuBian-mined coinbase rewards from the Iran-China Group's Rafsanjan operation.  In my opinion, that Reserve is properly understood as LuBian's own pool-level stock of Bitcoin, over which LuBian controlled the private keys, rather than as an asset held for some independent third party.

149.    In my professional opinion, the approximately 127,000 BTC diverted in the December 2020 LuBian hack constituted a pool-level reserve controlled by the LuBian mining operation via its payout, aggregation, and treasury wallets (the LuBian Reserve). At least 11,000 BTC of that Reserve can be directly traced to Bitcoin mined under the LuBian mining pool label by the Iran-China Group's mining operation in Iran, with the balance consisting of other commingled inflows.

150.    Accordingly, from a technical and economic perspective, the ≈127,000 BTC diverted in the hack were controlled by LuBian prior to the hack and should be understood as LuBian's own pool-level reserve (including a substantial portion of LuBian-mined Bitcoin).

## IV.    Opinion 4:  The Iran-China Group/LuBian Project Operated at the Behest and to the Benefit of Iran

151.    Based on shipping and logistics records, licensing and power documents, corporate and OSINT materials on the Rafsanjan industrial zone, public statements by

Iranian officials and LuBian/the Iran-China Group representatives, and on-chain analysis of LuBian's mining output, I have reached the following conclusions:

152.    Mining cryptocurrency to fund imports was an important priority for the Iranian regime.

153.    Iran assisted the Iran-China Group and its affiliated entities to establish and operate a large-scale mining project on Iranian soil, powered through state-linked industrial infrastructure, supplied via state-linked shipping and regulatory channels, and benefiting from heavily subsidized and preferentially treated electricity.    As part of this arrangement, the Iran-China Group developed and then donated to the Iranian state the ferrochrome and mining substations and a segment of the high-voltage transmission line that supplies the Rafsanjan complex, so that the mining operation runs on grid infrastructure developed by the Iran-China Group and subsequently transferred into state ownership.

154.    The large, centrally controlled LuBian Reserve of Bitcoin accumulated on-chain (approximately 127,000 BTC, including at least 11,000 BTC directly mined under the LuBian pool label) is the economic output of this state-assisted mining enterprise, held for Iran's benefit.

A.    **Factual Support**

155.    This opinion relies on factual material, corresponding to (i) the Iranian government's investment and involvement in the Iran-China Group/LuBian project through electricity subsidies, state-linked infrastructure, and direct access to state actors; and (ii) the result of that investment in the form of the LuBian Reserve.

### i.    Iranian Investment and Involvement in the Iran-China Group/LuBian Project

156.    *Electricity Subsidies*:    Iran subsidized the Iran-China Group/LuBian's crypto mining in Rafsanjan by giving preferential treatment to Top Echo, the owner of the power station that supplies the Rafsanjan mining facility.

157.    Corporate and registration materials show that the Iran-China Group and the Top Echo group form a single economic unit that controls both the ferrochrome factory, power complex, and the Rafsanjan mining farm.

158.    Top Echo is an Iran-China industrial group with both an Iranian operating company ("Top Echo Middle East Co.") and a Hong Kong entity ("Top Echo Hong Kong").    Corporate records for Top Echo Hong Kong show that, until at least 2023–2024, it held a 50% stake in the Iranian Top Echo entity, confirming Top Echo Hong Kong as a direct shareholder and control vehicle for the Rafsanjan operations. The same records list key individuals associated with both the Iran-China Group and the Top Echo entities:    Mohammad Hassan Ranjbar appears as an early shareholder and CEO of the Iranian Top Echo entity and also as chairman of the board of the Iran-China Group, while Rish Ou appears as Top Echo Hong Kong's representative and as managing director of the Iran-China Group.    Attached as **Exhibit 28** is a true and correct copy of a Farsi to English translation of the Official Gazette of the Islamic Republic of Iran providing a description of Top Echo's corporate structure.    *Cf.* **Exhibit 2** (Official Gazette describing the Iran-China Group).

159.    The Iran-China Group repeatedly publicly presented the ferrochrome factory as its own project.    In an Instagram post depicting the factory, the Iran-China

Group touted the Rafsanjan Ferrochrome Plant as a "National Model Project."  Attached as **Exhibit 29** is a true and correct Farsi to English translation of this post.[52]

160.   In a public Telegram post, Iran-China Group Chairman Mohammad Hassan Ranjbar described the "Ferrochrome factory in Rafsanjan in the form of the Top Eco Middle East Company" as its "projec[t]."   He further explained that the Iran-China Group has donated to the Government of the Islamic Republic of Iran the ferrochrome factory's electricity substation, the mining electricity substation, and a portion of the Zarand-Rafsanjan power transmission line.  Attached as **Exhibit 30** is a true and correct copy of this Telegram post.

161.   As a matter of ordinary commercial practice, the Iran-China Group could not have donated these assets unless it owned or controlled them.  In my opinion, this letter is therefore direct confirmation that the Iran-China Group/Top Echo owned and controlled the ferrochrome substation, the dedicated mining substation, and the relevant segment of the transmission line prior to their formal transfer to the state.

162.   Taken together, these overlaps in shareholders and management, combined with the Iran-China Group's ability to donate the ferrochrome power infrastructure to the state, show that Top Echo is not an arm's-length third party but part of the same Iran-China investment structure as the Iran-China Group.  Economically, the Iran-China Group and Top Echo operate as a single group that controls the ferrochrome factory, power complex, and cryptocurrency mine in the Rafsanjan Special Economic Zone.

---

[52]    Iranchinaidg    (@iranchinaidg),    Instagram    (Mar.    13,    2020), https://www.instagram.com/iranchinaidg/p/B9q7AFLFJbg.

163.    Independent technical sources identify Top Echo as operating a major ferrochrome plant in Rafsanjan.  Localization work and satellite mapping place "Top Echo Middle East Co." within the Rafsanjan Special Economic Zone, in the same industrial cluster where the Iran-China Group's mining farm is located.  *See* **Exhibits 16–21**.  According to the U.S. Geological Survey, "Top Echo Co." operates a ferrochrome plan in Rafsanjan, Kerman province.  Attached as **Exhibit 31** is a true and correct copy of an excerpt from the U.S. Geological Survey Minerals Yearbook.[53]

164.    The ferrochrome operation includes a dedicated high-voltage substation stepping transmission-level power (approximately 230 kV) down to 33 kV for industrial use.  Open-source imagery and project materials show a 230/33 kV ferrochrome substation adjacent to the ferrochrome plant and to the containerized mining facility.  *See* **Exhibits 7, 14, 10, 16–21**.  As discussed below, that substation functions not as an independent power generator, but as an industrial feed and voltage-stabilization point for loads in the complex.

165.    Open-source imagery and technical materials link this power infrastructure to the Iran-China Group mining facility.  Videos and imagery show:

a.    A bank of six large outdoor transformers receiving a 33,000-volt input, sufficient to support a mining farm in the 160–175 MW range.  *See* Figure 13.

---

[53] 2022 Minerals Yearbook: Iran 18, U.S. Geological Survey.



这个区域是我们6台3500千伏的变压器
This area is our 6 sets, 3500 kV transformer

*Figure   13   –   Screenshot   of   a   large   outdoor   transformer,*
*https://youtu.be/9ofEZftDFyM?t=110.*

      b.    A "33 kV inlet cabinet" in the distribution room, which is the physical

connection point where the 33 kV line from the external grid enters

the building.  The presenter in the promotional video is in a room

referred to as the "distribution room," which was successfully

identified using satellite imagery.  *See* Figures 14 & 15.



*Figure 14 – Screenshot of the presenter pointing to the distribution room*

    c.      Transmission lines connecting this distribution room to a complex of blue containers identified as housing Bitcoin miners in overhead imagery. The red distribution room, the six transformers, and the containerized miners appear within one integrated site. *See* Figure 15.



*Figure 15 – Transmission lines connecting the ferrochrome plant to the distribution room.*



*Figure 16 – The red distribution room is on the right, six transformers are on the left, and the blue containers are the Bitcoin miners themselves.*

166.    Figures 15 and 16 above provides crucial geospatial proof by pinpointing the exact location of the transformers (seen in the previous photos) within the mining complex and visually tracing the transmission lines that run directly from the mining site to the neighboring "Ferrochrome" power substation.   These images confirm that the mining farm is connected to the ferrochrome substation because the voltage levels match perfectly, and satellite imagery shows the physical connection.   Since the mining farm's equipment is explicitly labeled to receive a 33 kV input, it proves the facility was engineered to plug directly into that specific industrial power feed.

167.    Other sources describing the facility support these findings.   Iranian media confirm that "the largest digital currency production unit in Iran" is located in Rafsanjan SEZ and integrated into the ferrochrome power complex.  **Exhibits 14–15**.

168.    Moreover, an electricity bill attributable to the Iran-China Group for the Rafsanjan cryptocurrency mine for the period October 22–20 November 20, 2020, records approximately 58.6 million kWh of consumption.  Over a 30-day (720-hour) period, this corresponds to an average load of roughly 81 MW.  **Exhibit 12**.

169.    The cryptocurrency farm utilized approximately 175 MW of power.  This determination was based on a comprehensive calculation that included the power requirements necessary to operate the 50,000 miners shipped at the facility, as well as a comparative analysis of the actual hashrate generated on the Bitcoin network, which indicated a need for such elevated power levels.  Yet the electricity bill for October–November 2020 charged the Iran-China Group only for 81 MW, suggesting that Iran charged the Iran-China Group for only about half of the electricity it actually used.  This reduced bill is likely attributable to the fact that the other half of the electricity needed to power the mining facility came from the electricity substation via direct connection to the facility.

170.    Top Echo's ferrochrome substation received preferential electricity tariffs, financial support, and political backing.  The ferrochrome station is supplied at a cheap industrial tariff that is significantly lower than the official crypto-mining tariff, and the Iran-China Group's own correspondence distinguishes between these tariffs.

171.    Iran charges higher energy tariffs for cryptocurrency miners, which at the time the IranChina Group received the electricity bill, **Exhibit 12**, was 4,800 rials per kilowatt-hour. Attached as **Exhibit 32** is a true and correct article from an Iranian

economic news website describing an April 2021 increase in the tariff, which before that 4,800 rials.[54]

172.    In a public letter dated January 2021 concerning the Rafsanjan project, the Iran-China Group chairman Mohammad-Hassan Ranjbar explicitly identifies the tariff applied to the ferrochrome factory as an "industrial" tariff, not a mining tariff, and confirms that the ferrochrome facility is billed on that basis.  **Exhibit 30**.

173.    Reporting on an electricity bill attributable to the Iran-China Group for the Rafsanjan mining project for the period 22 October–20 November 2020 shows that total consumption during the period of approximately 58.6 million kWh; and an energy-cost component (before VAT, taxes, and arrears) implying an effective rate of approximately 4,051 rials per kWh (about 405 tomans per kWh at the time), close to but somewhat below the 4,800-rial crypto-mining tariff.  **Exhibits 12 and 32**.

174.    By contrast, Ranjbar's letter indicates that the ferrochrome plant's electricity is billed at an industrial tariff that is, on a per-kWh basis, roughly one-tenth of the export-rate mining tariff.  **Exhibit 32**.  In other words, the same group controls a mining farm that is, on paper, subject to the high export-rate mining tariff and an adjacent ferrochrome facility that draws large volumes of power at a much cheaper industrial rate.

175.    The combination of shipping data, network hashrate, and the October–November 2020 bill shows a gap between the farm's expected power draw and the volume of power billed at the mining tariff.

---

[54] "Cryptominers Admonish Higher Power Tariffs," Eghtesadonline (Apr. 11, 2021), https://en.eghtesadonline.com/en/news/786313/cryptominers-admonish-higher-power-ta riffs.

176.    Shipping and customs manifests show large consignments of 2019–2020 generation ASIC miners (including Antminer S17-class and Taurus C12 models) imported by the Iran-China Group into the Rafsanjan SEZ between late 2019 and mid-2020, in aggregate sufficient to equip a mining farm of around 50,000 units. **Exhibit 13**.

177.    Public specifications for such miners indicate per-unit power consumption on the order of 2.7–3.2 kW, implying a full deployment load in the range of approximately 135–160 MW, plus overhead.  **Exhibits 13 and 17**.

178.    Public Bitcoin-network data for 2020 show that LuBian's hashrate and block production are consistent with an installed capacity of at least 2.75–3.55 EH/s, matching the expected output of a 50,000-unit, 175 MW farm.

179.    The October-November 2020 bill attributable to the Iran-China Group records approximately 58.6 million kWh over a 30-day period, **Exhibit 12**, equivalent to an average load of roughly 81 MW.

180.    Thus, during a period when LuBian's on-chain performance and the shipped hardware indicate a mining capacity of about 160–175 MW, the billed consumption attributable to the Iran-China Group corresponds to only about half of that capacity.  In other words, Iran is donating electricity to subsidize the Iran-China Group's mining operation.

181.    In his January 2021 letter to the CEO of Tavanir, Ranjbar states that the ferrochrome factory's electricity substation, operating under an industrial tariff and a separate mining substation with independent transformers and mining tariffs defined by the Ministry of Energy, together with a portion of the Zarand–Rafsanjan power

transmission line have been donated by the Iran-China Group to the Government of the Islamic Republic of Iran.  **Exhibit 30**. The Iran-China Group confirmed this donation in an Instagram post, depicting a large transformer on a trailer and indicating it was being donated to the government of Iran.  Attached as **Exhibit 33** is a true and correct Farsi to English copy of that post.[55]

182.    This indicates that the ferrochrome substation and associated high-voltage infrastructure used to power the mining operation were developed by the Iran-China Group/Top Echo, and then they were formally transferred into state ownership while continuing to serve the mining complex.

183.    This donation demonstrates formal cooperation between the Iran-China Group and the Iranian state in constructing and integrating the power platform on which the Rafsanjan mining farm operates.

184.    *State-Linked Shipping and Customs Channels*:  Shipping and logistics records relating to the Iran-China Group mining project show that from December 2018 to September 2020, the Iran-China Group imported substantial quantities of mining equipment and associated infrastructure into Iran, including "server rooms"; transformers and high-voltage electrical goods; multiple large consignments of miners and accessories, measured in tens of thousands of cartons and packages; and follow-up shipments of miners and spare parts for maintenance and expansion.  *See* **Exhibit 13**.

185.    Many of these shipments were carried on vessels linked to the Islamic Republic of Iran Shipping Lines ("IRISL"), Iran's state-owned shipping entity, which has

---

[55]    Iranchinaidg    (@inranchinaidg),    Instagram    (Jan.    21,    2021), https://www.instagram.com/iranchinaidg/p/CKVtjXCBBZH/

been designated under U.S. sanctions and has been documented as using deceptive practices, such as falsifying documents, changing vessel names, and using front companies to evade sanctions.

186.    Illustrative shipment entries include:

a.    December 2018: Started shipping "server rooms."

b.    April 2019 to February 4, 2020: Most electricity goods (*e.g.*, transformers, high-voltage goods).

c.    February 9, 2020: Shipment with "INGREDIENTS"/essentials (*e.g.*, forms/knives/spoons/kitchen bakery machine).

d.    February 20, 2020: 15,518 cartons in 6*40HC containers of miners.

e.    March 7, 2020: 8,981 cartons in 4*40HQ containers said to contain miners and accessories.

f.    March 7, 2020: 1,400 packages in 1*40HQ container said to contain miners.

g.    April 1, 2020: 2,113 packages in 1*40HQ & 1*20GP containers said to contain miners and accessories.

h.    April 27, 2020: 60.65 CBM Taurus Miner (C12) – around 600 miners.

i.    May 27, 2020: 60.65 CBM Taurus Miner (C12) – around 600 miners.

j.    March 07 to July 16, 2020: Shipments of miners without specified numbers.

k.      July 27 to September 13, 2020: 2 shipments of 1,400 miners +

accessories (e.g., cooling pads, network switches) for maintenance.

187.    The manifests identify the Iran-China Group (or close variants such as

"Iran & China Investment Development Group") as the consignee, with destination

addresses in the Rafsanjan Special Economic Zone, and contact phone numbers and

named individuals (*e.g.*, an Iran-China Group inspector) that match the Iran-China

Group's corporate records.  *See* **Exhibit 13**.

188.    At least 10 of the 18 vessels which carried 40 shipments of mining

equipment to Iran for the Iran-China Group have been individually sanctioned by the

U.S. Office of Foreign Assets Control ("OFAC") for their connections to IRISL or REEL

Shipping L.L.C. and thus their role in helping Iran skirt sanctions.  *See* **Exhibit 13**

(shipping manifests listing vessels carrying cargo to Iran for the Iran-China Group).

Attached as **Exhibit 34** is a true and correct copy of screenshots from OFAC's website

showing these designated vessels.[56]

189.    IRISL is Iran's state-owned shipping line, designated by the U.S. Treasury

in 2008 for providing shipments and logistical services to Iran's Ministry of Defense and

Armed Forces Logistics and for using deceptive practices, including falsified documents

and front companies, in sanctions-sensitive trades.  Materials from OFAC describe

IRISL's role in shipments of military-related cargo and other sanctioned goods, including

a precursor chemical for Iran's missile program.  Attached as **Exhibit 35** is a true and

---

[56] *Sanctions List Search*, Office of Foreign Assets Control, U.S. Dept. Treasury, https://sanctionssearch.ofac.treas.gov (last visited Dec. 24, 2025).

correct copy of an excerpt from U.S. Department of State briefing on the U.S. Department of Treasury's decision to sanction IRISL.[57]

190.   OFAC has also designated REEL SHIPPING L.L.C. for being a part of an Iranian sanctions-evasion network.   In a July 30, 2025, press release (sb0215), discussing the designation of both REEL SHIPPING and the vessel ACE (formerly CHIEF, IMO 9228538), operated by REEL SHIPPING, the U.S. Department of Treasury explains that ACE loaded cargo in Iran, turned off its AIS transponder during loading, and misrepresented cargo information and origin in bills of lading, as part of a broader scheme to move Iranian commodities covertly and circumvent U.S. sanctions.   ACE was one of the ships that carried cargo for Iran-China Group to Iran in 2020.   Attached as **Exhibit 36** is a true and correct copy of this press release.[58]

191.   Below are various examples of sanctioned ships that carried cargo destined for Rafsanjan, Iran for the Iran-China Group:

a.   *Sanctioned Vessel – Directly Linked to IRISL (Sanctioned Pre-2021)*

| Vessel Name | IMO Number | Flag | Sanction Details | Addition to OFAC SDN List | OFAC Link |
|---|---|---|---|---|---|
| SHABGOUN | 9346524 | Iran | Container ship; linked to IRISL; subject to secondary sanctions. | No later than Sep 10, 2008.[59] | https://sanctionssearch.ofac.treas.gov/Details.aspx?id=25313 |

---

[57] Briefing on a Treasury Designation under Executive Order 13382, U.S. Dept. State (Sep.                        10,                        2008), https://2001-2009.state.gov/t/isn/rls/rm/109472.htm?safe=1#:~:text=They%20have%20also%20used%20front,use%20in%20Iran%27s%20missile%20program.

[58] Press Release, Treasury Takes Massive Action Against High-Profile Iranian Network, U.S. Dept. Treasury (Jul. 30, 2025),
https://home.treasury.gov/news/press-releases/sb0215.

[59] Press Release, Nonproliferation Designations, Office of Foreign Assets Control, U.S. Dept. Treasury (Sep. 10, 2008), https://ofac.treasury.gov/recent-actions/20080910.

| TOUSKA | 9328900 | Iran | Container ship; linked to IRISL; subject to secondary sanctions. | No later than Sep 10, 2008. | https://sanctionssearch.ofac.treas.gov/Details.aspx?id=25315 |
| SHABDIS | 9349588 | Iran | Container ship; linked to IRISL; subject to secondary sanctions. | No later than Sep 10, 2008. | https://sanctionssearch.ofac.treas.gov/Details.aspx?id=25390 |
| SHAHRAZ | 9349576 | Iran | Container ship; linked to IRISL; subject to secondary sanctions. | No later than Sep 10, 2008. | https://sanctionssearch.ofac.treas.gov/Details.aspx?id=25391 |
| GOODREACH | 9820257 | Hong Kong | Container ship; linked to IRISL; subject to secondary sanctions. | No later than Sep 10, 2008. | https://sanctionssearch.ofac.treas.gov/Details.aspx?id=25358 |
| ZARDIS | 9349679 | Iran | Container ship; linked to IRISL; subject to secondary sanctions. | No later than Sep 10, 2008. | https://sanctionssearch.ofac.treas.gov/Details.aspx?id=25395 |
| ABYAN | 9349667 | Iran | Container ship; linked to IRISL; subject to secondary sanctions. | No later than Sep 10, 2008. | https://sanctionssearch.ofac.treas.gov/Details.aspx?id=25343 |
| BEHTA | 9349590 | Iran | Container ship; linked to IRISL; subject to secondary sanctions. | No later than Sep 10, 2008. | https://sanctionssearch.ofac.treas.gov/Details.aspx?id=25372 |

*Sanctioned Vessel – Linked to REEL SHIPPING L.L.C. (Added Post-2021, but with Evasion History)*

| Vessel Name | IMO Number | Flag | Sanction Details | Addition to OFAC SDN List | OFAC Link |
|---|---|---|---|---|---|

| ACE (formerly CHIEF) | 9228538 | Unknown | Linked to REEL SHIPPING; involved in AIS manipulation and falsified documents for Iran trade. | July 30, 2025. | https://sanctionssearch.ofac.treas.gov/Details.aspx?id=54869 |
|---|---|---|---|---|---|
| AEOLUS | 9088524 | St. Vincent & Grenadines | Linked to REEL SHIPPING | July 30, 2025. | https://sanctionssearch.ofac.treas.gov/Details.aspx?id=54866 |

192.    Because the Iran-China Group's mining equipment shipments include voyages on IRISL-linked ships, and, in later patterns, vessels associated with REEL SHIPPING that U.S. authorities have publicly identified as sanctions-evasion platforms, along with similar types of vessels and operators, this overlap means the logistical backbone used to build the Rafsanjan mining facility is the same class of shipping infrastructure that Iran employs to move sanctioned goods covertly.

193.    *Direct Engagement with State Power Authorities*:  Beyond licensing and shipping, the project interacts directly with national power and security-linked institutions.

194.    In a letter to the CEO of Tavanir (Iran's national electricity company), the Iran-China Group chairman Mohammad Hassan Ranjbar identifies the Iran-China Group as operator of the Rafsanjan mining farm; cites its establishment and operating licenses; notes multiple high-capacity feeders installed for the site; and seeks permission to restart operations after a government-ordered mining suspension,

presenting the project as a significant industrial investment requiring special consideration.  **Exhibit 22**.

195.    In addition, in a Chinese-language interview, LuBian co-founder Liu Ping describes how the group operated in Iran:

> *"We have our own customs clearance channels as we have the experience of establishing the logistics company. And we have good local resources in Iran, and we have maintained good relations with the Ministry of energy, the Ministry of foreign affairs, and even the army in Iran.*

*Figure 17 – Statement by LuBian Co-Founder Liu Ping.*  **Exhibit 24**.

196.    Ping further explained that the group cooperated with a local private power plant whose investors were Chinese and Iranians.  **Exhibit 24**.  These statements are consistent with access to state-linked channels and institutions, including ministries and military bodies, rather than a purely arms-length commercial arrangement.

197.    Highlighting the Iran-China Group's connections to Iranian governmental authorities, the Iran-China Group publicly posted about the various high-level Iranian and company officials that attended the opening of the Rafsanjan mine on its Instagram account, including the Former Minister of the Economy and current Minister of Industry, Mine and Trade.  Attached as **Exhibit 37** is a true and correct Farsi to English translation of this post.

198.    Another post by the Iran-China Group's Instagram account further cements the connections with high-ranking government officials. The post also depicts Iranian governmental and Iran-China Group leadership attending the opening of the Rafsanjan site, noting the "Visit of [the] Advisor to the President and Secretary of the Supreme Council of Free Trade-Industrial and Special Economic Zones, to the 'Largest

Data center and Mining Unit in Rafsanjan.'"[60] Attached as **Exhibit 38** is a true and correct Farsi to English translation of the post.

199.  These elements show that the Iran-China Group/LuBian project operated within an environment of direct engagement by national power authorities and security-linked institutions, rather than at the margins of the system.

> ii.    **The LuBian Reserve Was the Result of The Iran-Backed Mining Operation.**

200.  As established in this declaration, documentary materials and on-chain analysis connect this physical and institutional setup to a specific pool identity and a large, centrally controlled Bitcoin stock.  The Iran-China Group's Rafsanjan mining project is the mining operation whose work appears on-chain under the "LuBian" pool label.

201.  Over the relevant period, LuBian-controlled payout, aggregation, and treasury wallets accumulated a large pool-level reserve of Bitcoin, on the order of ≈127,000 BTC, of which at least 11,000 BTC can be directly traced to LuBian-tagged coinbase rewards from blocks mined under the LuBian pool label.

202.  This Reserve was consolidated in a relatively small cluster of operator-controlled wallets, was largely retained rather than substantially cashed out on-chain and was drained in December 2020 in the so-called "LuBian Hack," after which U.S. authorities seized approximately 127,000 BTC as the proceeds of that theft.

203.  From a factual standpoint, this shows that the state-assisted Rafsanjan mining project did not simply pass mined coins straight through to a diffuse set of private miners.  It generated and accumulated a large, coherent Bitcoin stock under

---

[60]     Iranchinaidg    (@iranchinaidg),    Instagram    (May    9,    2020), https://www.instagram.com/iranchinaidg/p/B__gQzjhoEJ.

LuBian/Iran-China Group control—the LuBian Reserve—using Iranian energy, on Iranian territory, through state-linked infrastructure and channels.

**B.    Analysis**

204.    On the basis of the factual material in set forth above, together with the technical findings in Opinions 1–3, I conclude the following:

### i.    LuBian Operated a State-Backed Power Platform for Mining and Preferential Electricity

205.    From an analytical perspective, the overlap between the Iran-China Group and Top Echo is critical.  Corporate records show that Top Echo Hong Kong holds a controlling stake in the Iranian Top Echo entity, while the same individuals (including Mohammad-Hassan Ranjbar and Rixu Ou) occupy key roles in both Top Echo and the Iran-China Group.  On top of that, Ranjbar's letter confirms that the Iran-China Group was in a position to "donate" the ferrochrome substation, the dedicated mining substation, and a portion of the Zarand-Rafsanjan transmission line to the state.

206.    As a matter of commercial reality, an entity cannot donate critical grid infrastructure it does not own or control.  In my opinion, this confirms that the ferrochrome plant, its 230/33 kV substation, the mining substation, and the associated line were all developed and controlled by the same investment group that controls the Rafsanjan mining farm.  Economically, the Iran-China Group and Top Echo therefore function as a single integrated group controlling both the industrial power node and the mining operation, which is precisely the configuration one would expect if the group were tasked with implementing an energy-to-crypto strategy on the Iranian grid.

207.    The Iran-China Group's coordination with the Iranian government extended to receiving special designation for its internet lines to allow it to operate when

ordinary citizens could not.  A post by the Iran-China Group's Instagram account depicts a stock image of internet or fiber optic cables. The text on the image explains that "the [Iran-China Group] has secured all of its internet lines under the 'essential industries' category from the national internet infrastructure … [ensuring] that in the event of network disruptions or emergency situations, the facility can continue to access [the internet] for cryptocurrency mining[.]"  Attached as **Exhibit 39** is a true and correct copy of the post.[61]

208.   In my opinion, the donation of the ferrochrome substation, the dedicated mining substation, and a portion of the Zarand–Rafsanjan transmission line to the Government of the Islamic Republic of Iran is the clearest single indicator that the Rafsanjan complex is not a purely private venture but an instrument of state policy.  A private mining customer typically connects to pre-existing grid infrastructure owned by the utility; it does not construct bespoke high-voltage substations and transmission assets for a single industrial mining complex and then transfer those assets into state ownership while continuing to operate on them.

209.   Here, the Iran-China Group and Top Echo built the very grid platform needed to convert Iranian electricity into Bitcoin and then handed legal title to that platform to the state.  In analytical terms, that sequence of construction and donation shows that the infrastructure used to power the Iran-China Group/LuBian mine has been deliberately embedded into the state grid, rather than tolerated as a standalone private project.

---

[61]    Iranchinaidg    (@iranchinaidg),    Instagram    (Jan.    29,    2021), https://www.instagram.com/p/ CKo6nk9B0cs/?img_index=2.

210.    The ferrochrome facility and its substation form the grid "platform" on which the mining project runs.  Technically, the 230/33 kV substation is not a generation asset; it is a grid interface that steps transmission-level power down to 33 kV and stabilizes it for heavy industrial loads.  In other words, it is a specialized point at which Iranian grid electricity is made available in an industrial form.

211.    In my opinion, positioning the mining operation directly on this 33 kV industrial node is not incidental.  It creates a configuration where power procured from the national grid at industrial tariffs for ferrochrome production can be reused to feed a co-located mining farm with significantly discounted tariffs.  That, in turn, is how domestic grid resources can be converted into Bitcoin within a single integrated industrial complex.

212.    The imagery and technical materials show that this conceptual mining platform is implemented physically and electrically.  The bank of 33 kV transformers, the "33 kV inlet cabinet" in the distribution room, and the rows of containerized miners are all part of one continuous electrical system.  Transmission lines can be visually traced from the ferrochrome substation into the distribution room and out to the mining containers, and the mining equipment is expressly designed to receive a 33 kV feed.

213.    In my opinion, this layout confirms two technical points:  The mining farm is engineered as an extension of the ferrochrome high-voltage node, not as an independent customer on a separate distribution spur, and the farm's power intake is structurally tied to the same grid interface that supplies the ferrochrome plant.

214.    This integration is what allows the mining load to be served, in whole or in part, under the industrial grid arrangements built for the ferrochrome operation.  It is, in

effect, a way of plugging a large Bitcoin-mining facility directly into a state-approved industrial grid connection designed to use Iranian grid electricity for energy-intensive activity.

215.  *A State-backed Power Plan for Mining and Preferential Electricity Fees*: The tariff and billing evidence show how this integrated platform is used to give the Iran-China Group/LuBian project a de facto subsidy.  Official schedules place the export-rate mining tariff at 4,800 rials per kWh, while heavy industrial loads like ferrochrome are billed at significantly lower industrial tariffs.  Ranjbar explicitly confirms that the ferrochrome facility is billed at the industrial rate, not at the mining tariff.

216.  The Rafsanjan mining bill attributable to the Iran-China Group reflects around 58.6 million kWh (≈81 MW average) billed at a rate close to the export-rate mining tariff, even though shipped hardware and LuBian's observed hashrate correspond to an effective mining capacity in the 160–175 MW range.

217.  In practical terms, this means that during the relevant period, only about half of the power implied by the mining capacity is billed at the high crypto-mining rate. The remainder of the power required to sustain the observed hashrate must be coming from elsewhere in the complex, most naturally, the ferrochrome substation, where it is procured at the much cheaper industrial tariff; and both sides of this arrangement are within the knowledge and control of the authorities, because the same project is fully licensed, grid-connected, partially billed at the mining tariff, and formally integrated into the state grid through the Iran-China Group's donation of the substations and the line.

218.  From an economic standpoint, this structure allows the Iran-China Group/LuBian operation to mine Bitcoin using Iranian grid electricity at a blended

effective power price far below the official mining tariff. That is functionally equivalent to a state-administered subsidy on mining power. It is not a random billing anomaly; it depends on common ownership of the ferrochrome and mining assets, dedicated high-voltage infrastructure, explicit tariff differentiation, and regulator awareness of the site's full capacity.

219.   In my opinion, this is consistent with exactly how a state would implement a preferential arrangement for a favored operator: by supplying most of the mining load through an industrial node at industrial prices, while maintaining the formal appearance of a high-tariff mining connection for part of the load.

220.   *State-Linked Shipping and Customs Channels*:  The shipping and customs records show that the Rafsanjan mining facility was built and equipped using sanctioned Iranian vessels and operators.  Large consignments of miners, transformers, and server-room equipment are consigned to the Iran-China Group and routed into the Rafsanjan SEZ on IRISL-linked ships and later on vessels operated by REEL Shipping L.L.C., a company later designated for its role in covert Iranian trades.

221.   Analytically, this pattern matters for two reasons.  First, it shows that the construction of the Rafsanjan mining project relied on shipping channels that are already used to move sanctions-sensitive goods, rather than on generic, low-risk commercial carriers.  Second, it indicates that the project sits within the same operational ecosystem Iran uses for other sanctions-related activities, rather than outside it.

222.   In my opinion, if a large mining project were genuinely peripheral to Iran's interests, one would not expect to see its core hardware moving on Iranian vessels and

operators.  Indeed, if the operation was fully an independent Chinese venture, one could expect to see the miners being moved on Chinese vessels.  The fact that the miners were imported on state-linked Iranian vessels supports the view that the Iran-China Group/LuBian project is integrated into, rather than separate from, Iran's economic apparatus.

223.  *Direct Engagement with State Power and Security Institutions*:  Finally, the project's interactions with national power and security-linked bodies confirm that it operates inside the state apparatus, not at its margins.  The Iran-China Group's chairman deals directly with the CEO of Tavanir regarding high-capacity feeders, mining suspensions, and restarts.  LuBian's co-founder describes cooperation with a local power plant backed by Chinese and Iranian investors, consistent with the Iran-China Group/Top Echo ownership and grid structure.  And the Iran-China Group built and donated to Iran the power station that supplies the Rafsanjan mining site.

224.  In my opinion, these elements show that the project is managed and overseen at the level of national power—policy and security-linked institutions.  A foreign-backed mining facility drawing on the order of 175 MW, powered via donated high-voltage infrastructure, and directly engaged with Tavanir, is not an incidental consumer of electricity.  It is an implementation tool for a state strategy that aims to turn domestic grid power into Bitcoin.

### ii.    The LuBian Reserve as the Economic Output of the Scheme

225.  As Opinions 1 and 2 establish, on-chain analysis shows that the Iran-China Group's Rafsanjan facility mines under the "LuBian" pool label and that LuBian's hashrate and block output are consistent, in both magnitude and timing, with a

175 MW, ~50,000-ASIC farm coming online in 2020 in the Rafsanjan SEZ. Economically, the work reported under the LuBian pool identity is the output of this state-integrated, preferentially powered mining operation.

226.  Opinion 3 shows that rewards from LuBian-tagged coinbase outputs are funneled from those exchange transactions into payout addresses and then into a small set of aggregation and treasury wallets under LuBian control, where they are consolidated with other inflows into a pool-level reserve of approximately 127,000 BTC, including at least ≈11,000 BTC directly traceable to LuBian-mined crypto exchange rewards.

227.  In my opinion, the ≈127,000 BTC LuBian Reserve is the direct economic output of Iran's cryptocurrency mining strategy as implemented through the Iran-China Group/LuBian project: a large, centrally controlled stock of Bitcoin generated using Iranian energy, on Iranian territory, through state-linked infrastructure, preferential electricity, and state-run logistics.

228.  For these reasons, it is my professional opinion that:

    a.    The Iran-China Group/LuBian project was an Iran-China Group controlled mining operation embedded in a ferrochrome power complex in the Rafsanjan SEZ, powered by state-backed infrastructure, built and supplied through sanctions-linked shipping channels, and operated with direct engagement from national power and security-linked institutions.

    b.    The project produced the ≈127,000 BTC LuBian Reserve identified in this report—a large, centrally controlled pool-level stock of

Bitcoin, of which at least ≈11,000 BTC is directly traceable to LuBian-mined rewards from the Rafsanjan facility—generated using Iranian energy, on Iranian territory, through state-linked infrastructure and logistics.

229.    In my opinion, the Iran-China Group/LuBian project is therefore best understood as a state-funded entity working at the behest of the Iranian government and in service of its purposes.  The construction of dedicated high-voltage infrastructure for the Rafsanjan ferrochrome mining complex and its subsequent donation into state ownership is, in my opinion, the most direct piece of evidence that this project was intended and treated as a state-backed mechanism for turning Iranian electricity into Bitcoin, rather than as an ordinary private mining business.

## CONCLUSION

230.    The 127,000 BTC that were diverted in the 2020 hack came from LuBian-controlled wallets.  Substantial documentary evidence and careful blockchain and hash rate analysis indicates that LuBian was mining for the Iran-China Investment Development Group from a facility located in the Rafsanjan SEZ in Iran in partnership with the Iranian government.

*        *        *

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:  December 25,2025
Paris          ,    FRANCE

Avigdor Sason Cohen