# Exhibit 22

MB Mihan Blockchain

اخبار   تحلیل   آموزش   ایردراپ   هک و کلاهبرداری   قیمت ارزهای دیجیتال

ماشین حساب ارزهای دیجیتال   مقایسه قیمت در صرافی

میهن بلاکچین › اخبار › رمزارز در ایران

# Request to Restart the Rafsanjan Farm Project During Non-Peak Hours

Written by: Ahmad Mohammadian - 20 Khordad 1400 [June 10, 2021] - 19:30 - In Cryptocurrency in Iran - Reading Time: 2 minutes - Comments 0



Mohammad Hassan Ranjbar, Chairman of the Board of the Iran-China Investment Development Group, in a letter to Motevalizadeh, the CEO of Tavanir Company, has requested the restarting of the Rafsanjan Farm project.

With the intensification of unprecedented heat in the first quarter of this year and recent droughts, power outages became one of the country's fundamental problems. Many considered the reason for these outages to be cryptocurrency extraction, whether authorized or unauthorized. However, based on the decision of the Cabinet and the opinion of the President, cryptocurrency extraction was declared prohibited until the end of Shahrivar [September].

ماشین حساب   صرافی ها   قیمت ارز   خانه

Ardakanian, the Minister of Energy, stated before noon on Wednesday, 19 Khordad [June 9], on the sidelines of the Cabinet meeting among reporters regarding these days' power outages:

"This year, despite the predictions we had, we faced several unconventional situations. One was the early heat; in Farvardin [March/April] and Ordibehesht [April/May], we had several degrees of temperature increase, which meant the early use of cooling devices. Part of this issue was related to cryptocurrencies. It was announced that 10% of the energy produced by cryptocurrencies is in Iran. Authorized miners cooperated and were turned off until the end of the heat season. The combination of these factors caused us to face a peak load on May 20 [30 Ordibehesht] that had occurred in late Khordad [June] the previous year and in Tir [July] the year before that."

The order to prohibit cryptocurrency extraction includes all mining companies with a license from the Ministry of Industry, Mine, and Trade (MIMT) and others who operate illegally.

Yesterday, Dr. Hassan Rouhani emphasized that action must be taken sooner to regularize cryptocurrency activities in Iran. During the Cabinet meeting, he stated:

"The production of cryptocurrencies is strictly prohibited until the end of Shahrivar [September], and the Ministries of Intelligence, Information and Communications Technology, and Energy are responsible for dealing with and cutting the electricity of these centers."

With the announcement of this order, many companies and individuals have suffered losses. In addition to the capital of businesses that remains unused during this period, their employees also remain unemployed. Ashtiani, the Head of the Cryptocurrency Commission of the Country's Computer Trade Guild Organization, noting that the prohibition must be accompanied by unemployment insurance, pointed out:

"Currently, businesses have started around cryptocurrencies, and hasty orders will be damaging. These businesses have duties toward their employees that will encounter problems with hasty orders. If this order is implemented, unemployment insurance must be considered for the employees of this industry."

What you will read in this article 

**The Rafsanjan Mining Farm**

 ماشین حساب      صرافی ها      قیمت ارز      خانه

Cryptocurrency extraction in Iran has become a major topic of discussion, and this industry has faced issues such as legislation, obtaining necessary permits, and the problem of electricity supply.

This company, with establishment license number 99/46136 dated 1399/8/27 [November 17, 2020] from the Ministry of Industry, Mine, and Trade, proceeded to obtain an operating license on 5 Ordibehesht 1400 [April 21, 2021], which resulted in the attraction of 150 million dollars in foreign investment.

**Request to Restart the Rafsanjan Cryptocurrency Extraction Farm**

The text of this letter states that as a result of the shutdown of this project until the end of Shahrivar [September], numerous problems have beset the company, and its community of 200 engineers and workers has not remained immune to the consequences. Furthermore, the credibility of the obligations of an international contract involving foreign investment has been called into question.

According to the establishment license, the amount of electricity allocated to this company was approved at 140 MW, of which 30 MW less than the aforementioned license ceiling was being consumed until the time of the shutdown order. Additionally, the letter further states that the foreign investor has proceeded to remove one container of miner devices located at the Rafsanjan Special Economic Zone site.

   

**Iran & China Investment Development Group (Private Joint Stock)**

Number: 1400/694
Date: 1400/03/17 [June 7, 2021]

In the Name of God
The Supreme Leader has named the year 1400 as the year of "Production: Supports and Obstacle-Removal"

To: Mr. Eng. Motevalizadeh
Honorable Managing Director of TAVANIR Company

Greetings,
Respectfully, it is hereby informed that the Iran & China Investment Development Group; by virtue of Establishment License No. 99/46136 dated 27/08/1399 [Nov 17, 2020], issued by the Ministry of Industry, Mine and Trade (MIMT); Grid Connection Contract No. 98/4 dated 06/11/1398 [Jan 26, 2020]; and Cabinet Decree No. 58144/T55637H dated 13/05/1398 [Aug 4, 2019], obtained its Operating License on 05/02/1400 [April 25, 2021]. This has resulted in the establishment of the largest digital farm project in Iran with the participation of a foreign investor, totaling an investment of $150 million. Currently, a platform has been provided where approximately 200 personnel, both technical and non-technical, are employed.

Unfortunately, following the Cabinet's decree dated 04/03/1400 [May 25, 2021], regarding power outages and the subsequent shutdown of this project until the end of September, numerous problems have plagued this company. The community of 200 engineers and workers of this company has not been immune to the consequences, and furthermore, the credibility of an international contract's commitments to the foreign investor has been called into question. Among these problems are the ongoing and unavoidable current costs that the forced closure of this project has entailed, serving as a fundamental obstacle in the path of production and foreign investment development.

At present, due to the cessation of production and the impossibility of laying off personnel; in order to prevent political and social repercussions that would result in irreparable damage, the payment of wages and other aforementioned costs has trapped the investors, who are forced to pay the company's current expenses from personal capital. Other consequences of the project's closure have caused the foreign party to withdraw from new investment; subsequently, they have returned several containers of miners that had arrived at Bandar Abbas customs for the project's expansion phase. Consequently, with the continuation of the current trend, the possibility of a total production halt, closure, and the dismissal of forces has been strengthened.
The details of the aforementioned current costs are announced below; it is evident that this company, in order to document the extent of the damages incurred, will take action to secure evidence through the competent authorities.

1. Damages resulting from the depreciation of fixed costs and investment in the amount of $150 million.

It is worth noting that according to the Establishment License and Regional Electricity permits, the amount of electricity allocated to this company is approved at 140 MW; until the time of the shutdown order, consumption was 30 MW less than the aforementioned permit ceiling. The amount of electricity consumed by this project in comparison to the country's total electricity consumption is 0.002 percent, which is negligible. However, the cutting of even this small amount has caused irreparable damage both in terms of capital and in terms of loss of trust from the foreign investor regarding new investment in other fields, as well as the flight of capital from the country. (At the time of sending this letter, the foreign investor has taken action to remove one container of miner machines located at the Rafsanjan Special Economic Zone).

Furthermore, despite this company's adherence to the commitments of Memorandum No. 99/2115 dated 24/10/1399 [Jan 13, 2021], and taking action to shut down the entire project during the specified period (winter season), unfortunately, the Regional Electricity Company of the province, with a renewed order to cut electricity, has caused damage to this company. This matter is deeply regrettable in the year named by the Supreme Leader as the year of "Production: Supports and Obstacle-Removal."

Nevertheless, in view of Instruction No. 11/407 dated 30/01/1400 [April 19, 2021], and the recent Cabinet Decree No. 36956/T58846H dated 11/03/1400 [June 1, 2021], we request the issuance of an immediate order for the re-launch of the project during off-peak hours (12:00 AM to 10:00 AM), similar to other industries. Additionally, to realize lost rights and compensate for damages incurred by this company, pursuant to Operating License No. 00/009 B and based on Article 25 of the Law for Continuous Improvement of the Business Environment, we shall take action through the competent authorities.

With Respect,
Chairman of the Board, Iran & China Investment Development Group Mohammad Hassan Ranjbar
[signature]
[stamp: Iran & China Investment Development Group (Private Joint Stock) - Registration Number 14823]

CC:
1. Dr. Vaezi - Head of the Presidential Administration and Chief of Staff to the President, for information and issuance of appropriate orders.
2. Dr. Ardakanian - Honorable Minister of Energy, for information and issuance of appropriate orders.
3. Dr. Razm-Hosseini - Honorable Minister of Industry, Mine and Trade, for information and issuance of appropriate orders.
4. Dr. Ali Zeini-Vand - Honorable Governor of Kerman, for information.
5. Dr. Pour-Ebrahimi - Chairman of the Economic Commission of the Parliament, for information.
6. Dr. Fereydoon Abbasi Davani - Chairman of the Energy Commission of the Parliament, for information.
7. Dr. Zebaraki - Iran Blockchain Commission, for information.
8. Kerman Regional Electricity Company, for information.

Phone: +98-34-32468601 - +93-34-3268605
Fax: +98-34-32468606
Address: plot 2, allwy 92, Jehad street, Kermant, Iran
Postal code: 7619779587
Email: info@iranchinaidg.com
Website: www.iranchinaidg.com

2. Daily expenses of the foreign investor's personnel.
3. Salaries and wages of personnel (approximately 200 Iranian personnel).
4. Employee insurance costs based on the employer's share.
5. Service, maintenance costs, etc.

Phone: +98-34-32468601 - +93-34-3268605
Fax: +98-34-32468606
Address: plot 2, allwy 92, Jehad street, Kermant, Iran
Postal code: 7619779587
Email: info@iranchinaidg.com
Website: www.iranchinaidg.com

Mohammad Hassan Ranjbar, Chairman of the Board of the Iran-China Investment Development Group, in a letter to Motevalizadeh, asked him to issue the order for the restarting of the Rafsanjan farm and the resumption of this project's activities during non-peak hours (12 midnight to 10 AM).

## What is the opinion of other authorized extraction companies regarding the power outages?

So far, many companies have applied to operate in this field, but to date, approximately 40 companies have received cryptocurrency extraction operating licenses, all of which are currently inactive.

As quoted by Digiato, Ali Amiri, another activist in the mining field and owner of an authorized cryptocurrency extraction farm, spoke of the mandatory actions by the Ministry of Energy to cut off the activities of authorized extraction farms. Regarding this, he stated:

 ماشین حساب
 صرافی ها
 قیمت ارز
 خانه

"If the electricity company has truly encountered a shortage problem, it is okay. If they call and ask us to turn off our devices, we will do so. In any case, we are not Chinese that we wouldn't listen to them. We are Iranians, and we also have power outage problems at home and understand the situation. But for them to want to cut our power by force, while on the other hand, not having proper planning to resolve the electricity shortage problems; this causes farm owners to sell their miners to individuals who do home mining. If this happens, controlling the situation will become impossible. This is happening right now. As announced, 70 percent of mining in Iran is being done illegally, all of which are the result of wrong policymaking."

## Final Word

According to the opinions of activists in the cryptocurrency field, forceful treatment of digital currency extraction companies will not be the correct method for controlling and managing these lines of activity. These restrictions will lead to the expansion of illegal activity, the continuation of previous problems, and the emergence of new issues. The request of users and activists is for correct and appropriate legislation so that companies and individuals can invest in this field. Furthermore, the application of restrictions must be such that it does not cause the seizure of production and individual activities, and the law should be implemented equally for everyone.

Tag: Digital Currency Extraction

 اشتراک‌گذاری   توئیت

نوشته‌های مشابه



مقالات عمومی

بازگشت اژدهای خفته؛ چرا فعالیت ماینرهای بیت کوین در چین دوباره اوج گرفته است؟

 ۸ آذر ۱۴۰۴ - ۲۲:۰۰   ۵۷۳



استخراج

معرفی ۸ مورد از بهترین ماینرهای ۲۰۲۵؛ سودآورترین ریگ‌های ماینینگ کدامند؟

 ۱۰ آذر ۱۴۰۴ - ۲۲:۰۰   ۹۴۶



رمزارز در ایران

افزایش فروش ماینر در بازار سیاه ایران؛ رویای درآمدی که جریمه‌ای هنگفت دارد!

 ۱۰ آذر ۱۴۰۴ - ۲۳:۰۰   ۱۲۴

ماشین حساب   صرافی‌ها   قیمت ارز    خانه





تحلیل فاندامنتال

اخبار بیت کوین

تحلیل فاندامنتال

سایفر ماینینگ در آغوش آمازون؛ مزارع بیت کوین، موتور جدید هوش مصنوعی می‌شوند

کاهش شدید سود ماینرهای بیت کوین؛ صنعت استخراج در تنگنای اقتصادی قرار گرفته است

سهام هایو دیجیتال پرواز کرد؛ فصل جدید رقابت ماینرها با ورود به هوش مصنوعی

۱۳ آبان ۱۴۰۴ - ۲۳:۰۰     ۸۱

۱۷ آبان ۱۴۰۴ - ۱۵:۰۰     ۶۲

۲۷ آبان ۱۴۰۴ - ۱۸:۰۰     ۴۳

اشتراک

اولین نفری باشید که دیدگاه میگذارد!

۰ دیدگاه


ماشین حساب


صرافی ها


قیمت ارز


خانه

## آموزش



مقالات عمومی

### بازگشت نهنگ‌های خفته؛ چرا غول‌های خاموش بازار کریپتو دوباره به حرکت افتاده‌اند؟

۲۲ آذر ۱۴۰۴ - ۲۲:۰۰     ۸۱۹



مقالات عمومی

### آموزش فعال‌سازی پسکی تلگرام در iOS؛ از مزایای امنیتی تا همه سناریوهای دردسرساز

۲۳ آذر ۱۴۰۴ - ۲۲:۰۰     ۴۰



مقالات عمومی

### جمله‌ای از فدرال رزرو، موجی در بیت کوین: چرا بازار کریپتو با «لحن نرخ بهره» منفجر می‌شود؟

۲۱ آذر ۱۴۰۴ - ۲۰:۰۰     ۷۸۶

کریپتو پدیا

### پرپ‌های پیش از عرضه چیست؟ وقتی بازار قبل از تولد توکن قیمت را می‌سازد

۲۱ آذر ۱۴۰۴ - ۲۲:۰۰     ۵۵



مقالات عمومی

### شرکت استراتژی در چه صورت بیت کوین‌های خود را می‌فروشد و چه پیامدهایی خواهد داشت؟



مقالات عمومی

### ۳ ترند طلایی فین‌تک در رویداد Money 20/20

۲۱ آذر ۱۴۰۴ - ۱۶:۰۰     ۷۵

 ماشین حساب
 صرافی ها
 قیمت ارز
 خانه

### پیشنهاد سردبیر



پسکی (PassKey) چیست؟ رمزنگاری کلید عمومی امن‌تر از پسوردها و عبارات بازیابی!

۲۳ آذر ۱۴۰۴ - ۱۰:۳۸    ۲۸۱

- اکسکوینو زیر سایه سنگین احکام قضایی؛ کاربران چطور شکایت رسمی ثبت کنند؟
- مقایسه پسکی (Passkey) با ۲۴ یا ۱۲ کلمه؛ از کاغذ و عبارت بازیابی تا ورود با اثر انگشت
- مقایسه بهترین صرافی های رمزارز ایرانی؛ بهترین صرافی داخلی کدام است؟
- پرونده اکسکوینو؛ از وعده‌های پرداخت تا واقعیت حساب‌های مسدود
- تفاوت کیف پول حضانتی و غیرحضانتی چیست؟ ولت امانی بهتر است یا غیرامانی؟

### سرویس‌ها

### خبر و آموزش

### میهن بلاکچین

### #تگ‌های پربازدید

| قانون گذاری | سرمایه گذاری | افراد معروف | صرافی ارز دیجیتال | دوج‌کوین | بیت‌کوین | استیبل کوین |
| رمزارز در ایران | پیش بینی بازار | تکنولوژی بلاک چین | اتریوم | کاردانو | شیبا | هک و کلاهبرداری |


صرافی ها


قیمت ارز


خانه

ماشین حساب

خانه | قیمت ارز | صرافی ها | ماشین حساب



دست در دست، بی‌نهایت برای میهن

   

© ۲۰۲۵ - تمامی حقوق مادی و معنوی این وبسایت نزد میهن بلاکچین محفوظ است.



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document **"Request to Restart the Rafsanjan Farm Project During Non-Peak Hours, ICIDG - Dated June 10, 2021"** is, to the best of my knowledge and belief, a true and accurate translation from **Farsi** to **English.**

_____

Printed Name and Signature

Sworn to before me this

22nd day of December 2025

_____

Signature, Notary Public

```
WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27
```
_____

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.400.8840 | F 212.689.1259 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE



اخبار ˅   تحلیل ˅   آموزش ˅   ایردراپ ˅   هک و کلاهبرداری   قیمت ارزهای دیجیتال

ماشین حساب ارزهای دیجیتال    مقایسه قیمت در صرافی

میهن بلاکچین › اخبار › رمزارز در ایران

# درخواست راه‌اندازی مجدد پروژه فارم رفسنجان در ساعات غیر پیک

نگارش: احمد محمدیان   —   ۲۰ خرداد ۱۴۰۰ - ۱۹:۳۰   در رمزارز در ایران   زمان مطالعه: ۲ دقیقه   ۰



محمد حسن رنجبر، رییس هیئت مدیره گروه توسعه سرمایه گذاری ایران و چین در نامه‌ای به متولی‌زاده مدیر عامل شرکت توانیر، درخواست راه‌اندازی مجدد پروژه فارم رفسنجان را دارد.

با شدت گرفتن گرمای بی سابقه در سه ماهه اول امسال و خشکسالی‌های اخیر، قطعی برق به یکی از مشکلات اساسی کشور تبدیل شد. بسیاری این قطعی‌ها را استخراج رمزارزها چه به صورت مجاز و چه غیرمجاز می‌دانستند. با این حال بر اساس تصمیم هیئت دولت و نظر رییس جمهور، استخراج رمزارز تا پایان شهریور ممنوع اعلام شد.



اردکانیان وزیر نیرو پیش از ظهر روز چهارشنبه ۱۹ خرداد در حاشیه جلسه هیئت وزیران در جمع خبرنگاران در رابطه با قطعی برق این روزها اظهار داشت:

ما امسال علی رغم پیش بینی‌هایی که داشتیم با چند وضعیت غیر متعارف مواجه شدیم. یکی گرمای زودرس بود و فروردین و اردیبهشت چندین درجه افزایش دما داشتیم و به معنای استفاده زود هنگام از وسایل سرمایشی بود. بخشی از این موضوع مربوط به رمز ارزها بود. اعلام شد ۱۰ درصد انرژی تولیدی رمز ارزها در ایران است. ماینرهای مجاز تا پایان فصل گرما همکاری کرده و خاموش شدند. مجموع این موارد باعث شد در ۳۰ اردیبهشت با اوج باری مواجه شدیم که سال قبل در اواخر خرداد و سال قبل‌تر در تیر ماه اتفاق افتاده بود.

دستور ممنوعیت استخراج رمزارز، شامل تمام شرکت‌های ماینینگ با مجوز وزارت صمت و سایر کسانی که به صورت غیرقانونی فعالیت می‌کنند است.

روز گذشته دکتر حسن روحانی تاکید کرد که برای قانونمند شدن فعالیت رمزارزها در ایران باید زودتر اقدام شود. او در جلسه هیئت دولت عنوان کرد:

تولید رمزارز تا پایان شهریور ماه اکیدا ممنوع است و وزارت خانه های اطلاعات ،ارتباطات و فناوری اطلاعات و نیرو مسئول برخورد و قطع برق این مراکز هستند.

با اعلام این دستور، شرکت‌ها و افراد زیادی متضرر شده‌اند. علاوه بر سرمایه کسب و کارها که در این مدت بلااستفاده باقی می‌ماند، کارمندان آنها نیز بیکار باقی می‌مانند. آشتیانی رئیس کمیسیون رمزارز نظام صنفی رایانه‌ای کشور با بیان اینکه ممنوعیت باید همراه با بیمه بیکاری باشد، خاطرنشان کرد:

در حال حاضر کسب‌وکار پیرامون رمز ارزها راه افتاده است که دستورات شتاب‌زده آسیب‌زا خواهد بود. این کسب‌وکارها در برابر کارمندان خود وظایفی دارند که با دستورات شتاب‌زده به مشکل بر می‌خورند. اگر این دستور اجرایی شود، باید برای کارمندان این صنعت بیمه بیکاری در نظر گرفته شود.

 آنچه در این مطلب می‌خوانید

# فارم ماینینگ رفسنجان


ماشین حساب


صرافی ها


قیمت ارز


خانه

استخراج رمزارزها در ایران به شکل ویژه‌ای بر سر زبان‌ها افتاده است و این صنعت با مسائلی همچون قانون‌گذاری و کسب مجوزهای لازم و همینطور مشکل تامین برق مواجه بوده است.

این شرکت با جواز تاسیس شماره ۹۹/۴۶۱۳۶ مورخ ۱۳۹۹/۸/۲۷ وزارت صمت، در تاریخ ۵ اردیبهشت ۱۴۰۰ اقدام به اخذ پروانه بهره برداری نموده است که به جذب سرمایه‌گذاری خارجی ۱۵۰ میلیون دلاری منتج شده است.

## درخواست راه‌اندازی مجدد فارم استخراج رمزارز رفسنجان

در متن این نامه آمده است که در نتیجه تعطیلی این پروژه تا پایان شهریور ماه، مشکلات عدیده‌ای دامن‌گیر این شرکت شده که جامعه ۲۰۰ نفره مهندسین و کارگران این شرکت از عواقب آن مصون نمانده‌اند. علاوه بر آن اعتبار تعهدات یک قرارداد بین‌المللی با سرمایه‌گذاری خارجی زیر سوال رفته است.

مطابق جواز تاسیس، میزان برق اختصاص یافته به این شرکت، ۱۴۰ مگاوات مصوب شده است که تا زمان دستور خاموشی ۳۰ مگاوات کمتر از سقف مجوز فوق مصرف می‌شده است. همچنین در ادامه این نامه آمده است که سرمایه‌گذار خارجی نسبت به خروج یک کانتینر از دستگاه‌های ماینر موجود در محل منطقه ویژه اقتصادی رفسنجان اقدام نموده است.


خانه

قیمت ارز


صرافی ها

ماشین حساب



محمد حسن رنجبر، رییس هیئت مدیره گروه توسعه سرمایه گذاری ایران و چین، در نامه‌ای به متولی زاده از او خواست تا دستور از راه‌اندازی مجدد فارم رفسنجان و از سرگیری فعالیت این پروژه در ساعات غیر پیک (۱۲ نیمه شب تا ۱۰ صبح) صادر شود.

## نظر سایر شرکت‌های مجاز استخراج در مورد قطعی برق چیست؟

تاکنون شرکت‌های زیادی برای فعالیت در این حوزه اقدام کرده‌اند، اما تاکنون حدود ۴۰ شرکت مجوز بهره‌برداری استخراج رمزارز دریافت کرده‌اند که در شرایط حال حاضر، تمام آنها غیرفعال هستند.

به نقل از دیجیاتو علی امیری دیگر فعال حوزه ماینینگ و صاحب مزرعه استخراج رمز ارز مجاز نیز از برخوردهای دستوری وزارت نیرو برای قطع فعالیت مزارع استخراج مجاز سخن گفت. وی در این‌باره عنوان کرد:


صرافی ها


قیمت ارز


ماشین حساب


خانه

اینکه بخواهند برق ما را به زور قطع کنند و از طرف دیگر برنامه‌ریزی درستی برای رفع مشکلات کمبود برق نداشته باشند، این باعث می‌شود مزرعه‌دارها ماینرهای خود را به افرادی بفروشند که استخراج خانگی می‌کنند و اگر این اتفاق بیفتد دیگر کنترل وضعیت غیرممکن خواهد بود. این اتفاق همین الان هم دارد می‌افتد. همان‌طور که اعلام شده 70 درصد ماینینگ‌ها در ایران دارد به صورت غیرقانونی انجام می‌شود که این‌ها همگی نتیجه سیاست‌گذاری‌های اشتباه است.

## کلام آخر

با توجه به نظرات فعالان حوزه رمزارزها، برخورد قهری با شرکت‌های استخراج ارز دیجیتال، روش درستی برای کنترل و مدیریت این رشته فعالیت‌ها نخواهد بود. این محدودیت‌ها موجب گسترش فعالیت غیرقانونی و تداوم مشکلات قبلی و پیدایش مسائل جدید خواهد شد. درخواست کاربران و فعالان بر قانون‌گذاری صحیح و مناسب است تا شرکت‌ها و افراد بتوانند در این حوزه سرمایه‌گذاری کنند. همچنین اعمال محدودیت‌ها باید به گونه‌ای باشد که سبب توقیف تولید و فعالیت اشخاص نشود و قانون برای همه به صورت یکسان اجرا شود.

تگ:   استخراج ارز دیجیتال

اشتراک‌گذاری   توئیت

## نوشته‌های مشابه



مقالات عمومی

بازگشت اژدهای خفته؛ چرا فعالیت ماینرهای بیت کوین در چین دوباره اوج گرفته است؟

8 آذر 1404 - 22:00   573



استخراج

معرفی 8 مورد از بهترین ماینرهای 2025؛ سودآورترین ریگ‌های ماینینگ کدامند؟

10 آذر 1404 - 22:00   946



رمزارز در ایران

افزایش فروش ماینر در بازار سیاه ایران؛ رویای درآمدی که جریمه‌ای هنگفت دارد!

10 آذر 1404 - 23:00   124



ماشین حساب   صرافی ها   قیمت ارز   خانه

  

سایفر ماینینگ در آغوش آمازون؛ مزارع بیت کوین، موتور جدید هوش مصنوعی می‌شوند

کاهش شدید سود ماینرهای بیت کوین؛ صنعت استخراج در تنگنای اقتصادی قرار گرفته است

سهام هایو دیجیتال پرواز کرد؛ فصل جدید رقابت ماینرها با ورود به هوش مصنوعی

۱۳ آبان ۱۴۰۴ - ۲۳:۰۰    ۸۱

۱۷ آبان ۱۴۰۴ - ۱۵:۰۰    ۶۲

۲۷ آبان ۱۴۰۴ - ۱۸:۰۰    ۴۳

اشتراک

اولین نفری باشید که دیدگاه می‌گذارد!

۰ دیدگاه

   

ماشین حساب    صرافی ها    قیمت ارز    خانه

## آموزش


مقالات عمومی

آموزش فعال‌سازی پسکی تلگرام در iOS؛ از مزایای امنیتی تا همه سناریوهای دردسرساز

۲۳ آذر ۱۴۰۴ - ۲۲:۰۰   ۴۰


مقالات عمومی

بازگشت نهنگ‌های خفته؛ چرا غول‌های خاموش بازار کریپتو دوباره به حرکت افتاده‌اند؟

۲۲ آذر ۱۴۰۴ - ۲۲:۰۰   ۸۱۹


کریپتو پدیا

پرپ‌های پیش از عرضه چیست؟ وقتی بازار قبل از تولد توکن قیمت را می‌سازد

۲۱ آذر ۱۴۰۴ - ۲۲:۰۰   ۵۵


مقالات عمومی

جمله‌ای از فدرال رزرو، موجی در بیت کوین: چرا بازار کریپتو با «لحن نرخ بهره» منفجر می‌شود؟

۲۱ آذر ۱۴۰۴ - ۲۰:۰۰   ۷۸۶


مقالات عمومی

۳ ترند طلایی فین‌تک در رویداد Money 20/20

۲۱ آذر ۱۴۰۴ - ۱۶:۰۰   ۷۵


مقالات عمومی

شرکت استراتژی در چه صورت بیت کوین‌های خود را می‌فروشد و چه پیامدهایی خواهد داشت؟

 خانه
 قیمت ارز
 صرافی ها
 ماشین حساب

### پیشنهاد سردبیر



پسکی (PassKey) چیست؟ رمزنگاری کلید عمومی امن‌تر از پسوردها و عبارات بازیابی!

۲۳ آذر ۱۴۰۴ - ۱۰:۳۸    ۲۸۱

- اکسکوینو زیر سایه سنگین احکام قضایی؛ کاربران چطور شکایت رسمی ثبت کنند؟
- مقایسه پسکی (Passkey) با ۲۴ یا ۱۲ کلمه؛ از کاغذ و عبارت بازیابی تا ورود با اثر انگشت
- مقایسه بهترین صرافی های رمزارز ایرانی؛ بهترین صرافی داخلی کدام است؟
- پرونده اکسکوینو؛ از وعده‌های پرداخت تا واقعیت حساب‌های مسدود
- تفاوت کیف پول حضانتی و غیرحضانتی چیست؟ ولت امانی بهتر است یا غیرامانی؟

## سرویس‌ها

## خبر و آموزش

## میهن بلاکچین

### #تگ‌های پربازدید

| قانون گذاری | سرمایه گذاری | افراد معروف | صرافی ارز دیجیتال | دوج‌کوین | بیت‌کوین | استیبل کوین |
| رمزارز در ایران | پیش بینی بازار | تکنولوژی بلاک چین | اتریوم | کاردانو | شیبا | هک و کلاهبرداری |

دست در دست، بی‌نهایت برای میهن



---

© ۲۰۲۵ - تمامی حقوق مادی و معنوی این وبسایت نزد میهن بلاکچین محفوظ است.

 ماشین حساب

 صرافی ها

 قیمت ارز

 خانه