# Exhibit 26

Announcements    Media    Research    Careers    Intel    Trac

OCTOBER 16, 2025 AT 5:20 PM EST

# The U.S. Government Has Seized $15 Billion BTC Linked to LuBian

The Department of Justice has claimed to be in control of $15 billion dollars worth of Bitcoin seized from scam businessman Chen Zhi. The Bitcoin is linked to the largest theft of all time

 Finn Grant    News



The DOJ announced in a press release on Tuesday that they had gained control of 127,271 Bitcoin, valued at around $15 billion.

national Chen Zhi.

The seizure is the largest conducted by the U.S. Government ever and takes the government's holdings to over 324,000 BTC. The US now has BTC holdings worth over $35 billion, by far the largest government holdings.



U.S. Government on Arkham

Interestingly, the seized Bitcoin are the same Bitcoin stolen from LuBian in 2020 in the biggest hack of all time. That story, broken by Arkham in August, revealed that in December 2020, the LuBian mining pool was exposed by a weakness in the algorithm it used to generate its private keys. The value of the Bitcoin at the time was $3.5 billion. Now it is worth $15 billion, making this hack the largest theft of all time.

The recent DOJ press release adds a new dimension to an already interesting and complex story. The indictment reveals that Prince Group, under the leadership of Chen, laundered proceeds from online scams through a network

Court documents have revealed that LuBian operated as a money laundering front for Chen Zhi's Prince Group. The organization funneled profits from illicit activities, such as human trafficking and forced-labor scam camps, into cryptocurrency mining to make the funds appear legitimate. The nature of the 2020 theft still suggests that the funds were stolen by a third party. Indeed, on-chain data shows Chen Zhi still holds approximately $1.5 billion in BTC in other wallets currently sanctioned by the U.S. government.



LuBian Hacker on Arkham

This is an ongoing and complex story and many questions remain unanswered. The exact method by which the BTC came into U.S. custody is still unclear, as is the identity of the individual or group who executed the initial "theft" from LuBian's wallets. Discovering this information will go a long way in revealing what actually happened.

This case highlights the increasing sophistication of both financial crime and law enforcement in the digital age. It also underscores the vital role of

Announcements   Media   Research   Careers   Intel   Trad

deception are likely to emerge.



### Finn Grant

Finn is a writer, formerly of *The Daily Telegraph* and *New Scientist* magazine. Prior to his career in journalism, he founded a successful blogging agency. He has been an active participant in crypto markets since 2020. In his spare time, Finn is writing a science fiction novel.

**Sign Up For Arkham →**



Prev Post

Article   Guides

Justin Sun: Net W...



Next Post

News

Will the U.S. Gove...

Information provided herein is for general educational purposes only and is not intended to constitute investment or other advice on financial products. Such information is not, and should not be read as, an offer or recommendation to buy or sell or a solicitation of an offer or recommendation to buy or sell any particular digital asset or to use any particular investment strategy. Arkham makes no representations as to the accuracy, completeness, timeliness, suitability, or validity of any information on this website and will not be liable for any errors, omissions, or delays in this information or any losses, injuries, or damages arising from its display or use. Digital assets, including stablecoins and NFTs, are subject to market volatility, involve a high degree of risk, can lose value, and can even become worthless; additionally, digital assets are not covered by insurance against potential losses and are not subject to FDIC or SIPC protections. Historical returns are not indicative of future returns.

Brand Assets   Editorial Guidelines   Terms of Services   Privacy Policy   Cookie Preferences

12/22/25, 11:51 AM
U.S. Government seizes 127k BTC linked to Lubian, taking total holdings to over $380...

Case 1:25-cv-07093-RPK    Document 72-26    Filed 12/28/25    Page 6 of 6 PageID #: 2726

Announcements    Media    Research    Careers    Intel    Trac