F. #2024R00105

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

FRITZ ET AL.

   - against -                              Case No. 25-CV-7093 (MMH)

IRAN AND CHINA
INVESTMENTDEVELOPMENT GROUP
d/b/a LUBIAN.COM;,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Rebecca Schuman from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Rebecca Schuman
    United States Attorney's Office (Criminal Division)
    271-A Cadman Plaza East
    Brooklyn, New York 11201
    Tel:  (718) 254-7202
    Email: Rebecca.Schuman@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Rebecca Schuman at the email address set forth above.

Dated:   Brooklyn, New York
         January 22, 2026

                                                  Respectfully submitted,

                                                  JOSEPH NOCELLA, JR.
                                                  United States Attorney

                              By:    /s/ Rebecca Schuman
                                                  Rebecca Schuman
                                                  Assistant U.S. Attorney

cc:   Clerk of the Court (MMH)