

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AFM
F. #2024R00105

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 5, 2026

By ECF

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Fritz v. Iran & China Inv. Dev. Grp*, 25-cv-7093 (RPK)

Dear Judge Kovner:

      The government writes to respectfully request that the Court extend by two weeks the government's deadline to respond to the plaintiffs' motion for an *ex parte* writ of attachment (ECF No. 70), which would adjourn the deadline from February 9, 2026 to February 23, 2026. The reason for the request is that the government's filing requires consultation within the Department of Justice and with other federal government agencies. Further contributing to the need for an adjournment, the government is responding on the same timeline to four motions filed by plaintiffs in the Southern District of New York, where the government has been invited to file a statement of interest in the multidistrict litigation brought by families of victims of the 9/11 attacks. *See In Re Terrorist Attacks on September 11, 2001*, No. 03-md-01570 (GBD) (SN), Order Dated Jan. 28, 2026.

The plaintiffs have indicated that they do not oppose this request, "as long as it will not affect our priority over the copycat claimants."

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:   /s/
Alexander Mindlin
Tanisha R. Payne
Benjamin Weintraub
Andrew Reich
Rebeccah Schuman
Assistant U.S. Attorneys

Christopher B. Brown
Supervisory Trial Attorney
National Security Cyber Section
National Security Division
United States Department of Justice