F. #2024R00105

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

FRITZ ET AL.

   - against -                                           25-CV-7093 (RPK)

IRAN AND CHINA INVESTMENT
DEVELOPMENT GROUP d/b/a/
LUBIAN.COM,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Benjamin Weintraub from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Benjamin Weintraub
    United States Attorney's Office (Criminal Division)
    271-A Cadman Plaza East
    Brooklyn, New York 11201
    Tel:  (718) 254-6519
    Email: Benjamin.weintraub@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Benjamin Weintraub at the email address set forth above.

Dated: Brooklyn, New York
February 5, 2026

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: *Benjamin Weintraub*
Benjamin Weintraub
Assistant U.S. Attorney

cc: Clerk of the Court (RPK)