UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOALA FRITZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>IRAN AND CHINA INVESTMENT DEVELOPMENT GROUP d/b/a LUBIAN.COM,<br><br>    Defendants. | Case No. 25-cv-7093 (RPK)<br><br><br>NOTICE OF APPEARANCE OFCOUNSEL |

PLEASE TAKE NOTICE that I, Jonathan P. Vuotto, hereby respectfully enter my appearance for KRISTEN BREITWEISER, individually and as Personal Representative of THE ESTATE OF RONALD M. BREITWEISER, CAROLINE BREITWEISER, PATRICIA RYAN, individually and as Personal Representative of THE ESTATE OF JOHN J. RYAN, LAURA RYAN, COLIN RYAN, KRISTEN RYAN and JACQUI EATON, individually and as Personal Representative of THE ESTATE OF ROBERT EATON, proposed intervenors in the above-captioned matter. I certify that I am admitted to practice before this Court. All future pleadings, motions, and other papers filed or served in this action should be served at the address identified below.

Dated: February 6, 2026

Respectfully submitted:

/s/Jonathan P. Vuotto
Jonathan P. Vuotto
McANDREW VUOTTO, LLC
1 Blue Hill Plaza, Suite 1509
Pearl River, New York 10965
(212) 382-2208
jpv@mcandrewvuotto.com