

# McANDREW VUOTTO LLC
ATTORNEYS AT LAW

Jonathan P. Vuotto, Esq.
jpv@mcandrewvuotto.com
Direct: (973) 532-6242

February 6, 2026

*Via Email, First Class Mail and ECF*

| | |
|---|---|
| Vanessa Ajagu, Esq. (VAjagu@gibsondunn.com) | Alexander Mindlin (alexander.mindlin@usdoj.gov) |
| Zachary Kady, Esq. (zkady@gibsondunn.com) | Tanisha R. Payne (Tanisha.Payne@usdoj.gov) |
| Jason William Myatt, Esq. (jmyatt@gibsondunn.com) | Rebecca M. Schuman (rebecca.schuman@usdoj.gov) |
| Victoria Rose Orlowski, Esq. (vorlowski@gibsondunn.com) | Benjamin Weintraub (benjamin.weintraub@usdoj.gov) |
| Jessica Wagner, Esq. (jwagner@gibsondunn.com) | U.S. Attorney's Office Eastern District Of New York |
| Robert Louis Weigel, Esq. (rweigel@gibsondunn.com) | 271 Cadman Plaza East |
| Gibson Dunn & Crutcher LLP 200 Park Avenue New York, NY 10166-0193 | Christopher Brodie Brown (christopher.brown8@usdoj.gov) National Security Division 950 Pennsylvania Ave, N.W., Ste 6744a Washington, DC 20530 |

Re: ***Fritz v. Iran And China Inv. Dev. Group d/b/a Lubian.com ("Fritz")***
**Case No. 25-cv-7093 (RPK)**
***United States v. Approximately 127,271 Bitcoin ("Bitcoin")***
**Case No. 1:25-cv-05745 (RPK)**

Dear Sir/Madam:

This firm represents Kristen Breitweiser, individually and as Personal Representative of the Estate of Ronald M. Breitweiser, Caroline Breitweiser, Patricia Ryan, individually and as Personal Representative of the Estate of John J. Ryan, Laura Ryan, Colin Ryan, Kristen Ryan and Jacqueline Eaton, individually and as Personal Representative of the Estate of Robert D. Eaton (collectively, "Proposed Intervenors"), in the above-referenced matters.

In connection with the *Fritz* matter, enclosed please find Proposed Intervenors': (i) Notice of Motion to Intervene; (ii) Declaration of Kristen Breitweiser with Exhibits A and B; (iii) Memorandum of Law; and (iv) a Proposed Order. Please respond to this motion in accordance with the applicable rules and Judge Kovner's individual practices.

We are notifying the interested parties in the *Bitcoin* matter by filing this letter on that docket as well.

Please let me know if you would like to discuss this matter. Thank you.

Very truly yours,

Jonathan P. Vuotto

Enclosures (via Email & First Class Mail)

cc: Counsel of Record in *Bitcoin* (via ECF)