# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000

Robert Weigel
Direct: +1 212.351.3845
Fax: +1 212.351.5236
RWeigel@gibsondunn.com

February 20, 2026

<u>VIA ECF AND EMAIL</u>

Alexander Mindlin
Benjamin Weintraub
Rebecca M. Schuman
Tanisha R. Payne
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, NY 11201
alexander.mindlin@usdoj.gov
benjamin.weintraub@usdoj.gov
rebecca.schuman@usdoj.gov
tanisha.Payne@usdoj.gov

*Attorneys for United States*

Christopher Brodie Brown
National Security Division
U.S. Department of Justice
950 Pennsylvania Ave, N.W., Ste. 6744a
Washington, DC 20530
christopher.brown8@usdoj.gov

*Attorney for United States*

Johnathan Vuotto, Esq.
McAndrew Vuotto, LLC
13 Mt. Kemble Avenue
Morristown, NJ 07960
jpv@mcandrewvuotto.com

*Attorneys for Proposed Breitweiser Intervenors*

Jerry S. Goldman, Esq.
Hon. Ethan Greenberg (Ret.)
Anderson Kill P.C.
7 Times Square, 15th Floor
New York, NY 10036
jgoldman@andersonkill.com
egreenberg@andersonkill.com

*Attorneys for Proposed O'Neill Intervenors*

Megan Wolfe Benett, Esq.
Justin Green, Esq.
Kreindler & Kreindler FLLP
485 Lexington Ave
New York, NY 10017
mbenett@kreindler.com
jgreen@kreindler.com

*Attorneys for Proposed Ashton Intervenors*

John M. Eubanks, Esq.
John C. Duane, Esq.
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
jeubanks@motleyrice.com
jduane@motleyrice.com

*Attorneys for Proposed Burnett Intervenors*

Jeanne M. O'Grady, Esq.
Speiser Krause, P.C.
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
jog@speiserkrause.com

*Attorneys for Proposed
Ashton-Burlingame Intervenors*

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

Page 2

Re:    *Fritz Victims' Opposition to Breitweiser Claimants' Motion to Intervene, No. 1:25-cv-07093*

Dear Counsel:

Please find enclosed a Memorandum in Opposition to the *Breitweiser* Claimants' Motion to Intervene, dated February 6, 2026, along with a proposed order.

If you have any questions, please email me at rweigel@gibsondunn.com.

Respectfully,

GIBSON, DUNN & CRUTCHER

*/s/ Robert L. Weigel*
Robert L. Weigel

*Attorney for Noala Fritz, et al.*

Enclosures