# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000

Robert Weigel
Direct: +1 212.351.3845
Fax: +1 212.351.5236
RWeigel@gibsondunn.com

March 5, 2026

<u>VIA ECF AND EMAIL</u>

| | |
|---|---|
| Alexander Mindlin<br>Benjamin Weintraub<br>Rebecca M. Schuman<br>Tanisha R. Payne<br>United States Attorney's Office<br>Eastern District of New York<br>271-A Cadman Plaza East<br>Brooklyn, NY 11201<br>alexander.mindlin@usdoj.gov<br>benjamin.weintraub@usdoj.gov<br>rebecca.schuman@usdoj.gov<br>tanisha.payne@usdoj.gov<br><br>*Attorneys for United States*<br><br>Christopher Brodie Brown<br>National Security Division<br>U.S. Department of Justice<br>950 Pennsylvania Ave, N.W., Ste. 6744a<br>Washington, DC 20530<br>christopher.brown8@usdoj.gov<br><br>*Attorney for United States*<br><br>Johnathan Vuotto, Esq.<br>McAndrew Vuotto, LLC<br>13 Mt. Kemble Avenue<br>Morristown, NJ 07960<br>jpv@mcandrewvuotto.com<br><br>*Attorneys for Proposed Breitweiser Intervenors* | Jerry S. Goldman, Esq.<br>Alexander Greene<br>Amy Weiss<br>Bruce Strong<br>Hon. Ethan Greenberg (Ret.)<br>Anderson Kill P.C.<br>7 Times Square, 15th Floor<br>New York, NY 10036<br>jgoldman@andersonkill.com<br>agreene@andersonkill.com<br>aweiss@andersonkill.com<br>bstrong@andersonkill.com<br>egreenberg@andersonkill.com<br><br>*Attorneys for Proposed O'Neill Intervenors*<br><br>Megan Wolfe Benett, Esq.<br>Justin Green, Esq.<br>Kreindler & Kreindler FLLP<br>485 Lexington Ave<br>New York, NY 10017<br>mbenett@kreindler.com<br>jgreen@kreindler.com<br><br>*Attorneys for Proposed Ashton Intervenors*<br><br>John M. Eubanks, Esq.<br>John C. Duane, Esq.<br>Motley Rice LLC<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29465<br>jeubanks@motleyrice.com<br>jduane@motleyrice.com<br><br>*Attorneys for Proposed Burnett Intervenors* |

Jeanne M. O'Grady, Esq.
Speiser Krause, P.C.
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
jog@speiserkrause.com

*Attorneys for Proposed
Ashton-Burlingame Intervenors*


Re:     <u>*Fritz* Victims' Opposition to *O'Neill, Ashton, Burnett,* and *Ashton-Burlingame*
        Plaintiffs' Motion to Intervene, No. 1:25-cv-07093</u>

Dear Counsel:

Please find enclosed a Memorandum in Opposition to the *O'Neill*, *Ashton*, *Burnett*, and *Ashton-Burlingame* Plaintiffs' Motion to Intervene, dated February 19, 2026, along with a proposed order.

If you have any questions, please email me at rweigel@gibsondunn.com.

Respectfully,

GIBSON, DUNN & CRUTCHER


*/s/ Robert L. Weigel*
Robert L. Weigel

*Attorney for Noala Fritz, et al.*

Enclosures: Memorandum in Opposition to the *O'Neill*, *Ashton*, *Burnett*, and *Ashton-Burlingame* Plaintiffs' Motion to Intervene; Proposed Order Denying *O'Neill* Plaintiffs' Motion to Intervene