**ANDERSON KILL P.C.**

**7 TIMES SQUARE, 15TH FLOOR / NEW YORK, NY 10036 / 212.278.1000 / www.andersonkill.com**

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212.278.1569

March 19, 2026

The Honorable Rachel P. Kovner
United States District Court Judge
Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

> Re:  *Noala Fritz, et al. v. Iran and China Investment Development Group d/b/a Lubian.com*, Civil Action No. 1:25-cv-07093 (RPK); Letter to Judge Kovner re: Relevant MDL Filing

Your Honor:

This firm represents the Proposed *O'Neill* 9/11 Intervenor Plaintiffs in the above-captioned action.  In connection with our pending motion to intervene (ECF Nos. 115, 117), and on behalf of ourselves and the other Proposed 9/11 Intervenor Plaintiffs, we wish to provide the Court with copies of the attached Memorandum Decision and Order and Final Judgment rendered yesterday (March 18, 2026) by the Honorable George B. Daniels in the MDL litigation pending in the Southern District entitled *In Re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD) (SN), ECF Nos. 11878-79.

So as not to reopen the briefing on that motion, we will not comment upon or attempt to paraphrase Judge Daniels' Decision here.

> Respectfully submitted,
>
> */s/ Jerry S. Goldman*
> _____
> Jerry S. Goldman, Esq.
> Anderson Kill P.C.
> 7 Times Square
> New York, NY 10036
> (212) 278-1000
> jgoldman@andersonkill.com
> *Attorney for the Proposed O'Neill 9/11 Intervenor Plaintiffs*

cc:  All Counsel (Via ECF)

Enclosures

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                      :

In re Terrorist Attacks on September 11, 2001  :

                      :

------------------------------------- x

## MEMORANDUM DECISION AND ORDER

03 MDL 1570 (GBD) (SN)

This document relates to:

*All actions.*

**GEORGE B. DANIELS, District Judge:**

Certain Plaintiffs in this 9/11 multi-district litigation hold default judgments against Iran in the Southern District of New York ("S.D.N.Y.") for Iran's role in the September 11, 2001 terrorist attacks (the "9/11 Attacks). The Plaintiffs seek to certify their judgments (the "Iran Judgments") in the Eastern District of New York ("E.D.N.Y.") pursuant to 28 U.S.C. § 1963. (*See* AMENDED APPENDIX: The Requests to Certify the Iran Judgments, the "Appendix".)[1]

Magistrate Judge Netburn issued a Report and Recommendation ("Report"), recommending that this Court: (1) deny without prejudice the Plaintiffs' outstanding requests for additional damages; (2) certify all of the Plaintiffs' Iran Judgments as final judgments under Rule 54(b), *nunc pro tunc* to their filing date; and (3) direct the Clerk of Court to immediately process

---

[1] Magistrate Judge Netburn's Report included an appendix of all of the Plaintiffs with previously existing default judgments against Iran who sought certification of their final judgments in E.D.N.Y. as of March 3, 2026. (Report, ECF No. 11824.) Magistrate Judge Netburn filed an amended Report and Recommendation and Appendix on March 12, 2026. (ECF No. 11871.) The holdings in this opinion are limited to the set of Plaintiffs in the Updated Appendix, attached below, and do not implicate the Plaintiffs with default judgments against Iran that are not listed.

the requests to certify the Plaintiffs' Iran Judgments for registration in E.D.N.Y. (Report, ECF No. 11824, at 1–2.)[2]

Certain *Ashton-Burlingame* and *Ashton-Shneider* Plaintiffs (the "Objecting *Ashton* Plaintiffs") filed objections to the Report pursuant to Fed. R. Civ. P. 7(a). (Objs. ("*Ashton* Objections"), ECF No. 11850.)[3] After undertaking a *de novo* review of those portions of the Report, the *Ashton* Objections are OVERRULED.

## I.   FACTUAL AND PROCEDURAL BACKGROUND[4]

The United States Government has initiated a civil forfeiture action (the "Forfeiture Case"). in the Eastern District of New York ("E.D.N.Y"), after seizing 127,271 Bitcoin and related proceeds worth approximately $11 billion (the "Bitcoin"), which are allegedly assets of the Islamic Republic of Iran ("Iran"). *See United States v. Approximately 127,271 Bitcoin*, No. 25 Civ. 05745 (E.D.N.Y.). Since then, two groups of Iran Judgment holders initiated post-judgment turnover proceedings in E.D.N.Y. *See Fritz v. Iran & China Inv. Dev. Grp.*, No. 25 Civ. 07093 (E.D.N.Y.); *see also Relvas v. Iran & China Inv. Dev. Grp.,* No. 26 Civ. 00642 (E.D.N.Y.) (collectively, the "E.D.N.Y. Proceedings"). After learning about the Bitcoin, certain Plaintiffs have filed over 250 requests for the Clerk of Court to certify their Iran Judgments so that they can seek writs of

---

[2] Unless otherwise indicated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).

[3] Counsel for the Objecting *Ashton* Plaintiffs, Mr. Schutty, also represents certain MDL plaintiffs who are included in the Appendix as seeking to certify their judgments by the clerk for registration in the E.D.N.Y. This Court considers Mr. Schutty's objections solely in his capacity as counsel for the Objecting *Ashton* Plaintiffs.

[4] This Court assumes familiarity with the general background of this case and will only restate relevant background as necessary to address the issues raised in the objections. Moreover, because the relevant factual and procedural background has been discussed at length in Magistrate Judge Netburn's March 3, 2026 Report, this Court summarizes and appropriately incorporates such background by reference. (*See* Report at 2–5.)

execution on the Bitcoin in E.D.N.Y. pursuant to the Terrorism Risk Insurance Act ("TRIA"), Pub. L. No. 107-297, § 201(a). (*See generally* Appendix.)

On March 3, 2026, Magistrate Judge Netburn issued her Report. (Report, ECF No. 11824, at 1–2.) On March 5, 2026, the Objecting *Ashton* Plaintiffs filed the *Ashton* Objections. (*Ashton* Objections at 1.) The Plaintiffs' Executive Committees ("PECs") and various individual Plaintiffs filed responses in opposition to the *Ashton* Objections on March 5, 2026, and March 9, 2026. (ECF Nos. 11852; 11859; 11862.)[5]

On March 12, 2026, Magistrate Judge Netburn filed an amended Report and Recommendation, along with an updated Appendix of the Plaintiffs seeking to certify their default judgments against Iran. (ECF No. 11871.)

Over the past week, the Objecting *Ashton* Plaintiffs issued a request for a Rule 62 stay pending decision on the *Ashton* Objections. (ECF No. 11869.) Various Plaintiffs, including the PECs, submitted letters opposing the Objecting *Ashton* Plaintiffs' request for a stay (*see, e.g,* ECF Nos. 11872; 11873; 11874; 11876). The Objecting *Ashton* Plaintiffs issued a response to the PECs' opposition to a stay. (ECF No. 11875.)

## II.   LEGAL STARDARDS

A court "may accept, reject, or modify, in whole or in part, the findings or recommendations" set forth in a magistrate judge's report. 28 U.S.C. § 636(b)(l)(C). The Court must review *de novo* the portions of a magistrate judge's report to which a party properly objects. *Id.* A magistrate judge's report to which no objections are made is reviewed for clear error. *See Edwards v. Fischer*, 414 F. Supp. 2d 342, 346–47 (S.D.N.Y. 2006) (citations omitted).

---

[5] On March 5, 2026, certain *Ray, Maher,* and *Burnett* Plaintiffs filed a letter seeking clarification that Magistrate Judge Netburn's Report is limited to compensatory damages and applied only as to the nation-state of Iran, and not to Iran's "political subdivisions, agencies or instrumentalities." (ECF No. 11851.) This Court confirms this decision is limited to compensatory damages against the nation-state of Iran.

### III.    THE *ASHTON* OBJECTIONS TO THE REPORT ARE OVERRULED

**A.  The Partial Iran Judgments are not Final Judgments Under Fed. R. Civ. P. 54(b).**

Rule 54(b) authorizes a district court to enter partial final judgment when (1) "there are multiple claims or parties;" (2) "at least one claim or the rights and liabilities of at least one party has been finally determined;" and (3) "the court makes an 'express determination that there is no just reason for delay' of entry of final judgment as to fewer than all of the claims or parties involved in the action." *Linde v. Arab Bank, PLC*, 882 F.3d 314, 322–23 (2d Cir. 2018) (quoting Fed. R. Civ. P. 54(b)) (alterations in original).

A "final" decision is one "that ends the litigation on the merits and leaves nothing for the court to do but execute the judgment." *Alessi Equip., Inc. v. Am. Piledriving Equip., Inc.*, 160 F.4th 38, 43 (2d Cir. 2025).  Generally speaking, a judgment is not final if it has not determined the amounts the parties must pay, except in cases that require no more than a "simple arithmetic calculation" or "some other mechanical task." *Id.* at 44 (internal citation omitted); *see also Int'l Controls Corp. v. Vesco*, 535 F.2d 742, 748 (2d Cir. 1976) (holding that judgment on a single claim "cannot be considered final as long as it leaves open the question of additional damages" because "[t]he essence of a final judgment is that it leaves for the court nothing to do but order execution."); *Linde*, 882 F.3d at 323 ("Rule 54(b) authorizes entry of judgment in favor of a plaintiff's damages claims only where there has been a finding of liability and the court has 'fixed' the damages.").

For the vast majority of partial default judgments against Iran in this multi-district litigation, this Court only adjudicated a portion of each Plaintiff's damages claim against Iran without making an express determination as to the appropriate amount of punitive damages.  In fact, this Court has explicitly noted in various of its recent partial default judgment decisions that the "Plaintiffs may submit future applications for punitive or other damages at a later date

consistent with any future rulings of this Court." (*See, e.g.,* ECF No. 10813 at 10; ECF No. 9274 at 7; ECF No. 10980 at 7.) In some instances, this Court has also declined to determine the appropriate supplementary economic damages for certain claims. (*See, e.g.* ECF No. 3358; ECF No. 4126.)[6]

Accordingly, Magistrate Judge Netburn properly concluded that the Partial Iran Judgments are not true "final judgments" under Fed. R. Civ. P. 54(b). Although this Court has determined Iran's liability, it has consistently "le[ft] open the question of additional damages." *Int'l Controls Corp*, 535 F.2d at 748.

### B. The Partial Iran Judgments Cannot be Registered Under 28 U.S.C. § 1963.

"A judgment . . . entered in any . . . district court . . . may be registered by filing a certified copy of the judgment in any other district . . . when the judgment has become final by appeal or . . . when ordered by the court that entered the judgment for good cause shown." 28 U.S.C. § 1963. A registered judgment "shall have the same effect as a judgment of the district court of the district where registered and may be enforced in like manner." *Karaha Bodas Co. v. Perusahaan Pertambangan Minyak Dan Gas Bumi Negara*, 500 F.3d 111, 121 (2d Cir. 2007) (citing 28 U.S.C. § 1963).

The Partial Iran Judgments have not become final by appeal. Beyond a judgment becoming final by appeal, a party may establish good cause to register a judgment in another judicial district "upon a mere showing that the [party against whom the judgment has been entered] has substantial

---

[6] To be sure, the Court has entered full final judgments against Iran in some instances. (*See, e.g.*, ECF No. 3226 (ordering final judgment for all *Ashton* wrongful death Plaintiffs); ECF No. 2624 (awarding punitive damages to the *Havlish* Plaintiffs and rendering judgment final).) In recent years, however, this Court declined to prioritize resolving the punitive damage claims against Iran at the request of the PECs, that recommended that the punitive damage issue as to Iran be deferred. (*See* ECF No. 10422 at 2 ("[T]he PECs are mindful of the scope of the demands presented by the MDL, and the importance of preserving the Court's limited time and resources for issues most important to advancing the Plaintiffs' interests. We have not prioritized adjudication of punitive damage awards against Iran to this point").

property in th[at] other . . . district and insufficient [property] in the rendering district to satisfy the judgment." *G&A Strategic Invs. I LLC v. Petroleos de Venezuela, S.A.,* No. 23 Civ. 10766 (JSR), 2025 WL 3237166, at *2 (S.D.N.Y. Nov. 20, 2025).

Magistrate Judge Netburn properly concluded that this Court is unable to certify the Partial Iran Judgments pursuant to 28 U.S.C. § 1963. Although the PECs originally argued that the "good cause" language of § 1963 warrants the registration of the Partial Iran Judgments, such language still presupposes the existence of a final judgment in the district court. (*See* ECF No. 11674 at 2.) Indeed, in the cases cited by the PECs in support of their arguments, the courts had entered final judgments against at least one defendant. *See HSH Nordbank AG New York Branch v. Swerdlow,* No. 08 Civ. 6131 (DLC), 2010 WL 1957265, at *1 (S.D.N.Y. May 14, 2010) (judgment entered for full amount against all guarantor-defendants); *Lyman Commerce Sols. v. Lung,* No. 12 Civ. 4398 (TPG), 2015 WL 5097646, at *1 (S.D.N.Y. Aug. 28, 2015) (final judgment entered against one defendant). Accordingly, Magistrate Judge Netburn properly determined that the "good cause" language of § 1963 is inapplicable to these hundreds of Partial Iran Judgments that have not conclusively determined additional damages. (Report at 10.)

### C. Plaintiffs' Outstanding Requests for Additional Damages for the Partial Iran Judgments are DENIED Without Prejudice.

Rule 41(a)(2) provides that an action will be dismissed at a plaintiff's request without prejudice "upon such terms and conditions as the court deems proper." *Baldanzi v. WFC Holdings Corp.,* No. 07 Civ. 9551 (LTS) (GWG), 2010 WL 125999, at *5 (S.D.N.Y. Jan. 13, 2010) (quoting Fed. R. Civ. P. 41(a)(2)). Ultimately, "[t]he decision whether to grant a Rule 41(a)(2) motion for voluntary dismissal lies within the sound discretion of the court." *Fareportal Inc. v. Travana, Inc.,* No. 16 Civ. 09882 (ALC), 2019 WL 4141878, at *2 (S.D.N.Y. Aug. 30, 2019).

6

This Court has previously dismissed requests for additional damages without prejudice. In *Hoglan*, this Court denied the Plaintiffs' request for punitive damages without prejudice "to being considered in conjunction with the same issue in other cases in the multi-district litigation" while entering a "final" judgment pursuant to Rule 54(b). (ECF No. 3905 at 3.) This Court then permitted execution on the *Hoglan* final judgment and certified the *Hoglan* final judgment for registration in other districts. (*See* ECF Nos. 6129; 6133 (execution on the final judgments); 6154 (proposed certifications on the final judgments).) As Magistrate Judge Netburn notes, the approach taken by this Court in *Hoglan* to dismiss the punitive damage claims without prejudice appropriately reconciled the litigant's competing interests in finality for Iran and in the fair and efficient adjudication of the punitive-damages issue for all of the Plaintiffs. (Report at 11.) The Second Circuit affirmed this Court's decision in *Hoglan* in January 2019, and no further appeals were taken. (*See* ECF No. 11702-7, Plaintiff's letter referencing *Hoglan v. Rafsanjani*, 759 F. App'x 99, 100 (2d Cir. 2019).)

In line with *Hoglan,* this Court adopts Magistrate Judge Netburn's approach and denies without prejudice any outstanding requests for additional damages by the holders of the Partial Iran Judgments. This approach allows this Court to certify the Partial Iran Judgments as "final" under Rule 54(b) and allows the Plaintiffs to successfully register and attempt to enforce the Judgments in E.D.N.Y. pursuant to § 1963 without forgoing the opportunity to replead for punitive damages in this case at a later time.

The unique and compelling circumstances of this case warrant this action. This multi-district litigation has been ongoing for over twenty years. Iran has failed to appear and defend itself in this Court since 2011, when the first default judgment as to liability was entered against Iran in this multi-district litigation. (ECF No. 11674 at 3.) If the Court were to decline to adopt

Magistrate Judge Netburn's approach, the Plaintiffs would have to wait for the Court to resolve all outstanding requests for additional damages before certifying their judgments as final. This would, in the interim, potentially cost the Plaintiffs access to the allegedly Iran-Linked funds in the E.D.N.Y. Proceedings. This Court sees no reason to delay the Plaintiffs' potential avenue for relief, especially considering Iran's decision to not appear and defend in these proceedings.

Moreover, it would not be prudent for this Court to attempt to resolve all the outstanding requests for punitive damages at this time. Punitive damages awards involve complicated calculations that often require expert testimony, and "the retention of appropriate experts and development of their testimony and supporting evidence for purposes of a punitive application would require considerable expense and investment of time." (ECF No. 10465, PECs' Letter.) These time and expense concerns are only exacerbated by this multi-district litigation's extensive scale and complexity.

Finally, because § 201(a) of the TRIA only allows the Plaintiffs to attach or execute on the Bitcoin in the E.D.N.Y. Proceedings for *compensatory* awards, 28 U.S.C. § 1610 note, declining to awarding the Plaintiffs punitive damages against Iran at this time would be immaterial to the Plaintiffs' attempts to attach to the E.D.N.Y. Proceedings at issue.

Accordingly, Magistrate Judge Netburn properly recommended denying without prejudice any outstanding requests for additional damages by the holders of the Partial Iran Judgments pursuant to Fed. R. Civ. P. 41(a). Magistrate Judge Netburn's recommendation to deny all outstanding additional damages claims without prejudice is ADOPTED.[7]

---

[7] This Court also agrees with Magistrate Judge Netburn that it would be more efficient to deny without prejudice all of the Plaintiffs' additional damages requests, without needing to order the Plaintiffs' counsel to seek hundreds of individual permissions to voluntarily dismiss requests for additional damages and file separate affidavits or motions for final judgment. (Report at 12–13.) Because the Plaintiffs shall have the option of seeking relief from the final judgment under Rule 60(b) later, this Court stays the deadline for the filing of a Rule 60(b) motion on any dismissal of the Plaintiffs' additional damages requests. (*Id.* at 13.)

8

**D. The Iran Judgments are Certified as Final *Nunc Pro Tunc* to Their Filing Date.**

Rule 54(b) authorizes a district court to enter partial final judgment when its three requirements have been satisfied. *Linde*, 882 F.3d at 322–23. The third requirement, involving no just reason for delay of partial final judgment, "is left to the sound judicial discretion of the district court" and "is to be exercised 'in the interest of sound judicial administration.'" *Ginett v. Computer Task Grp., Inc.*, 962 F.2d 1085, 1092 (2d Cir. 1992).

Magistrate Judge Netburn properly recommended that this Court enter partial final judgment. *First*, this multi-district litigation is made up of hundreds, if not thousands of claims, against various sovereign and non-sovereign defendants. Moreover, each Partial Iran Judgment only adjudicated a portion of each Plaintiff's claim against Iran, awarding compensatory damages while often reserving the issue of punitive or additional damages. (Report at 7–8; *see also supra* subsec. II.A.) *Second*, because this Court is dismissing all of the Plaintiffs' outstanding requests for additional damages without prejudice, the Plaintiffs' FSIA judgments are finalized against Iran. *Third*, "there is no just reason for delay of entry of final judgment as to fewer than all of the claims or parties involved in the action." *Linde*, 882 F.3d at 322–23. As established above, certifying the Iran Judgments as final gives the Plaintiffs the opportunity to enforce their significant compensatory damages awards in the E.D.N.Y. without unnecessary delay, and minimally prejudices Iran, who has been absent from this litigation over the past fifteen years. This outcome adequately weighs the competing considerations and "will make possible a more expeditious and just result for all parties." *Ginett*, 962 F.2d at 1092.

The Objecting *Ashton* Plaintiffs argue that Magistrate Judge Netburn's recommendation to certify the partial final judgments as final under Rule 54(b) *nunc pro tunc* to the filing of each underlying default judgment, "effectively evaporates a party's statutory window to file an appeal."

9

(*Ashton* Objs. at 2.) As a preliminary matter, the Objecting *Ashton* Plaintiffs are not a party for the purposes of this decision. They do not seek to appeal their *own* underlying partial final judgments. Instead, the Objecting *Ashton* Plaintiffs argue that they have a right to appeal the underlying default judgments of *other* plaintiffs "because any judgment or appellate ruling obtained by the PEC— even if technically in 'separate' cases—will create persuasive or binding precedent for the remaining MDL participants." (Objs. At 6.) This stated interest of the Objecting *Ashton* Plaintiffs alone is insufficient to establish standing to appeal the underlying default judgment of others. *See Baker v. Gates*, 638 F. App'x 25, 28 (2d Cir. 2015) ("On its face, Rule 60(b) affords relief from judgment only to 'a party or its legal representative.'").

Even assuming, however, that the Objecting *Ashton* Plaintiffs would have standing to appeal the underlying Iran Judgments, in light of the aforementioned equity calculation, the fairest thing to do would still be to order the judgments *nunc pro tunc* to the filing date. As Magistrate Judge Netburn notes, "[t]he date of the Plaintiffs' Iran Judgments, and the date of any writs of execution on the Bitcoin, would eventually matter for the Plaintiffs' priority over the Bitcoin." (Report at 5.) Certifying the judgments *nunc pro tunc* adequately addresses this hurdle by giving all Plaintiffs a set final date that they can use to argue their priority in line. This holding also ensures that both the Plaintiffs and this Court are not burdened with additional unnecessary filings that would only further delay the Plaintiffs' ability to recover. (*See, e.g.,* ECF No. 11720, at 2 (PECs letter noting that "[u]ndersigned counsel are concerned that [declining to certify the judgments as final *nunc pro tunc*] would force the Court and its staff to comb through these lists of plaintiffs to verify the information provided therein regarding the judgment date and judgment amount which will cause a significant delay in permitting these plaintiffs to seek enforcement of their judgments in other federal courts."); *see also In re World Trade Center Disaster Site*

*Litigation*, 758 F.3d 202, 214 (2d Cir. 2014) (holding that a *nunc pro tunc* order, under a court's "inherent power to enter an order having retroactive effect," is an "equitable remedy applied in certain exceptional cases, typically aimed at rectifying any injustice to the parties suffered by them on account of judicial delay.") (quoting *Iouri v. Ashcroft*, 487 F.3d 76, 87 (2d Cir. 2006)). Moreover, the Objecting *Ashton* Plaintiffs are not without relief. They can appeal the instant order if they sufficiently establish standing to do so. Indeed, the Objecting *Ashton* Plaintiffs admit that they *intend* to appeal this order in the next thirty days. (*Ashton* Objs. at 3.)[8]

Accordingly, the Plaintiffs' certification is entered *nunc pro tunc* to the filing date of each underlying Iran Judgment listed in the Appendix. This outcome is the most equitable in light of the competing interests established above. *See Ginnett*, 962 F.2d at 1092 ("if the question of whether judgment should have been entered is a close one," the Court of Appeals "will honor the district court's exercise of its discretion if it 'will make possible a more expeditious and just result for all parties.'") (quoting *Gumer v. Shearson, Hammill & Co.*, 516 F.2d 283, 286 (2d Cir. 1974)).

Finally, because Iran has insufficient property in this district to satisfy the Plaintiffs' Iran Judgments, this Court finds that there is "good cause" to certify the Iran Judgments in the E.D.N.Y. pursuant to § 1963. *See G&A Strategic Invs.*, 2025 WL 3237166 at *4 (finding good cause for registration when the plaintiffs "have satisfied their modest burden to demonstrate the presence of 'substantial property' in the districts in which they seek to register the judgment.").

---

[8] The Objecting *Ashton* Plaintiffs ask this Court to issue a stay pending their future appeal of this order. (*Ashton* Objs. at 15.) "[A]n applicant for a stay pending appeal must demonstrate threatened irreparable injury that is imminent or certain, not a matter of speculation." *Srour v. New York City, New York*, No. 22 Civ. 3 (JPC), 2023 WL 7091903, at *2 (S.D.N.Y. Oct. 26, 2023). The Objecting *Ashton* Plaintiffs provide no indication of any sort of imminent or certain injury. (*See Ashton* Objs.) Accordingly, and for the reasons addressed above, that relief is unwarranted here and the request for a stay is denied.

11

## IV.   CONCLUSION

This Court has considered the rest of the *Ashton* Objections and conclude that they are without merit. The Objecting *Ashton* Plaintiffs' Rule 72 objections to Magistrate Judge Netburn's Order are **OVERRULED** and **DENIED**. Magistrate Judge Netburn's Order is **ADOPTED** in its entirety. It is **ORDERED** that:

- The Court denies without prejudice the Plaintiffs' outstanding requests for additional damages related to the underlying Iran Judgments in the member cases listed in the attached Appendix (Columns F and G).

- The Court stays the deadlines for the Plaintiffs to move for relief from final judgment until further order of the Court. *See* Fed. R. Civ. P. 60(b).

- Pursuant to Rule 54(b), the Court expressly determines that there is no just reason for delay and certifies each of the underlying Iran Judgments listed in the attached Appendix (Column F) as a final judgment on all of the Plaintiffs' claims against Iran. Given the unique and exceptional circumstances, this certification under Rule 54(b) applies *nunc pro tunc* to the filing date of each underlying Iran Judgment, as listed in the attached Appendix (Column E).

- Pursuant to 28 U.S.C. § 1963, and upon the entry of the final Iran Judgments, the Court finds good cause for the immediate registration in the E.D.N.Y. of certified copies of the Iran Judgments.

12

- The Court respectfully directs the Clerk of Court to process the Plaintiffs' requests to certify their Iran Judgments for registration in another judicial district, in the order such requests were filed through the ECF system, as listed in the attached Appendix (Columns A and B).[9]

- The Court directs the Clerk of Court to close the open motions at ECF Nos. 11850, 11863.[10]

Dated: March 18, 2026
New York, New York

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

---

[9] Before Magistrate Judge Netburn issued an ordering directing the Clerk of Court not to take any action on the pending requests, the Clerk's Office processed nine requests to certify for registration the Partial Iran Judgments entered in the *Anaya* and *Chairnoff* member cases. This Court certifies the Partial Iran Judgments in the *Anaya* and *Chairnoff* cases (Appendix, Column F, entries 1–9), as final under Rule 54(b), *nunc pro tunc*, to their date of filing. The Clerk of Court is directed to vacate the old AO 451 Forms, and issue amended AO 451 Forms in the *Anaya* and *Chairnoff* cases that incorporate this Court's final Rule 54(b) certifications.

[10] This Court has reviewed and considered all objections and submissions as of the date of issuing this opinion. Given the urgency of Court action, any requests for further time to file additional objections or responses to the Report are DENIED. *See Hispanic Counseling Ctr., Inc. v. Inc. Vill. of Hempstead*, 237 F.Supp.2d 284, 289–90 (E.D.N.Y. 2002) (the time period for filing objections to report and recommendation "may be shortened where exigencies exist").

# AMENDED APPENDIX: The Requests to Certify the Iran Judgments

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 1 | 1/22/2026 | Anaya 225 | Fleischman Bonner & Rocco LLP | (914) 278-5100; jbonner@fbrllp.com | 7/28/2022 | 8291 | 18-cv-12341; Certification Issued on 1/27/2026 |
| 2 | 1/22/2026 | Anaya 228 | Fleischman Bonner & Rocco LLP | (914) 278-5100; jbonner@fbrllp.com | 10/5/2023 | 9359 | 18-cv-12341; Certification Issued on 1/27/2026 |
| 3 | 1/22/2026 | Anaya 229 | Fleischman Bonner & Rocco LLP | (914) 278-5100; jbonner@fbrllp.com | 6/24/2024 | 9989 | 18-cv-12341; Certification Issued on 1/27/2026 |
| 4 | 1/22/2026 | Anaya 232 | Fleischman Bonner & Rocco LLP | (914) 278-5100; jbonner@fbrllp.com | 8/1/2023 | Anaya 163 | 18-cv-12341; Certification Issued on 1/27/2026 |
| 5 | 1/22/2026 | Anaya 233 | Fleischman Bonner & Rocco LLP | (914) 278-5100; jbonner@fbrllp.com | 1/10/2022 | 7580 | 18-cv-12341; Certification Issued on 1/27/2026 |
| 6 | 1/22/2026 | Anaya 234 | Fleischman Bonner & Rocco LLP | (914) 278-5100; jbonner@fbrllp.com | 8/2/2022 | 8311 | 18-cv-12341; Certification Issued on 1/27/2026 |
| 7 | 1/22/2026 | Chairnoff 169 | Fleischman Bonner & Rocco LLP | (914) 278-5100; jbonner@fbrllp.com | 10/5/2021 | 7173 | 18-cv-12370; Certification Issued on 1/27/2026 |
| 8 | 1/22/2026 | Chairnoff 170 | Fleischman Bonner & Rocco LLP | (914) 278-5100; jbonner@fbrllp.com | 4/17/2024 | 9694 | 18-cv-12370; Certification Issued on 1/27/2026 |
| 9 | 1/22/2026 | Chairnoff 171 | Fleischman Bonner & Rocco LLP | (914) 278-5100; jbonner@fbrllp.com | 3/30/2023 | 8976 | 18-cv-12370; Certification Issued on 1/27/2026 |
| 10 | 1/29/2026 | 11486 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 7/31/2017 | 3666 | 15-cv-9903 |
| 11 | 1/29/2026 | 11491 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 6/8/2018 | 4023 | 15-cv-9903 |
| 12 | 1/29/2026 | 11492 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 8/28/2018 | 4126 | 15-cv-9903 |
| 13 | 1/29/2026 | 11493 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/4/2018 | 4146 | 15-cv-9903 |
| 14 | 1/29/2026 | 11494 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/13/2018 | 4175 | 15-cv-9903 |
| 15 | 1/29/2026 | 11495 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/3/2019 | 5061 | 15-cv-9903 |
| 16 | 1/29/2026 | 11496 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/3/2019 | 5062 | 15-cv-9903 |
| 17 | 1/29/2026 | 11497 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/6/2019 | 5087 | 15-cv-9903 |

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 18 | 1/29/2026 | 11498 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/6/2019 | 5088 | 19-cv-44 |
| 19 | 1/29/2026 | 11499 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/6/2019 | 5092 | 15-cv-9903 |
| 20 | 1/29/2026 | 11500 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/9/2019 | 5104 | 19-cv-41 |
| 21 | 1/29/2026 | 11501 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 3/8/2016 | 3226 | 1:02-cv-06977-GBD-SN |
| 22 | 1/29/2026 | 11502 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/10/2019 | 5136 | 19-cv-41 |
| 23 | 1/29/2026 | 11503 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/10/2019 | 5138 | 15-cv-9903 |
| 24 | 1/29/2026 | 11504 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/13/2019 | 5151 | 15-cv-9903 |
| 25 | 1/29/2026 | 11505 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 12/13/2019 | 5356 | 15-cv-9903 |
| 26 | 1/29/2026 | 11506 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 1/30/2020 | 5784 | 19-cv-44 |
| 27 | 1/29/2026 | 11507 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/5/2020 | 5848 | 15-cv-9903 |
| 28 | 1/29/2026 | 11508 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/5/2020 | 5851 | 19-cv-44 |
| 29 | 1/29/2026 | 11509 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/12/2020 | 5918 | 19-cv-41 |
| 30 | 1/29/2026 | 11510 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/14/2020 | 5946 | 15-cv-9903 |
| 31 | 1/29/2026 | 11511 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/14/2020 | 5948 | 15-cv-9903 |
| 32 | 1/29/2026 | 11512 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/14/2020 | 5949 | 15-cv-9903 |
| 33 | 1/29/2026 | 11513 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/14/2020 | 5951 | 15-cv-9903 |
| 34 | 1/29/2026 | 11514 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/14/2020 | 5955 | 15-cv-9903 |

Case 1:03-md-01570-GBD-SN   Document 11878   Filed 03/18/26   Page 16 of 39

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 35 | 1/29/2026 | 11515 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/18/2020 | 5957 | 15-cv-9903 |
| 36 | 1/29/2026 | 11516 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/18/2020 | 5969 | 19-cv-41 |
| 37 | 1/29/2026 | 11517 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/18/2020 | 5975 | 15-cv-9903 |
| 38 | 1/29/2026 | 11518 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 2/12/2020 | 5926 | 1:02-cv-06977-GBD-SN |
| 39 | 1/29/2026 | 11519 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/18/2020 | 5979 | 15-cv-9903 |
| 40 | 1/29/2026 | 11520 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6034 | 15-cv-9903 |
| 41 | 1/29/2026 | 11521 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6035 | 15-cv-9903 |
| 42 | 1/29/2026 | 11522 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6037 | 15-cv-9903 |
| 43 | 1/29/2026 | 11523 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 8/15/2019 | 4880 | 1:02-cv-06977-GBD-SN |
| 44 | 1/29/2026 | 11524 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6038 | 15-cv-9903 |
| 45 | 1/29/2026 | 11525 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6040 | 19-cv-44 |
| 46 | 1/29/2026 | 11526 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6042 | 15-cv-9903 |
| 47 | 1/29/2026 | 11527 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6043 | 19-cv-41 |
| 48 | 1/29/2026 | 11528 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6044 | 15-cv-9903 |
| 49 | 1/29/2026 | 11529 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 9/9/2019 | 5101 | 1:02-cv-06977-GBD-SN |
| 50 | 1/29/2026 | 11530 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/19/2019 | 4884 | Schlissel, No. 1:18-cv-05331 |
| 51 | 1/29/2026 | 11531 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/19/2019 | 4885 | DeRubbio, No. 1:18-cv-05306 |

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 52 | 1/29/2026 | 11532 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 1/30/2020 | 5774 | 1:02-cv-06977-GBD-SN |
| 53 | 1/29/2026 | 11533 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/20/2019 | 4897 | Morris, No. 1:18-cv-05321 |
| 54 | 1/29/2026 | 11534 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/26/2019 | 4996 | Kamardinova, No. 1:18-cv-05339 |
| 55 | 1/29/2026 | 11535 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/26/2019 | 4997 | Ades, No. 1:18-cv-07306 |
| 56 | 1/29/2026 | 11536 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5047 | Rivelli, No. 1:18-cv-11878 |
| 57 | 1/29/2026 | 11537 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5048 | Abel, No. 1:18-cv-11837 |
| 58 | 1/29/2026 | 11538 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5049 | Kim, No. 1:18-cv-11870 |
| 59 | 1/29/2026 | 11539 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5050 | Aamoth, No. 1:18-cv-12276 |
| 60 | 1/29/2026 | 11540 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5051 | O'Neill, No. 1:04-cv-01076 |
| 61 | 1/29/2026 | 11541 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5053 | Rowenhorst, No. 1:18-cv-12387 |
| 62 | 1/29/2026 | 11542 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5054 | Hemenway, No. 1:18-cv-12277 |
| 63 | 1/29/2026 | 11543 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5055 | Moody-Theinert, No. 1:18-cv-11876 |
| 64 | 1/29/2026 | 11544 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5056 | Jimenez, No. 1:18-cv-11875 |
| 65 | 1/29/2026 | 11545 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5061 | Burnett, No. 1:15-cv-09903 |
| 66 | 1/29/2026 | 11546 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5063 | Ades, No. 1:18-cv-07306 |
| 67 | 1/29/2026 | 11547 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5064 | Morris, No. 1:18-cv-05321 |
| 68 | 1/30/2026 | 11548 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 8/17/2017 | 3706 | 1:02-cv-06977-GBD-SN |

Case 1:03-md-01570-GBD-SN    Document 11878    Filed 03/18/26    Page 18 of 39

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 69 | 1/30/2026 | 11549 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 7/16/2018 | 4052 | 1:02-cv-06977-GBD-SN |
| 70 | 1/30/2026 | 11551 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 4/25/2018 | 3979 | 1:02-cv-06977-GBD-SN |
| 71 | 1/30/2026 | 11552 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/4/2019 | 5067 | Hemenway, No. 1:18-cv-12277 |
| 72 | 1/30/2026 | 11553 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/4/2019 | 5068 | Aamoth, No. 1:18-cv-12276 |
| 73 | 1/30/2026 | 11554 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 9/17/2018 | 4186 | 1:02-cv-06977-GBD-SN |
| 74 | 1/30/2026 | 11555 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/4/2019 | 5069 | Moody-Theinert, No. 1:18-cv-11876 |
| 75 | 1/30/2026 | 11556 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/4/2019 | 5070 | Rivelli, No. 1:18-cv-11878 |
| 76 | 1/30/2026 | 11557 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/4/2019 | 5071 | Kamardinova, No. 1:18-cv-05339 |
| 77 | 1/30/2026 | 11558 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/4/2019 | 5072 | Schlissel, No. 1:18-cv-05331 |
| 78 | 1/30/2026 | 11559 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 5/11/2020 | 6202 | 15-cv-9903 |
| 79 | 1/30/2026 | 11560 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 5/11/2020 | 6203 | 15-cv-9903 |
| 80 | 1/30/2026 | 11561 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 5/11/2020 | 6205 | 15-cv-9903 |
| 81 | 1/30/2026 | 11562 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 10/5/2021 | 7180 | 19-cv-41 |
| 82 | 1/30/2026 | 11563 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/6/2019 | 5087 | Burnett, No. 1:15-cv-09903 |
| 83 | 1/30/2026 | 11564 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 10/5/2021 | 7182 | 19-cv-44 |
| 84 | 1/30/2026 | 11565 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/6/2019 | 5093 | Agyeman, No. 1:18-cv-05320 |
| 85 | 1/30/2026 | 11566 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/13/2019 | 5153 (M&O) | Jimenez, No. 1:18-cv-11875 |

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 86 | Removed pursuant to ECF No. 11853 | | | | | | |
| 87 | 1/30/2026 | 11568 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 10/5/2021 | 7188 | 15-cv-9903 |
| 88 | 1/30/2026 | 11569 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 10/25/2021 | 7287 | 15-cv-9903 |
| 89 | 1/30/2026 | 11570 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 10/25/2021 | 7288 | 15-cv-9903; 19-cv-41 |
| 90 | 1/30/2026 | 11571 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 12/22/2021 | 7494 | 15-cv-9903 |
| 91 | 1/30/2026 | 11572 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 7/19/2022 | 8233 | 15-cv-9903 |
| 92 | 1/30/2026 | 11573 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 7/19/2022 | 8235 | 19-cv-41 |
| 93 | 1/30/2026 | 11574 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 7/19/2022 | 8238 | 15-cv-9903 |
| 94 | 1/30/2026 | 11575 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 7/28/2022 | 8283 | 15-cv-9903 |
| 95 | 1/30/2026 | 11576 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 7/29/2022 | 8293 | 15-cv-9903; 19-cv-41 |
| 96 | 1/30/2026 | 11577 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 8/2/2022 | 8310 | 15-cv-9903 |
| 97 | 1/30/2026 | 11578 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 8/16/2018 | 4106 | 1:02-cv-06977-GBD-SN |
| 98 | 1/30/2026 | 11579 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5843 | Agyeman, No. 1:18-cv-05320 |
| 99 | 1/30/2026 | 11580 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5845 | Aamoth, No. 1:18-cv-12276 |
| 100 | 1/30/2026 | 11581 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 11/1/2023 | 9400 | 15-cv-9903 |
| 101 | 1/30/2026 | 11582 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 2/18/2020 | 5976 | 1:02-cv-06977-GBD-SN |
| 102 | 1/30/2026 | 11583 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 6/17/2024 | 9927 | 15-cv-9903; 19-cv-41 |

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 103 | 1/30/2026 | 11584 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5847 | Kim, No. 1:18-cv-11870 |
| 104 | 1/30/2026 | 11585 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 6/17/2024 | 9932 | 15-cv-9903 |
| 105 | 1/30/2026 | 11586 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/17/2024 | 10373 | 15-cv-9903 |
| 106 | 1/30/2026 | 11587 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5849 | Schlissel, No. 1:18-cv-05331 |
| 107 | 1/30/2026 | 11588 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/20/2024 | 10388 | 15-cv-9903 |
| 108 | 1/30/2026 | 11589 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5850 | Kamardinova, No. 1:18-cv-05339 |
| 109 | 1/30/2026 | 11590 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/20/2024 | 10389 | 15-cv-9903; 19-cv-44 |
| 110 | 1/30/2026 | 11591 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 1/29/2025 | 10681 | 15-cv-9903 |
| 111 | 1/30/2026 | 11592 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/3/2025 | 10756 | 15-cv-9903 |
| 112 | 1/30/2026 | 11593 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/12/2025 | 10780 | 15-cv-9903; 22-cv-3100 |
| 113 | 1/30/2026 | 11594 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 5/29/2025 | 10980 | 15-cv-9903 |
| 114 | 1/30/2026 | 11595 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 5/29/2025 | 10988 | 15-cv-9903 |
| 115 | 1/30/2026 | 11596 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 5/29/2025 | 10990 | 15-cv-9903; 19-cv-41 |
| 116 | 1/30/2026 | 11597 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 1/21/2026 | 11472 | 15-cv-9903 |
| 117 | 1/30/2026 | 11598 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 3/8/2016 | 3226 | 02cv07230 |
| 118 | 1/30/2026 | 11599 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 4/30/2018 | 3987 | 02cv07230 |

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 119 | 1/30/2026 | 11600 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5852 | Moody-Theinert, 1:18-cv-11876 |
| 120 | 1/30/2026 | 11601 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 8/7/2018 | 4087 | 02cv07230 |
| 121 | 1/30/2026 | 11603 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5853 | Rowenhorst, No. 1:18-cv-12387 |
| 122 | 1/30/2026 | 11604 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 9/12/2018 | 4156 | 02cv07230 |
| 123 | 1/30/2026 | 11605 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 9/13/2018 | 4175 | 02cv07230 |
| 124 | 1/30/2026 | 11606 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 9/13/2018 | 4170 | 18cv8297 |
| 125 | 1/30/2026 | 11607 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 7/30/2019 | 4707 | 02cv07230 |
| 126 | 1/30/2026 | 11608 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 8/20/2019 | 4898 | 18cv8297 |
| 127 | 1/30/2026 | 11609 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 9/13/2019 | 5154 | 18cv8297 |
| 128 | 1/30/2026 | 11610 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 1/8/2020 | 5467 | 18cv8297 |
| 129 | 1/30/2026 | 11611 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 9/3/2019 | 5058 | 02cv07230 |
| 130 | 1/30/2026 | 11612 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 9/9/2019 | 5102 | 18cv11340 |

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 131 | 1/30/2026 | 11613 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 1/8/2020 | 5466 | 18cv11340 |
| 132 | 1/30/2026 | 11614 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 1/7/2020 | 5453 | 02cv07230 |
| 133 | 1/30/2026 | 11615 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 2/5/2020 | 5857 | 02cv07230 |
| 134 | 1/30/2026 | 11616 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 2/14/2020 | 5954 | 02cv07230 |
| 135 | 1/30/2026 | 11617 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 2/18/2020 | 5974 | 02cv07230 |
| 136 | 1/30/2026 | 11618 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 7/19/2022 | 8231 | 02cv07230 |
| 137 | 1/30/2026 | 11619 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 6/18/2024 | 9928 | 02cv07230 |
| 138 | 1/30/2026 | 11620 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 6/18/2024 | 9934 | 02cv07230 |
| 139 | 1/30/2026 | 11621 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 8/28/2024 | 10266 | 02cv07230 |
| 140 | 1/30/2026 | 11622 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 5/29/2025 | 10987 | 02cv07230 |
| 141 | 1/31/2026 | 11623 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5865 | Hemenway, No. 1:18-cv-12277 |
| 142 | 1/31/2026 | 11624 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/7/2020 | 5876 | Ades, No. 1:18-cv-07306 |

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 143 | 1/31/2026 | 11625 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/12/2020 | 5917 | Rivelli, No. 1:18-cv-11878 |
| 144 | 1/31/2026 | 11626 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/12/2020 | 5919 | DeRubbio, No. 1:18-cv-05306 |
| 145 | 1/31/2026 | 11627 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/12/2020 | 5928 | Morris, No. 1:18-cv-05321 |
| 146 | 1/31/2026 | 11628 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/12/2020 | 5929 | Jimenez, No. 1:18-cv-11875 |
| 147 | 1/31/2026 | 11629 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/12/2020 | 5933 | Abel, No. 1:18-cv-11837 |
| 148 | 1/31/2026 | 11630 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/18/2020 | 5975 | Burnett, No. 1:15-cv-09903 |
| 149 | 1/31/2026 | 11631 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 1/4/2022 | 7521 | Aamoth, No. 1:18-cv-12276; Abel, No. 1:18-cv-11837; DeRubbio, No. 1:18-cv-05306; Hemenway, No. 1:18-cv-12277; Jimenez, No. 1:18-cv-11875; Kim, No. 1:18-cv-11870; Morris, No. 1:18-cv-05321; Rivelli, No. 1:18-cv-11878; Rowenhorst, No. 1:18-cv-12387; Moody-Theinert, No. 1:18-cv-11876; Agyeman, No. 1:18-cv-05320; Ades, No. 1:18-cv-07306; Kamardinova, No. 1:18-cv-05339; Schlissel, No. 1:18-cv-05331 |

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 150 | 1/31/2026 | 11632 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 1/4/2022 | 7522 | Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902 |
| 151 | 1/31/2026 | 11633 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 1/4/2022 | 7523 | DeRubbio, No. 1:18-cv-05306; Kim, No. 1:18-cv-11870; Aamoth, No. 1:18-cv-12276; Abel, No. 1:18-cv-11837; Agyeman, No. 1:18-cv-05320; Hemenway, No. 1:18-cv-12277; Kamardinova, No. 1:18-cv-05339; Rowenhorst, No. 1:18-cv-12387; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902 |
| 152 | 1/31/2026 | 11634 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 1/4/2022 | 7527 | Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902 |
| 153 | 1/31/2026 | 11635 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 1/10/2022 | 7580 | Anaya, No. 1:18-cv-12341 |

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 154 | 1/31/2026 | 11636 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 7/19/2022 | 8232 | Aamoth, No. 1:18-cv-12276; Abel, No. 1:18-cv-11837; Rivelli, No. 1:18-cv-11878; Morris, No. 1:18-cv-05321; Schlissel, No. 1:18-cv-05331; Kamardinova, No. 1:18-cv-05339; DeRubbio, No. 1:18-cv-05306; Ades, No. 1:18-cv-07306; Kim, No. 1:18-cv-11870; Hemenway, No. 1:18-cv-12277; Rowenhorst, No. 1:18-cv-12387; Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902 |
| 155 | 1/31/2026 | 11637 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 7/19/2022 | 8239 | DeRubbio, No. 1:18-cv-05306; Ades, No. 1:18-cv-07306; Kim, No. 1:18-cv-11870; Hemenway, No. 1:18-cv-12277; Rowenhorst, No. 1:18-cv-12387; Mellon, No. 1:19-cv-11767; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902 |
| 156 | 1/31/2026 | 11638 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/2/2022 | 8311 | Anaya, No. 1:18-cv-12341 |

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 157 | 1/31/2026 | 11639 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 11/7/2023 | 9416 | Kamardinova, No. 1:18-cv-05339; Jimenez, No. 1:18-cv-11875; Hemenway, No. 1:18-cv-12277; Bernaerts, No. 1:19-cv-11865; Hargrave, No. 1:20-cv-09387; Bianco, No. 1:20-cv-10902; King, No. 1:22-cv-05193; Strauss, No. 1:22-cv-10823 |
| 158 | 1/31/2026 | 11640 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 3/26/2024 | 9668 | King, No. 1:22-cv-05193 |
| 159 | 1/31/2026 | 11641 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 6/17/2024 | 9933 | Agyeman, No. 1:18-cv-05320; Amato, No. 1:21-cv-10239; King, No. 1:22-cv-05193; Strauss, No. 1:22-cv-10823 |

Case 1:03-md-01570-GBD-SN    Document 11878    Filed 03/18/26    Page 27 of 39

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 160 | 1/31/2026 | 11642 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 6/17/2024 | 9935 | Ashton, No. 1:02-cv-06977; Agyeman, No. 1:18-cv-05320; Morris, No. 1:18-cv-05321; Ades, No. 1:18-cv-07306; Abel, No. 1:18-cv-11837; Jimenez, No. 1:18-cv-11875; Moody-Theinert, No. 1:18-cv-11876; Aamoth, No. 1:18-cv-12276; Hemenway, No. 1:18-cv-12277; Rowenhorst, No. 1:18-cv-12387; Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Amato, No. 1:21-cv-10239; King, No. 1:22-cv-05193 |

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 161 | 1/31/2026 | 11643 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/28/2024 | 10266 (J) corresponding to clerk's judgment at 11120 | Ashton, No. 1:02-cv-06977; Burlingame, No. 1:02-cv-7230; DeRubbio, No. 1:18-cv-05306; Agyeman, No. 1:18-cv-05320; Schlissel, No. 1:18-cv-05331; Jimenez, No. 1:18-cv-11875 Hemenway, No. 1:18-cv-12277; Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902 |
| 162 | 1/31/2026 | 11644 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/29/2024 | 10276 (J) corresponding to clerk's judgment at 11121 | Hemenway, 18-cv-12277; Kim, 18-cv-11870; King, 22-cv-05193 |
| 163 | 1/31/2026 | 11645 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/29/2024 | 10277 (J) corresponding to clerk's judgment at 11123 | Abel, No. 1:18-cv-11837; Mellon, No. 1:19-cv-11767; Ades, No. 1:18-cv-07306; Bodner, No. 1:19-cv-11776; Aron, No. 1:20-cv-09376 |
| 164 | 1/31/2026 | 11646 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/5/2024 | 10306 (J) corresponding to clerk's judgment at 11127 | Morris, No. 1:18-cv-05321; Hemenway, No. 1:18-cv-12277 Kone, No. 1:23-cv-05790; Kelly, No. 1:23-cv-07283 |
| 165 | 2/2/2026 | 11647 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 5/2/2019 | 4503 | 1:02-cv-06977-GBD-SN |
| 166 | 2/2/2026 | 11648 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 6/16/2016 | 3300 | 1:02-cv-06977-GBD-SN |

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 167 | 2/2/2026 | 11649 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 10/31/2016 | 3386 | 1:02-cv-06977-GBD-SN |
| 168 | 2/2/2026 | 11650 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 11/16/2016 | 3394 | 1:02-cv-06977-GBD-SN |
| 169 | 2/2/2026 | 11651 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/20/2024 | 10390 | Aamoth, No. 1:18-cv-12276; Jimenez, No. 1:18-cv-11875; Mellon, No. 1:19-cv-11767 King, No. 1:22-cv-05193; Strauss, No. 1:22-cv-10823 |
| 170 | 2/2/2026 | 11652 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 9/13/2018 | 4170 | 1:02-cv-06977-GBD-SN |
| 171 | 2/2/2026 | 11653 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 5/29/2025 | 10984 (J) corresponding to clerk's judgment at 11148 | Hemenway, No. 1:18-cv-12277; King, No. 1:22-cv-05193 |

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 172 | 2/2/2026 | 11654 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 5/29/2025 | 10997 (J) corresponding to clerk's judgment at 11145 | Morris, No. 1:18-cv-05321; Schlissel, No. 1:18-cv-05331; Ades, No. 1:18-cv-07306; Abel, No. 1:18-cv-11837; Jimenez, No. 1:18-cv-11875; Rivelli, No. 1:18-cv-11878; Hemenway, No. 1:18-cv-12277; Rowenhorst, No. 1:18-cv-12387; Mellon, No. 1:19-cv-11767; Bernaerts, No. 1:19-cv-11865; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Amato, No. 1:21-cv-10239; King, No. 1:22-cv-05193; Strauss, No. 1:22-cv-10823; Kone, No. 1:23-cv-05790; Lopez, No. 1:23-cv-08305; Burnett, No. 1:15-cv-09903; Moody-Theinert, No. 1:18-cv-11876; Aamoth, No. 1:18-cv-12276; Bodner, No. 1:19-cv-11776; Fennelly, No. 1:23-cv-10824; Bianco, No. 1:20-cv-10902; Kelly, No. 1:23-cv-07283; Jelnek, No. 1:24-cv-05520 |

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 173 | 2/2/2026 | 11655 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 6/2/2025 | 11000 (J) corresponding to clerk's judgment at 11149 | Morris, No. 1:18-cv-05321; Schlissel, No. 1:18-cv-05331; Ades, No. 1:18-cv-07306; Abel, No. 1:18-cv-11837; Jimenez, No. 1:18-cv-11875; Moody-Theinert, No. 1:18-cv-11876; Rivelli, No. 1:18-cv-11878; Aamoth, No. 1:18-cv-12276; Hemenway, No. 1:18-cv-12277; Rowenhorst, No. 1:18-cv-12387; Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902; Amato, No. 1:21-cv-10239; King, No. 1:22-cv-05193; Strauss, No. 1:22-cv-10823; Kone, No. 1:23-cv-05790; Kelly, No. 1:23-cv-07283; Lopez, No. 1:23-cv-08305; Burnett, No. 1:15-cv-09903; Fennelly, No. 1:23-cv-10824; Jelnek, No. 1:24-cv-05520 |
| 174 | 2/2/2026 | 11656 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 6/9/2025 | 11011 (J) corresponding to clerk's judgment at 11150 | Morris, No. 1:18-cv-05321; Rowenhorst, No. 1:18-cv-12387; King, No. 1:22-cv-05193 |
| 175 | 2/2/2026 | 11657 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 10/5/2021 | 7190 | Ashton, 1:02-cv-06977 |
| 176 | 2/2/2026 | 11657 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 10/5/2021 | 7190 | 1:02-cv-06977-GBD-SN |

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 177 | 2/2/2026 | 11658 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 4/3/2023 | 8978 | DeRubbio, No. 1:18-cv-05306; Kamardinova, No. 1:18-cv-05339; Aamoth, No. 1:18-cv-12276; Rowenhorst, No. 1:18-cv-12387; Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902; Amato, No. 1:21-cv-10239 |
| 178 | 2/5/2026 | 11670 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 8/28/2018 | 4127 | 1:02-cv-06977-GBD-SN |
| 179 | 2/5/2026 | 11671 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 9/7/2018 | 4152 | 1:02-cv-06977-GBD-SN |
| 180 | 2/5/2026 | 11672 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 5/5/2020 | 6191 | 1:02-cv-06977-GBD-SN |
| 181 | 2/5/2026 | 11673 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 2/14/2020 | 5950 | 1:02-cv-06977-GBD-SN |
| 182 | 2/5/2026 | 11675 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 2/14/2020 | 5947 | 1:02-cv-06977-GBD-SN |
| 183 | 2/6/2026 | 11683 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 9/12/2019 | 5145 | 1:02-cv-06977-GBD-SN |
| 184 | 2/6/2026 | 11684 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 2/12/2020 | 5920 | 1:02-cv-06977-GBD-SN |
| 185 | 2/6/2026 | 11685 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 2/5/2020 | 5846 | 1:02-cv-06977-GBD-SN |
| 186 | 2/6/2026 | 11686 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 10/5/2021 | 7190 | 1:02-cv-06977-GBD-SN |
| 187 | 2/6/2026 | 11687 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 10/5/2021 | 7170 | 1:02-cv-06977-GBD-SN |
| 188 | 2/6/2026 | 11688 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 10/5/2021 | 7172 | 1:02-cv-06977-GBD-SN |

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 189 | 2/6/2026 | 11689 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 6/26/2023 | 9159 | 1:02-cv-06977-GBD-SN |
| 190 | 2/6/2026 | 11690 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 9/3/2024 | 10292 | 1:02-cv-06977-GBD-SN |
| 191 | 2/6/2026 | 11691 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 5/29/2025 | 10986 | 1:02-cv-06977-GBD-SN |
| 192 | 2/6/2026 | 11692 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 8/28/2024 | 10266 | 1:02-cv-06977-GBD-SN |
| 193 | 2/6/2026 | 11694 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 5/29/2025 | 10987 | 1:02-cv-06977-GBD-SN |
| 194 | 2/6/2026 | 11696 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 5/29/2025 | 10985 | 1:02-cv-06977-GBD-SN |
| 195 | 2/6/2026 | 11697 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 2/14/2020 | 5953 | 1:02-cv-06977-GBD-SN |
| 196 | 2/6/2026 | 11700 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 7/28/2022 | 8287 | 1:02-cv-06977-GBD-SN |
| 197 | 2/6/2026 | 11701 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 9/9/2019 | 5103 | 1:18-cv-08297-GBD-SN; 1:02-cv-06977-GBD-SN |
| 198 | 2/6/2026 | 11703 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 6/17/2024 | 9925 | 1:18-cv-08297-GBD-SN |
| 199 | 2/6/2026 | 11704 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 7/21/2022 | 8245 | 1:18-cv-08297-GBD-SN |
| 200 | 2/6/2026 | 11705 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 7/28/2022 | 8289 | 1:02-cv-06977-GBD-SN |
| 201 | 2/12/2026 | 11721 | McAndrew Vuotto LLC | 973.532.6242 jpv@mcandrewvuotto.com | 3/8/2016 | 3226 | 02-cv-06977; 02-cv-07230 |
| 202 | 2/12/2026 | 11722 | McAndrew Vuotto LLC | 973.532.6242 jpv@mcandrewvuotto.com | 3/8/2016 | 3226 | 02-cv-06977; 02-cv-07230 |
| 203 | 2/12/2026 | 11723 | McAndrew Vuotto LLC | 973.532.6242 jpv@mcandrewvuotto.com | 3/8/2016 | 3226 | 02-cv-06977; 02-cv-07236 |
| 204 | 2/12/2026 | 11724 | McAndrew Vuotto LLC | 973.532.6242 jpv@mcandrewvuotto.com | 5/29/2018 | 4011 | 02-cv-06977; 02-cv-07230 |
| 205 | 2/12/2026 | 11725 | McAndrew Vuotto LLC | 973.532.6242 jpv@mcandrewvuotto.com | 12/17/2019 | 5376 | 02-cv-06977; 02-cv-07230; 18-cv-11417 |

Case 1:03-md-01570-GBD-SN   Document 11878   Filed 03/18/26   Page 34 of 39

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 206 | 2/12/2026 | 11726 | McAndrew Vuotto LLC | 973.532.6242 jpv@mcandrewvuotto.com | 2/21/2020 | 5999 | 02-cv-06977; 02-cv-07236; 20-cv-00266 |
| 207 | 2/12/2026 | 11727 | McAndrew Vuotto LLC | 973.532.6242 jpv@mcandrewvuotto.com | 1/7/2020 | 5452 | 02-cv-06977; 02-cv-07230; 18-cv-11417 |
| 208 | 2/16/2026 | 11735 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 3/8/2016 | 3226 | 02cv07236 |
| 209 | 2/16/2026 | 11736 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 9/12/2016 | 3341 | 02cv07236 |
| 210 | 2/16/2026 | 11739 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 10/31/2016 | 3387 | 02cv07236 |
| 211 | 2/16/2026 | 11740 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 11/29/2016 | 3399 | 02cv07236 |
| 212 | 2/16/2026 | 11741 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 11/30/2016 | 3402 | 02cv07236 |
| 213 | 2/16/2026 | 11742 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 12/1/2016 | 3403 | 02cv07236 |
| 214 | 2/16/2026 | 11743 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 12/5/2016 | 3408 | 02cv07236 |
| 215 | 2/16/2026 | 11744 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 9/4/2019 | 5073 | 18cv11416 |
| 216 | 2/16/2026 | 11745 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 1/7/2020 | 5450 | 18cv11416 |
| 217 | 2/16/2026 | 11746 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 1/30/2020 | 5771 | 02cv07236 |
| 218 | 2/16/2026 | 11747 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 1/30/2020 | 5772 | 02cv07236 |
| 219 | 2/16/2026 | 11748 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 1/30/2020 | 5773 | 02cv07236 |
| 220 | 2/16/2026 | 11749 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 1/30/2020 | 5775 | 02cv07236; 18cv11416 |
| 221 | 2/16/2026 | 11750 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 1/30/2020 | 5776 | 02cv07236 |
| 222 | 2/16/2026 | 11751 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 1/30/2020 | 5779 | 02cv07236 |

Case 1:03-md-01570-GBD-SN   Document 11878   Filed 03/18/26   Page 35 of 39

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 223 | 2/16/2026 | 11752 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 1/30/2020 | 5780 | 02cv07236 |
| 224 | 2/16/2026 | 11753 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 1/30/2020 | 5781 | 02cv07236 |
| 225 | 2/16/2026 | 11754 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 2/14/2020 | 5947 | 02cv07236 |
| 226 | 2/17/2026 | 11755 | Sullivan Papain Block McManus Coffinas & Cannavo P.C. | (212) 732-9000; Npapain@Triallaw1.com | 3/28/25; 4/14/25 | 10813; 10862 | 21-cv-06247 |
| 227 | 2/17/2026 | 11756 | Sullivan Papain Block McManus Coffinas & Cannavo P.C. | (212) 732-9000; Npapain@Triallaw1.com | 3/28/25; 4/14/25 | 10813; 10862 | 21-cv-03505 |
| 228 | 2/17/2026 | 11757 | Sullivan Papain Block McManus Coffinas & Cannavo P.C. | (212) 732-9000; Npapain@Triallaw1.com | 3/28/25; 4/14/25 | 10813; 10862 | 21-cv-01394 |
| 229 | 2/17/2026 | 11759 | Wiggins Childs LLC | (205) 314-0500 dgp@wigginschilds.com | 2/19/2020 | 5985 | 19cv00012 |
| 230 | 2/17/2026 | 11760 | Wiggins Childs LLC | (205) 314-0500 dgp@wigginschilds.com | 9/20/2024 | 10346 | 19cv00012 |
| 231 | 2/18/2026 | 11766 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/10/2019 | 5132 | DeRubbio, No. 1:18-cv-05306 |
| 232 | 2/18/2026 | 11767 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/10/2019 | 5126 | Agyeman, No. 1:18-cv-05320 |
| 233 | 2/18/2026 | 11768 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/10/2019 | 5129 | Kim, No. 1:18-cv-11870 |
| 234 | 2/18/2026 | 11769 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/10/2019 | 5133 | Abel, No. 1:18-cv-11837 |
| 235 | 2/18/2026 | 11770 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/13/2019 | 5155 | Rowenhorst, No. 1:18-cv-12387 |
| 236 | 2/18/2026 | 11771 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/14/2020 | 5974 | Rivelli, No. 1:18-cv-11878 |
| 237 | 2/19/2026 | 11776 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/12/2020 | 5927 (M&O) | O'Neill, No. 1:04-cv-01076 |
| 238 | 2/19/2026 | 11777 | Wiggins Childs LLC | (205) 314-0500 dgp@wigginschilds.com | 10/16/2012 | 2624 | 03cv09848 |

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 239 | 2/19/2026 | 11778 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 7/28/2022 | 8288 (M&O) | Hemenway, No. 1:18-cv-12277; Mellon, No. 1:19-cv-11767 |
| 240 | 2/19/2026 | 11779 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 1/19/2025 | 10681 (M&O) corresponding to judgment at 11138 | Jimenez, No. 1:18-cv-11875 |
| 241 | 2/19/2026 | 11780 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 7/17/2023 | 9213 (M&O) | Amato, No. 1:21-cv-10239 |
| 242 | 2/19/2026 | 11781 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/4/2024 | 10300 (M&O) corresponding to judgment at 11125 | Aron, 20-cv-9376 |
| 243 | 2/19/2026 | 11782 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 1/22/2024 | 9557 (M&O) corresponding to judgment at 9730 | Bernaerts, No. 1:19-cv-11865 |
| 244 | 2/19/2026 | 11783 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2024 | 10292 (J) corresponding to clerk's judgment at 11124 | Morris, No. 1:18-cv-05321; Bernaerts, No. 1:19-cv-11865; Jimenez, No. 1:18-cv-11875; Aamoth, No. 1:18-cv-12276; King, No. 1:22-cv-05193 |

Case 1:03-md-01570-GBD-SN   Document 11878   Filed 03/18/26   Page 37 of 39

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 245 | 2/19/2026 | 11784 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 6/17/2024 | 9931 (M&O) | DeRubbio, No. 1:18-cv-05306; Agyeman, No. 1:18-cv-05320; Morris, No. 1:18-cv-05321; Schlissel, No. 1:18-cv-05331; Kamardinova, No. 1:18-cv-05339; Abel, No. 1:18-cv-11837; Kim, No. 1:18-cv-11870; Jimenez, No. 1:18-cv-11875; Rivelli, No. 1:18-cv-11878; Aamoth, No. 1:18-cv-12276; Hemenway, No. 1:18-cv-12277; Rowenhorst, No. 1:18-cv-12387; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Asaro, No. 1:20-cv-10460; Amato, No. 1:21-cv-10239; King, No. 1:22-cv-05193 |
| 246 | 2/19/2026 | 11785 | Wiggins Childs LLC | (205) 314-0500 dgp@wigginschilds.com | 2/21/2020; 3/6/2020; 5/11/2020 | 5999; 6036; 6201; 8984; 9172 | 20cv00266 |

Case 1:03-md-01570-GBD-SN    Document 11878    Filed 03/18/26    Page 38 of 39

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 247 | 2/19/2026 | 11786 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 12/14/2023 | 9468 (M&O) | DeRubbio, No. 1:18-cv-05306; Morris, No. 1:18-cv-05321; Ades, No. 1:18-cv-07306; Kim, No. 1:18-cv-11870; Jimenez, No. 1:18-cv-11875; Rivelli, No. 1:18-cv-11878; Aamoth, No. 1:18-cv-12276; Hemenway, No. 1:18-cv-12277; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902; Amato, No. 1:21-cv-10239; King, No. 1:22-cv-05193 |
| 248 | 2/19/2026 | 11788 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/18/2020 | 5977 | Rowenhorst, No. 1:18-cv-12387; Agyeman, No. 1:18-cv-05320; Abel, No. 1:18-cv-11837; DeRubbio, No. 1:18-cv-05306; Kim, No. 1:18-cv-11870 |
| 249 | 2/19/2026 | 11789 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 7/28/2022 | 8286 (M&O) | Hemenway, No. 1:18-cv-12277; Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Bianco, No. 1:20-cv-10902 |
| 250 | 2/19/2026 | 11792 | Wiggins Childs LLC | (205) 314-0500 dgp@wigginschilds.com | 10/31/2016 | 3387; 3371-1; 8984 | 20cv00266 |

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 251 | 2/19/2026 | 11794 | Law Office of John F. Schutty, P.C. | (212) 745-1157; john@johnschutty.com | 1/4/2022; 1/21/2026 | 7527, 7522, 11475 | Burnett, No. 1:15-cv-9903; Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902 |
| 252 | 2/24/2026 | 11803* | Law Office of John F. Schutty, P.C. | 646-345-1441 john@johnschutty.com | 3/8/2016 | 3226 | (Ashton) 02-cv-6977; (Burlingame) 02-cv-7230; (Schneider) 02-cv-7209 |
| 253 | 2/24/2026 | 11803* | Law Office of John F. Schutty, P.C. | 646-345-1441 john@johnschutty.com | 12/17/2019 | 5376 | (Ashton) 02-cv-6977; (Burlingame) 02-cv-7230 |
| 254 | 2/24/2026 | 11803* | Law Office of John F. Schutty, P.C. | 646-345-1441 john@johnschutty.com | 1/7/2020 | 5449 | (Ashton) 02-cv-6977; (Burlingame) 02-cv-7230 |
| 255 | 2/24/2026 | 11803* | Law Office of John F. Schutty, P.C. | 646-345-1441 john@johnschutty.com | 9/19/2024 | 10391 | (Ashton) 02-cv-6977; (Schneider) 02-cv-7209 |
| 256 | 2/24/2026 | 11803* | Law Office of John F. Schutty, P.C. | 646-345-1441 john@johnschutty.com | 9/23/2020 | Schneider 54 | (Ashton) 02-cv-6977; (Schneider) 02-cv-7209 |

* Counsel did not file certifications with the Clerk of Court (Form AO 451) and instead asked the Court to include the underlying judgments for certification as "final" pursuant to Rule 54(b).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                :
                                                                :      FINAL JUDGMENT
                                                                :
In re Terrorist Attacks on September 11, 2001      :      03 MDL 1570 (GBD) (SN)
                                                                :
                                                                :
                                                                :
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

This document relates to:

   *All actions.*

**GEORGE B. DANIELS, District Judge:**

For the reasons established in this Court's March 18, 2026 Memorandum Decision and

Order, (the "Order", ECF No. 11878), this Court expressly determines that there is not just reason

for delay and certifies as a final judgment under Rule 54(b) each of the Iran Judgments listed in

the Appendix attached to the Order. This certification applies *nunc pro tunc* to the filing date of

each Iran Judgment, as listed in the Appendix. Moreover, pursuant to 28 U.S.C. § 1963, the Court

finds good cause for the immediate registration of the final Iran Judgments in the Eastern District

of New York.

Dated:  March 18, 2026
            New York, New York

                                                    SO ORDERED.

                                                    _George B Daniel_
                                                    GEORGE B. DANIELS
                                                    UNITED STATES DISTRICT JUDGE