BSF | BOIES SCHILLER FLEXNER

February 3, 2026

**BY ECF**
The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Approximately 127,271 Bitcoin*, 25 Civ. 5745 (RPK)

Dear Judge Kovner:

We represent Claimant Chen Zhi and write to respectfully request a 30-day extension, from February 6, 2026 until March 9, 2026, of Mr. Chen's time to file his Rule 12 motions.

On January 19, we filed a pre-motion letter setting out the bases for the anticipated motions. On January 27, the government responded. On January 28, the Court entered a docket order stating that "a pre-motion conference is unnecessary," that Mr. Chen may file his motions by February 6, that the government may serve special interrogatories on Mr. Chen by February 9, and that the "government's deadline to respond [to Mr. Chen's motions] is held in abeyance." The Court further required the government to submit a status report by March 2 providing its "projected deadline" to respond to Mr. Chen's motions "given the date he answered the interrogatories."

This is Mr. Chen's first request for an extension of time to file his Rule 12 motions. The extension is requested because of unexpected and time-sensitive demands arising out of other litigations, particularly *In re Tricolor Holdings, LLC*, Case No. 25-33487 (MVL) (Bankr. N.D. Tex.) and *United States v. Daniel Chu*, 25 Cr. 579 (PKC) (S.D.N.Y.). The extension will not affect any other scheduled dates, as we are not at this time seeking an extension of time to respond to any special interrogatories the government may serve. If the Court grants our extension request, however, we do not object to adjourning the date for the government's status report until after Mr. Chen files his motions. The government takes no position on this request. Thank you for your consideration.

Respectfully,

*S/ Peter M. Skinner*
Matthew L. Schwartz
Peter M. Skinner
55 Hudson Yards
New York, NY 10001

Dan G. Boyle
John K. Kucera (*pro hac vice* forthcoming)
Century Park East, Suite 1520
Los Angeles, California 90067

cc: All Counsel of Record
(Via ECF)