UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-against-<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>Defendants *in rem.* | Case No. 25-cv-5745 (RPK)<br><br>**CLAIMANT JIAN YANG'S ANSWER TO VERIFIED COMPLAINT *IN REM*** |

Claimant Jian Yang ("Claimant"), by and through his attorneys, respectfully submits his Answer to the Verified Complaint *in rem* filed by Plaintiff, the United States of America, as follows:

## NATURE OF THE ACTION

1. This paragraph contains Plaintiff's description of its case and states a legal conclusion as to which no response is required. To the extent a response is required, Claimant denies the allegations in this paragraph.

2. This paragraph states a legal conclusion as to which no response is required. To the extent a response is required, Claimant denies the allegations in this paragraph.

## JURISDICTION AND VENUE

3. This paragraph states a legal conclusion as to which no response is required. To the extent a response is required, Claimant denies the allegations in this paragraph.

4. This paragraph states a legal conclusion as to which no response is required. To the extent a response is required, Claimant denies the allegations in this paragraph.

## THE DEFENDANTS *IN REM*

5. This paragraph contains Plaintiff's description of its case and states a legal conclusion as to which no response is required. To the extent a response is required, Claimant denies the allegations in this paragraph.

6. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

## RELEVANT STATUTES AND REGULATIONS

### A. Wire Fraud

7. Claimant declines to admit or deny this paragraph as it characterizes a statute that speaks for itself. No response is required.

8. Claimant declines to admit or deny this paragraph as it characterizes a statute that speaks for itself. No response is required.

### B. Money Laundering

9. Claimant declines to admit or deny this paragraph as it characterizes a statute that speaks for itself. No response is required.

10. Claimant declines to admit or deny this paragraph as it

characterizes a statute that speaks for itself. No response is required.

11. Claimant declines to admit or deny this paragraph as it characterizes a statute that speaks for itself. No response is required.

12. Claimant declines to admit or deny this paragraph as it characterizes a statute that speaks for itself. No response is required.

**C. Forfeiture Statutes**

13. Claimant declines to admit or deny this paragraph as it characterizes a statute that speaks for itself. No response is required.

14. Claimant declines to admit or deny this paragraph as it characterizes a statute that speaks for itself. No response is required.

## FACTS

**A. Introduction**

15. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

**B. Relevant Individuals and Entities**

16. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

**C. Relevant Terms and Definitions**

17. This paragraph contains Plaintiff's description of its case and states legal conclusions as to which no response is required. To the extent a response is required, Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

**D. The Criminal Schemes**

**i. Background**

18. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

19. Claimant declines to admit or deny this paragraph as it characterizes an article that speaks for itself. No response is required.

20. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

**ii. The Fraud Schemes**

21. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

a. The Scam Compounds

22. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

23. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

24. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

25. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

26. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

b. Use of Bribes and Violence in Furtherance of the Schemes

27. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

28. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

29. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

30. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

31. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

c. The Brooklyn Network

32. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

33. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

34. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

35. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

36. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

37. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

**iii. The Money Laundering Schemes**

38. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

39. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

40. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

41. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

42. Claimant admits that LuBian contained "large sums of clean bitcoin." Otherwise, Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

43. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

**E. <u>The Defendants *In Rem*</u>**

44. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

45. Claimant admits that some of the addresses listed were "funded by . . . addresses associated with LuBian." Otherwise, Claimant lacks information or

knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

46. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

47. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

48. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

49. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

50. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

51. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

52. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

53. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

54. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

55. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

56. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

57. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

58. Claimant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the paragraph.

### F. Criminal and Regulatory Actions

59. Claimant denies that all individuals and entities placed on the Specially Designated Nationals and Blocked Persons List on October 14, 2025, by the United States Department of the Treasury's Office of Foreign Assets Control are "affiliates" of the Prince Holding Group. Otherwise, this paragraph contains Plaintiff's

description of its case and states a legal conclusion as to which no response is required. To the extent a response is required, Claimant denies the allegations in this paragraph.

**FIRST CLAIM FOR RELIEF**
**(Proceeds Traceable to Wire Fraud)**

60. This paragraph contains Plaintiff's description of its case as to which no response is required. To the extent a response is required, Claimant denies the allegations in this paragraph.

61. This paragraph states a legal conclusion as to which no response is required. To the extent a response is required, Claimant denies the allegations in this paragraph.

62. This paragraph states a legal conclusion as to which no response is required. To the extent a response is required, Claimant denies the allegations in this paragraph.

**SECOND CLAIM FOR RELIEF**
**(Property Involved in Money Laundering)**

63. This paragraph contains Plaintiff's description of its case as to which no response is required. To the extent a response is required, Claimant denies the allegations in this paragraph.

64. This paragraph states a legal conclusion as to which no response is required. To the extent a response is required, Claimant denies the allegations in this paragraph.

65. This paragraph states a legal conclusion as to which no response is required. To the extent a response is required, Claimant denies the allegations in this paragraph.

**AFFIRMATIVE AND OTHER DEFENSES**

Claimant hereby asserts the following affirmative and other defenses to the Verified Complaint based on his knowledge, information, and belief at this time. Claimant specifically reserves the right to assert additional defenses and/or supplement, modify, or amend these defenses. Claimant does not knowingly waive any applicable defense. Claimant does not assume the burden of proof on any defense that would otherwise rest with Plaintiff, and does not admit any of the facts alleged in the Verified Complaint except as set forth above.

1. The Court lacks subject matter jurisdiction over this action.

2. Venue is not proper in this district.

3. Claimant is an innocent owner under 18 U.S.C. § 983(d).

4. Plaintiff's claims are barred, in whole or in part, because the Verified Complaint fails to allege that the Defendants *in rem* are the proceeds of, or were involved in or traceable to property involved in, any specified unlawful activity under the Federal Rules of Civil Procedure and the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

5. Plaintiff's claims are barred, in whole or in part, because the Verified Complaint fails to allege that there is a substantial connection between the Defendants *in rem* and the alleged offenses giving rise to the forfeiture under the Federal Rules of Civil Procedure and the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

6. Plaintiff's claims are barred, in whole or in part, because Plaintiff cannot seize fungible, commingled property absent adequate tracing to unlawful activity.

7. Plaintiff's claims are barred, in whole or in part, by the statute of limitations.

8. Plaintiff's claims are barred, in whole or in part, because the Verified Complaint fails to allege sufficient domestic conduct to support the extraterritorial application of the civil forfeiture laws under the Federal Rules of Civil Procedure and the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

9. The forfeiture violates the Excessive Fines Clause of the Eighth Amendment.

Dated: February 9, 2026
New York, New York

MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO P.C.

By: /s/ *Telemachus P. Kasulis*
Telemachus P. Kasulis
Marissa Piccolo
565 Fifth Avenue
New York, New York 10017
Telephone: (212) 880-9555
tkasulis@maglaw.com
mpiccolo@maglaw.com

*Attorneys for Claimant Jian Yang*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2026, I electronically filed the foregoing Answer via CM/ECF for the United States District Court for the Eastern District of New York and therefore caused it to be served on all parties registered for CM/ECF, including attorneys for the government, in the above-captioned matter.

Dated: February 9, 2026

*/s/ Telemachus P. Kasulis*
Telemachus P. Kasulis