**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

**NOTICE OF VOLUNTARY DISMISSAL OF CROSSCLAIM**

Pursuant to Rule 41(c) of the Federal Rules of Civil Procedure, the Hamen Claimants, by counsel, give notice that their Crossclaim is hereby voluntarily dismissed, without prejudice.

The Hamen Claimants preserve and maintain all other claims and defenses asserted in this matter.

Dated: March 5, 2026

Respectfully submitted,

*/s/Richard P. Donoghue*
Richard P. Donoghue
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd St.
New York, NY 10019
Telephone: (212) 858-1000
Email: richard.donoghue@pillsburylaw.com

William M. Bosch (*pro hac vice* forthcoming)
Thomas L. Howard III (*pro hac vice* forthcoming)
Pillsbury Winthrop Shaw Pittman LLP
1200 17th St. NW
Washington, DC 20036
Telephone: (202) 663-8000
Email: william.bosch@pillsburylaw.com
Email: thomas.howard@pillsburylaw.com

Randy Singer (*pro hac vice* forthcoming)
Kevin Hoffman (*pro hac vice* forthcoming)
Singer Hoffman, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Telephone: (757) 301-9995
Email: randy.singer@singerhoffman.com
Email: kevin.hoffman@singerhoffman.com

*Counsel for the Hamen Claimants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2026, I electronically filed the foregoing Notice of Voluntary Dismissal of Crossclaim via CM/ECF for the United States District Court for the Eastern District of New York and therefore caused it to be served on all parties registered for CM/ECF, including attorneys for the Government, in the above-captioned matter.

Dated: March 5, 2026

*/s/Richard P. Donoghue*
Richard P. Donoghue
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd St.
New York, NY 10019
Telephone: (212) 858-1000
Email: richard.donoghue@pillsburylaw.com